IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )   Case No. 1:20-cv-00795
JAMES M. SIMONES; Individually )
and as Trustee of the ANCIENT OF )
DAYS TRUST; JO ANN HARTMAN     )
STOCKTON as Trustee of the ANCIENT OF )
DAYS TRUST; BROOKY STOCKTON    )
as Trustee of the ANCIENT OF   )
DAYS TRUST; and ADELINA MONNET, )
                               )
          Defendants.          )

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction

of a delegate of the Attorney General of the United States, and with the authorization and

sanction of a delegate of the Secretary of the Treasury, brings this civil action (1) to reduce to

judgment the unpaid federal tax liabilities owed by Defendant, James M. Simones, (2) to enforce

the associated federal tax liens against certain real property belonging to him, (3) for a judgment

that the Ancient of Days Trust holds title to real property as the Nominee of Mr. Simones, and

(4) to set aside fraudulent conveyances of property from Mr. Simones to Defendants, Adelina

Monnet and the Ancient of Days Trust.

For its Complaint, the United States alleges as follows:

### JURISDICTION, VENUE, AND PARTIES

1.      Jurisdiction is conferred upon this District Court pursuant to 26 U.S.C. §§ 7402(a)

and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

1

2.      Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the taxpayer resides in this district, the real property at issue is located in this district, and the liabilities arose in this district.

3.      Plaintiff is the United States of America.

4.      Defendant, James M. Simones, resides in Torrance County, New Mexico, within the jurisdiction of this Court.  His physical address is 205 Holiday Circle, Moriarty, New Mexico 87035, and his mailing address is, P.O. Box 2054, Moriarty, New Mexico 87035-2054.

5.      Defendant, Adelina Monnet, a close associate of Mr. Simones, and resides within the jurisdiction of this Court.  On information and belief, she resides at either 205 Holiday Circle, Moriarty, New Mexico 87035 with Mr. Simones, or at 15 North Zamora Road, Tijeras, New Mexico 87059.

6.      The United States asserts that Defendant, Ancient of Days Trust, whose Trustee is Mr. Simones, holds title to real property as his Nominee.  The Ancient of Days Trust purportedly owns real property located within the jurisdiction of this Court against which the United States will seek to enforce its tax liens.  The Ancient of Days Trust's mailing address is P.O. Box 2054, Moriarty, New Mexico 87035-2054 (the same as Mr. Simones').

7.      Defendant, Jo Ann Hartman Stockton, is a Trustee of the Ancient of Days Trust. On information and belief, she can be served at 2 Marietta Court, Suite A, Edgewood, New Mexico 87015-9400.

8.      Defendant, Brooky R. Stockton, is a Trustee of the Ancient of Days Trust.  On information and belief, he can be served at 2 Marietta Court, Suite A, Edgewood, New Mexico 87015-9400.  Mr. Stockton was appointed Managing Trustee of the Ancient of Days Trust on January 20, 2016.  *See* Gov. Ex. 18.

**TAX LIABILITIES**

9.      On the following dates, a delegate of the Secretary of the Treasury made assessments against Defendant, James M. Simones, for federal income taxes, interest and penalties for the following tax periods and in the following amounts (collectively, "the income tax liabilities"), which have balances due as of March 23, 2020 (*See* Gov. Ex. 1):

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 03/23/2020 |
|---|---|---|---|---|
| 12/31/2007 | 01/11/2010 | Tax | $10,993.00 | $3,138.38 |
| | 01/11/2010 | Penalty (Estimated Tax) | $500.31 | |
| | 01/11/2010 | Penalty (Failure to File) | $2,473.43 | |
| | 01/11/2010 | Penalty (Failure to Pay) | $1,154.26 | |
| | 07/26/2010 | Penalty (Failure to Pay) | $659.58 | |
| | 07/25/2011 | Penalty (Failure to Pay) | $934.40 | |
| 12/31/2008 | 04/15/2009 | Tax | $137,872.00 | $200,785.58 |
| | 07/26/2010 | Penalty (Failure to Pay) | $17,706.91 | |
| | 07/25/2011 | Penalty (Failure to Pay) | $16,344.84 | |
| 12/31/2009 | 04/22/2013 | Tax | $5,635.00 | $4,397.91 |
| | 04/22/2013 | Penalty (Failure to File) | $462.83 | |
| | 04/22/2013 | Penalty (Failure to Pay) | $380.54 | |
| | 11/03/2014 | Penalty (Failure to Pay) | $133.70 | |
| 12/31/2011 | 11/02/2015 | Tax | $18,418.00 | $36,585.30 |
| | 11/02/2015 | Penalty (Failure to File) | $4,144.05 | |
| | 11/02/2015 | Penalty (Failure to Pay) | $3,959.87 | |
| | 11/06/2017 | Penalty (Failure to Pay) | $644.63 | |
| 12/31/2012 | 03/14/2016 | Tax | $5,383.00 | $10,310.00 |
| | 03/14/2016 | Penalty (Failure to File) | $1,211.18 | |
| | 03/14/2016 | Penalty (Failure to Pay) | $942.02 | |
| | 11/06/2017 | Penalty (Failure to Pay) | $403.73 | |
| | 02/07/2011 | 2007 Civil Penalty Under I.R.C. 6702 Frivolous Tax Submission | | $13,988.45 |
| | 12/20/2010 | 2008 Civil Penalty Under I.R.C. 6702 Frivolous Tax Submission | | $7,077.94 |
| | | **GRAND TOTAL** | | **$276,283.56** |

10.     The "Balance Due" column in the above chart also reflects (i) payments applied to a particular tax year from recurring levies and other payments, and (ii) interest and other charges that have accrued for the tax year.  Neither are separately reflected in the chart.

11.     A delegate of the Secretary of the Treasury gave notice and demand for payment of the income tax liabilities to Defendant, James M. Simones.  Despite notice and demand for payment, Defendant, James M. Simones, has failed, neglected, or refused to fully pay the income tax liabilities.  After the application of statutory interest, penalties, fees, other additions, abatements, payments, and credits, the income tax liabilities described above had a $276,283.56 unpaid balance due of as of March 23, 2020.

12.     Pursuant to 26 U.S.C. §§ 6321 and 6322, as a result of the neglect, refusal or failure by Defendant, James M. Simones, to pay the tax liabilities after notice and demand, federal tax liens arose on the dates of the assessments, and attached to all the property and rights to the property belonging to Mr. Simones, including, the real property described below in paragraphs 17-20.

13.     The Internal Revenue Service publicly filed Notices of Federal Tax Lien ("NFTL") in accordance with 26 U.S.C. § 6323(f) with the real property records of Torrance and Bernalillo Counties, New Mexico, in regard to the income tax liabilities, on the following dates (*See* Gov. Ex. 2):

| Type of Tax | Party | Date NFTL Filed |
|---|---|---|
| Income – 2007 | James M. Simones | November 8, 2011<br>November 10, 2011<br>Refiled February 11, 2020 |
| Income – 2008 | James M. Simones | November 8, 2011<br>June 23, 2020 |
| Section 6702A<br>Penalty – 2008 | James M. Simones | November 8, 2011<br>November 10, 2011<br>Refiled February 11, 2020 |
| Section 6702A<br>Penalty – 2007 | James M. Simones | March 5, 2012<br>March 7, 2012 |
| Income – 2009 | James M. Simones | July 22, 2013 |
| Income – 2011 | James M. Simones | November 18, 2015 |
| Income - 2012 | James M. Simones | May 16, 2016 |
| Income – 2007 | Ancient of Days Trust as<br>Nominee of James M. Simones | December 15, 2016 |
| Income – 2008 | Ancient of Days Trust as<br>Nominee of James M. Simones | December 15, 2016 |
| Income – 2009 | Ancient of Days Trust as<br>Nominee of James M. Simones | December 15, 2016 |
| Income – 2011 | Ancient of Days Trust as<br>Nominee of James M. Simones | December 15, 2016 |
| Income – 2012 | Ancient of Days Trust as<br>Nominee of James M. Simones | December 15, 2016 |
| Section 6702A<br>Penalty - 2007 | Ancient of Days Trust as<br>Nominee of James M. Simones | December 15, 2016 |
| Section 6702A<br>Penalty – 2008 | Ancient of Days Trust as<br>Nominee of James M. Simones | December 15, 2016 |

14.     The United States recorded Notices of Federal Tax Lien against Defendant, James

M. Simones, in the property records of Torrance and Bernalillo Counties, New Mexico on

November 8, 2011, November 10, 2011, March 5, 2012, March 7, 2012, July 22, 2013,

November 18, 2015, May 16, 2016, February 11, 2020, and June 23, 2020.  Gov. Ex. 2.

15.     The United States also recorded a Notice of Federal Tax Lien in the property records of Torrance County, New Mexico, as a lien against Defendant, Ancient of Days Trust, as Nominee of James M. Simones, on December 15, 2016.  *Id.*

## THE SUBJECT PROPERTIES

16.     Defendant, James M. Simones, owns interests in multiple real properties (the "Subject Properties").  These Subject Properties are further detailed below.

17.     The title of the first parcel of real property upon which the United States seeks to enforce its federal tax liens is held in the name of the Ancient of Days Trust.  Mr. Simones originally acquired the property by Warranty Deed executed on October 10, 2000 and recorded in Torrance County on February 27, 2001.  *See* Gov. Ex. 3.  It consists of the land, along with all the improvements, buildings, and appurtenances thereon, now known as and numbered 205 Holiday Circle, Moriarty, New Mexico 87035 (the "Holiday Property").  The legal description of the first parcel is:

LOT NUMBERED THREE (3) IN BLOCK NUMBERED TWO (2) OF RINCON ESCONDIDO ADDITION TO THE CITY OF MORIARTY, NEW MEXICO.

On September 14, 2004 (subsequent to tax assessments for the tax years 1999-2001 – *See* Gov. Ex. 4), the Holiday Property was transferred by Quitclaim Deed from Mr. Simones to his close associate, Defendant, Adelina Monnet.  Gov. Ex. 5.  There is no consideration listed in the Quitclaim Deed.  On April 25, 2005, the Holiday Property was transferred by Quitclaim Deed from Ms. Monnet to the Defendant, Ancient of Days Trust (of which Mr. Simones is the Trustee *See* Gov. Ex. 6).  Gov. Ex. 7.  There is no consideration listed in the Quitclaim Deed.  *Id.*

18.     The title of the second parcel of real property upon which the United States seeks to enforce its federal tax liens was transferred by a Special Warranty Deed from a third party to the Ancient of Days Trust on July 16, 2008 and recorded in Torrance County on August 30,

2010. Gov. Ex. 8. There is no consideration listed in the Special Warranty Deed. It is held in the name of Defendant, Ancient of Days Trust, and consists of the land, along with all the improvements, buildings, and appurtenances thereon, now known as and numbered 16 Johnson Lane, McIntosh, New Mexico 87032 (the "Johnson Property"). The legal description of the first parcel is:

> TRACT DESIGNATED "B-1-C", SITUATE (SIC) WITHN THE NORTHWEST QUARTER (NW ¼) OF SEC THIRTY ONE (31), TOWNSHIP EIGHT (8) NORTH, RANGE NINE (9) EAST, N.M.P.M., AS THE SAME IS SHOWN AND DESIGNATED ON THAT CERTAIN PLOT ENTITLED "LANDS OF DR. PAUL H. JOHNSON, PREPARED BY TIMOTHY ODEN , N.M.R.L.P.S. #8667 ON MAY 23, 1988, AT 4:17 O'CLOCK, PM, AS DOCUMENT NUMBER 79391, AND FILED IN CABNET (SIC) B, SLIDE 153, PLAT RECORDS OF TORRANCE COUNTY, NEW MEXICO, FIELD IN THE OFFICE OF THE COUNTY CLERK OF TORRANCE COUNTY, NEW MEXICO, SUBJECT THERETO, EASEMENTS, RESTRICTIONS, AND RESERVATIONS OF RECORD IN THE OFFICE OF THE CLERK OF SAID COUNTY AND STATE.

19. The title of the third parcel of real property upon which the United States seeks to enforce its federal tax liens was originally purchased by Adelina Monnet in December, 2004. *See* Gov. Ex. 9. In October 2005, she transferred the property by a Quitclaim Deed to the Ancient of Days Trust. *Id.* As explained below, the United States asserts that the Ancient of Days Trust is nothing more than Mr. Simones' Nominee. In 2015, the Ancient of Days Trust conveyed the property to a Trust named Oro De Dios via a Special Warranty Deed. *Id.* The mailing address(es) for the Oro De Dias Trust are (i) P.O. Box 2054, Moriarty, New Mexico 87035, the same address as Mr. Simones and the Ancient of Days Trust, and (ii) 5 Brisbee Court, Santa Fe, New Mexico 87508. Gov. Ex. 10.

20. On May 2, 2018, (i) Oro De Dios released its Quitclaim Deed to the property (on information and belief, this document was notarized by Defendant, Ms. Jo Ann Hartman Stockton under the name of Jo Ann Hartman as a "common law notary"), (ii) Adelina Monnet

revoked her Quitclaim Deed to the Ancient of Days Trust (on information and belief, this document was notarized by Defendant, Ms. Jo Ann Hartman Stockton under the name of Jo Ann Hartman as a "common law notary"), (iii) the Ancient of Days Trust revoked its Special Warranty Deed (on information and belief, this document was notarized by Defendant, Ms. Jo Ann Hartman Stockton under the name of Jo Ann Hartman as a "common law notary"), and (iv) Adelina Monnet filed an Affidavit stating she owns the property.  *See* Gov. Ex. 11.  The property consists of the land, along with all the improvements, buildings, and appurtenances thereon, now known as and numbered 15 N. Zamora Rd., Tijeras, N.M. 87059 (the "Zamora Property").  Its legal description is:

> A CERTAIN TRACT OF LAND SITUATE (SIC) IN SECTION 14, TOWNSHIP 10 NORTH, RANGE 5 EAST, NEW MEXICO PRINCIPAL MERIDIAN, WITHIN THE CANON DE CARNUE GRANT, COUNTY OF BERNALILLO, STATE OF NEW MEXICO.

## THE DEFENDANT ENTITY, ANCIENT OF DAYS TRUST, IS THE NOMINEE OF JAMES M. SIMONES

21.     Pursuant 26 U.S.C. § 7402(a) and common law, a nominee is one who holds bare legal title to property for the benefit of a taxpayer that is the true beneficial owner of the property, and such property can be reached to satisfy the debts of the taxpayer.  *See, e.g., See Holman v. United States*, 505 F.3d 1060, 1065-69 (10th Cir. 2007); *Oxford Capital Corp. v. United States*, 211 F.3d 280, 284-85 & n.1 (5th Cir. 2000).

22.     On information and belief, the Holiday Property and the Johnson Property are held by the Ancient of Days Trust.  The Ancient of Days Trust has no employer identification number and has never filed a federal tax return.  Mr. Simones is the Trustee of this Trust.  *See* Gov. Ex. 6 (Zamora Documents) (Special Warranty Deed in which James Simones is listed, and

signs as, the Trustee for the Ancient of Days Trust).  The transfer of the of the Holiday Property by Quitclaim Deed from Mr. Simones to his close associate, Adelina Monnet was done for no consideration.  *See* Gov. Ex. 5.  Similarly, the subsequent transfer from Ms. Monnet to the Ancient of Days Trust on April 25, 2005 was done for no consideration.  *See* Gov. Ex. 7.  The handwriting describing the property on the 2004 Quitclaim Deed appears to match the handwriting describing the property on the 2005 Quitclaim Deed.  *See* Gov. Exs. 5, 7.  The handwriting appears to be the Defendant, James M. Simones'.

23.     The Defendant, James M. Simones' last known mailing address is P.O. Box 2054, Moriarty, New Mexico 87035-2054.  The physical address associated with this P.O. Box is the Holiday Property.   Utility payments for the Holiday Property are made by Mr. Simones.  *See* Gov. Ex. 12.  Service requests made to the Central New Mexico Electric Cooperative, Inc. lists a "People of God Trust" as the mailing address with the same P.O. Box (P.O. Box 2054) as Mr. Simones' and also lists the Holiday Property address (205 Holiday Circle) as the service address. *Id*.  The service request indicates that it was Mr. Simones that made the service request, and in a subsequent service request on November 21, 2011, Mr. Simones is listed as the "landlord" of the Holiday Property.  Gov. Ex. 13.  Mr. Simones and his P.O. Box 2054 address are listed on bills for the Holiday Property, and finally, Mr. Simones personally paid the gas bills for the Holiday Property.  *See* Gov. Exs. 14-15.

24.     The Johnson Property was acquired by the Ancient of Days Trust on July 16, 2008 via a Special Warranty Deed from an unrelated third party.  *See* Gov. Ex. 8.  No consideration was listed in the Special Warranty Deed.  *Id.* The Special Warranty Deed lists Ancient of Days Trust as the Grantee but lists Mr. Simones' P.O. Box 2054, Moriarty, New

Mexico. 87035 address.  *Id.* The conveyance was recorded in the Torrance County records on August 30, 2010.  *Id.*

25.     As with the Holiday Property, Mr. Simones pays the utilities for the Johnson Property.  *See* Gov. Ex. 16.  The Central New Mexico Electric Cooperative, Inc.'s account for the Johnson Property lists the name on the account as "James Simones," and has Mr. Simones' P.O. Box 2054 as the mailing address and the physical address of the Johnson Property (16 Johnson Lane) as the service address.  *Id.*  Finally, James Simones (*not* the Ancient of Days Trust) made a "Manufactured Home Request to Change Valuation Status - Torrance County" on August 22, 2012.  *See* Gov. Ex. 17.  In this request, Mr. Simones lists himself as the person making the request and his address as the Johnson Property address.

26.     The United States is entitled to a judgment that the properties being held by the Ancient of Days Trust, including, that the Subject Properties, are being held as Nominee of the Defendant, James M. Simones, and the Subject Properties may be sold to satisfy the income tax liabilities.

**JAMES M. SIMONES' TRANSFER OF PROPERTY TO ADELINA MONNET AND THE SUBSEQUENT TRANSFER TO ANCIENT OF DAYS TRUST WERE FRAUDULENT TRANSFERS AND SHOULD BE SET ASIDE**

27.     As noted above, on September 14, 2004, the Holiday Property was transferred by Quitclaim Deed from Mr. Simones to his close associate, Adelina Monnet for no consideration. Four months before he transferred the Holiday Property to Ms. Monnet, in June 2004, the IRS assessed taxes against Mr. Simones for the 2001 tax year.  *See* Gov. Ex. 4.  On April 25, 2005, the Holiday Property was subsequently transferred by Quitclaim Deed from Ms. Monnet to the Ancient of Days Trust, again for no consideration.

28.     Further, as previously explained, in October, 2005, Adelina Monnet transferred the Zamora Property by a Quitclaim Deed to the Ancient of Days Trust for no consideration, and in 2015, the Ancient of Days Trust conveyed the property to a Trust named Oro De Dios via a Special Warranty Deed, again for no consideration.

29.     The Defendants' transfers of (i) the Holiday Property (from Mr. Simones to Ms. Monnet and from Ms. Monnet to the Ancient of Days Trust), and (ii) the Zamora Property by the Ancient of Days Trust to the Oro De Dios Trust were fraudulent as to the United States under Section 56-10-18 of the New Mexico Uniform Fraudulent Transfer Act ("NMUFTA").

30.     Section 56-10-18 of NMUFTA provides in pertinent part: (A) A transfer made or obligation incurred by a debtor is fraudulent as to a creditor, whether the creditor's claim arose before or within a reasonable time after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation: (1) with actual intent to hinder, delay, or defraud any creditor of the debtor; or (2) without receiving a reasonably equivalent value in exchange for the transfer or obligation and the debtor: (B)  intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond the debtor's ability to pay as they became due.  N.M.S.A. 1978 § 56-10-18(A).

31.     Under Section 56-10-18 of NMUFTA, (i) Mr. Simones' transfer of the Holiday Property to Ms. Monnet and Ms. Monnet's transfer to the Ancient of Days Trust, and (ii) the transfer of the Zamora Property by the Ancient of Days Trust to the Oro De Dios Trust were fraudulent transfers as to the United States.  As previously noted, Mr. Simones knew substantial unpaid tax liabilities had accrued and were continuing to accrue before these transfers were made, and the transfers were made with actual intent to hinder, delay, or defraud the United States.  Mr. Simones' actual intent is evidenced by several factors, including, the fact that he was

aware he owed federal income tax, penalties and interest because he earned sufficient income to trigger a federal income tax return filing obligation.  Mr. Simones submitted collection due process ("CDP") hearing requests for the 1999 and 2000 tax years on September 9, 2003, and October 17,  2003, respectively.  *See*  Gov. Ex. 4.  CDP requests allow taxpayers to try to resolve tax liabilities prior to the IRS filing liens or issuing levies).  Second, the transfers were to, or from, an entity Mr. Simones solely owned, managed, controlled, and was Mr. Simones' Nominee.  The transfer of the Holiday Property to the Ancient of Days Trust was made through Defendant Monnet, who is a close associate of Mr. Simones.  The transfer of the Zamora Property by Ms. Monnet was made to an entity (the Ancient of Days Trust) that is clearly Mr. Simones' Nominee.  Third, Mr. Simones, Ms. Monnet, and the Ancient of Days Trust did not receive *any* consideration for the transfers.  Fourth, Mr. Simones retained possession or control of the Holiday Property after the transfer, as evidenced by the fact that Mr. Simones paid the property bills, such as electric, gas, and water, and he lists the Holiday Property address as his address. Finally, the transfers occurred while substantial debts were incurred and owing to the United States.

32.     Accordingly, (i) Mr. Simones' transfer of the Holiday Property to Ms. Monnet, and Ms. Monnet's transfer of the Property to the Ancient of Days Trust, and (ii) the transfer of the Zamora Property by the Ancient of Days Trust to the Oro De Dios Trust were fraudulent as to the United States, and as such, the transfers should be set aside or avoided as to the United States to the extent necessary to satisfy the income tax liabilities.  The United States seeks a judgment extinguishing the interest of Ancient of Days Trust in the Holiday Property and ordering the Holiday Property and the Zamora Properties sold in satisfaction of Mr. Simones' income tax liabilities.

## ENFORCEMENT OF FEDERAL TAX LIENS

33.     Pursuant to 26 U.S.C. §§ 6321 and 6322, as a result of the neglect, refusal or failure by Defendant, James M. Simones, to pay the income tax liabilities described above after notice and demand, federal tax liens arose on the dates of the assessments, and attached to all the property and rights to the property belonging to Mr. Simones, including, the Subject Properties described above in paragraphs 17-20.

34.     As noted above, the Internal Revenue Service publicly filed Notices of Federal Tax Lien "NFTL") in accordance with 26 U.S.C. § 6323(f) with the Real Property records of Torrance and Bernalillo Counties, New Mexico, in regard to Mr. Simones' income tax liabilities.

35.     The United States is seeking the enforcement of its federal tax liens against the property described in paragraphs 17-20 above to pay the unpaid income tax liabilities of Defendant, James M. Simones.

36.     Pursuant to Section 6321 of the Code, a federal tax lien attached to Mr. Simones' interest in the Subject Properties upon the assessment of the taxes indicated in paragraph 9.

37.     With respect to his 2007, 2008, 2009, 2001, and 2012 tax years, federal tax liens attached to Mr. Simones' interest in the Subject Properties on November 8, 2011, November 10, 2011, March 5, 2012, March 7, 2012, July 22, 2013, November 18, 2015, May 16, 2016, February 11, 2020, and June 23, 2020, when the Notices of Federal Tax Lien were recorded in the real property records of Torrance and Bernalillo Counties, New Mexico.

38.     Additionally, the tax liens of the United States attach to the interest(s) of the Ancient of Days Trust, as a Nominee of Defendant, James M. Simones, in the Subject Properties. These Notices of Federal Tax Liens were recorded on December 15, 2016, in the real property records of Torrance County, New Mexico.

39.     With regard to James M. Simones' interest in the Subject Properties, the United States' tax liens are superior to any interest in the properties held by him.

## PRAYER

WHEREFORE, the United States of America prays for a judgment determining:

A.      That the Subject Properties are owned by Defendant, James M. Simones;

B.      That the interests held by Defendant, Ancient of Days Trust, are voidable as to the United States;

C.      That Defendant, James M. Simones, is liable to the United States for income tax, penalties and interest arising out of the tax years 2007, 2008, 2009, 2011, and 2012, in the amount of $276,283.56 as of March 23, 2020, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid;

D.      That Defendant entity, Ancient of Days Trust, holds title to the Holiday and Johnson Properties as Nominee of James M. Simones;

E.      That (i) Mr. Simones' transfer of the Holiday Property to Ms. Monnet, and Ms. Monnet's transfer of the Holiday Property to the Ancient of Days Trust, and (ii) the transfer of the Zamora Property by the Ancient of Days Trust to the Oro De Dios Trust were fraudulent as to the United States and are therefore set aside or avoided as to the United States, and such Properties may be sold to satisfy Mr. Simones' income tax liabilities;

F.      That the federal tax liens securing the liabilities described in this Complaint shall be foreclosed or enforced by other Court orders against the Subject Properties by sale of the Subject Properties in a judicial sale, or by a receiver appointed for that purpose, free and clear of all the rights, titles, claims, liens, and interests of the parties, including, any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs and expenses of the sale,

including, any costs and expenses incurred to secure and maintain the Properties; second, to the

Plaintiff, United States to pay the income tax liabilities set forth above; and, third, to other

parties in accordance with the law; or, as otherwise determined by the Court in accordance with

the law.

G.      That awards the United States such other and further relief as this Court deems

just and proper, including, its costs incurred in this action and for any surcharge authorized by 28

U.S.C. § 3011.


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Jonathan L. Blacker*
JONATHAN L. BLACKER
Texas Bar No. 00796215
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9765
(214) 880-9741 (FAX)
Jonathan.Blacker2@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: October 29, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that Rosemarie Young, who signed the annexed Certificate of Assessments, Payments, and Other Specified Matters for James M. Simones, for Form 1040, United States Individual Income Tax Return, Social Security Number : ███7364, for the tax period December 31, 2007, consisting of nine pages, is now and was, at the time of signing, Operations Manager, Accounting Control/Services, United States Department of Treasury, Internal Revenue Service, and that his/her signature is genuine.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Mark Serrato
Clerk, Certified Transcripts
Fresno - Submission Processing

**Government Exhibit**
1

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

JAMES M SIMONES                    EIN/SSN:     7364

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|------|------|------|
| | ADJUSTED GROSS INCOME 67,011.00 | | | |
| | TAXABLE INCOME 58,261.00 | | | |
| 04-09-2009 | SUBSTITUTE FOR RETURN 08210-888-00000-9 | 0.00 | | 05-04-2009 |
| | ESTIMATED TAX PENALTY 20095208 | 500.31 | | 01-11-2010 |
| | LATE FILING PENALTY 20095208 | 2,473.43 | | 01-11-2010 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY, 90 DAY LETTER UNDELIVERABLE ASED 20121221 08247-757-00047-9  200952 | 10,993.00 | | 01-11-2010 |
| 01-11-2010 | RENUMBERED RETURN 08247-757-00047-9 | | | |
| | INTEREST ASSESSED 20095208 | 1,176.75 | | 01-11-2010 |
| | FAILURE TO PAY TAX PENALTY 20095208 | 1,154.26 | | 01-11-2010 |
| 06-07-2010 | CDP LEVY NOTICE ISSUED | | | |
| | FAILURE TO PAY TAX PENALTY 20102808 | 659.58 | | 07-26-2010 |

FORM 4340  (REV. 01-2002)          PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-------------------------------------------------------------------------------

JAMES M SIMONES                        EIN/SSN:        7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|-----------------------------|-------------------------------------|----------------------------|-----------------|
| | FAILURE TO PAY TAX PENALTY 20112808 | | 934.40 | 07-25-2011 |
| 06-22-2010 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 11-04-2011 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 11-10-2011 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 11-28-2011 | TIMELY REQUEST FOR CDP EQUIVALENT HEARING | | | |
| 12-05-2011 | TIMELY REQUEST FOR CDP HEARING RECEIVED | | | |
| 12-05-2011 | PENDING CDP LIEN HEARING (OR COMBINED LIEN/LEVY HEARING) | | | |
| 03-07-2013 | ISSUANCE OF DECISION LETTER FOR CDP EQUIVALENT HEARING | | | |
| 04-06-2013 | ISSUANCE OF CDP NOTICE OF DETERMINATION | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JAMES M SIMONES                         EIN/SSN:       7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE
                                  (REVERSAL)   (REVERSAL)
-----------------------------------------------------------------------------

04-06-2013 CDP LIEN HEARING (OR
           COMBINED LIEN/LEVY
           HEARING) NO LONGER
           PENDING

           INTEREST ASSESSED           3,005.05           11-03-2014
           20144205

           INTEREST ASSESSED             646.99           11-09-2015
           20154205

           INTEREST ASSESSED             787.12           11-07-2016
           20164205

12-02-2016 NOTICE OF FEDERAL TAX
           LIEN FILED

02-13-2017 INITIAL LEVY ISSUED

03-17-2017 NOTICE OF FEDERAL TAX
           LIEN FILED

03-28-2017 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

04-25-2017 SUBSEQUENT PAYMENT                      601.30
           LEVY

FORM 4340  (REV. 01-2002)          PAGE   3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      7364

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 05-24-2017 | SUBSEQUENT PAYMENT LEVY | | 601.30 | |
| 06-23-2017 | SUBSEQUENT PAYMENT LEVY | | 601.30 | |
| 07-26-2017 | SUBSEQUENT PAYMENT LEVY | | 601.30 | |
| 08-24-2017 | SUBSEQUENT PAYMENT LEVY | | 601.30 | |
| 09-25-2017 | SUBSEQUENT PAYMENT LEVY | | 601.30 | |
| | INTEREST ASSESSED 20174205 | 860.81 | | 11-06-2017 |
| 10-26-2017 | SUBSEQUENT PAYMENT LEVY | | 601.30 | |
| 11-17-2017 | SUBSEQUENT PAYMENT LEVY | | 601.30 | |
| 12-18-2017 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |
| 01-25-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |

FORM 4340  (REV. 01-2002)            PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:       7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-----|-----|-----|
| 02-20-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |
| 03-26-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |
| 04-25-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |
| 05-23-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |
| 06-25-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |
| 07-23-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-23-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 07-26-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |
| 08-23-2018 | SUBSEQUENT PAYMENT LEVY | | 609.30 | |

FORM 4340  (REV. 01-2002)              PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      -7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


|        |                              | ASSESSMENT,   | PAYMENT,    | ASSESSMENT |
| DATE   | EXPLANATION OF TRANSACTION   | OTHER DEBITS  | CREDIT      | DATE |
|        |                              | (REVERSAL)    | (REVERSAL)  |  |

--------------------------------------------------------------------------------

| 09-25-2018 | SUBSEQUENT PAYMENT<br>LEVY |        | 609.30 |            |
|            | INTEREST ASSESSED<br>20184205 | 713.67 |        | 11-05-2018 |
| 10-25-2018 | SUBSEQUENT PAYMENT<br>LEVY |        | 609.30 |            |
| 11-16-2018 | SUBSEQUENT PAYMENT<br>LEVY |        | 609.30 |            |
| 12-17-2018 | SUBSEQUENT PAYMENT<br>LEVY |        | 652.30 |            |
| 01-24-2019 | SUBSEQUENT PAYMENT<br>LEVY |        | 652.30 |            |
| 02-21-2019 | SUBSEQUENT PAYMENT<br>LEVY |        | 652.30 |            |
| 03-26-2019 | SUBSEQUENT PAYMENT<br>LEVY |        | 652.30 |            |
| 04-25-2019 | SUBSEQUENT PAYMENT<br>LEVY |        | 652.30 |            |
| 05-23-2019 | SUBSEQUENT PAYMENT<br>LEVY |        | 652.30 |            |

FORM 4340  (REV. 01-2002)           PAGE    6

--------------------------------------------------------------------------

JAMES M SIMONES                          EIN/SSN:     -7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 06-25-2019 | SUBSEQUENT PAYMENT LEVY | | 652.30 | |
| 07-25-2019 | SUBSEQUENT PAYMENT LEVY | | 652.30 | |
| 08-23-2019 | SUBSEQUENT PAYMENT LEVY | | 652.30 | |
| 09-25-2019 | SUBSEQUENT PAYMENT LEVY | | 652.30 | |
| | INTEREST ASSESSED 20194205 | 488.12 | | 11-04-2019 |
| 12-08-2008 | Taxpayer Deliquency Notice | | | |
| 01-11-2010 | Statutory Notice of Balance Due | | | |
| 02-15-2010 | Statutory Notice of Intent to Levy | | | |
| 07-26-2010 | Statutory Notice of Balance Due | | | |
| 07-25-2011 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)              PAGE    7

--------------------------------------------------------------------------------

JAMES M SIMONES                         EIN/SSN:      7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007

|      |                             | ASSESSMENT, | PAYMENT,   | ASSESSMENT |
|------|-----------------------------|-------------|------------|------------|
| DATE | EXPLANATION OF TRANSACTION  | OTHER DEBITS | CREDIT    | DATE       |
|      |                             | (REVERSAL)  | (REVERSAL) |            |

--------------------------------------------------------------------------------

11-03-2014 Statutory Notice of Balance Due

11-09-2015 Statutory Notice of Balance Due

11-07-2016 Statutory Notice of Balance Due

11-06-2017 Statutory Notice of Balance Due

11-05-2018 Statutory Notice of Balance Due

11-04-2019 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    8

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN: !     7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007
------------------------------------------------------------------------


BALANCE        5,748.49

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.
```

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:____Rosemarie Young

TITLE:____Chief, Accounting Operations

DELEGATION ORDER:____WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 10/29/2019

FORM 4340  (REV. 01-2002)              PAGE    9

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: October 29, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that Rosemarie Young, who signed the annexed Certificate of Assessments, Payments, and Other Specified Matters for James M. Simones, for Form 1040, United States Individual Income Tax Return, Social Security Number :        7364, for the tax period December 31, 2008, consisting of eleven pages, is now and was, at the time of signing, Operations Manager, Accounting Control/Services, United States Department of Treasury, Internal Revenue Service, and that his/her signature is genuine.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Mark Serrato
Clerk, Certified Transcripts
Fresno - Submission Processing

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JAMES M SIMONES                     EIN/SSN:      7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS CREDIT      DATE
                                    (REVERSAL)    (REVERSAL)
-----------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                     449,855.00

           TAXABLE INCOME
                     442,072.00

           SELF EMPLOYMENT TAX
                     4,550.00

04-15-2009 RETURN FILED & TAX ASSESSED     137,872.00        04-06-2009
           76221-075-56578-9  200912

04-15-2009 WITHHOLDING                              317,962.00

04-06-2009 OVERPAYMENT CREDIT                      (51,902.96)
           TRANSFERRED
           1040       199612

04-06-2009 OVERPAYMENT CREDIT                      (32,563.09)
           TRANSFERRED
           1040       200012

04-06-2009 OVERPAYMENT CREDIT                      (11,885.91)
           TRANSFERRED
           1040       199912

04-06-2009 OVERPAYMENT CREDIT                        (721.16)
           TRANSFERRED
           CVPN       200212

04-06-2009 OVERPAYMENT CREDIT                      (35,005.72)
           TRANSFERRED
           1040       200112

04-06-2009 OVERPAYMENT CREDIT                      (30,533.65)
           TRANSFERRED
           1040       200212

           ADDITIONAL TAX ASSESSED       316,297.00         04-27-2009
           83254-498-05059-9  200915

FORM 4340  (REV. 01-2002)               PAGE   1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 04-06-2009 | CREDIT TRANSFER REVERSED 1040      200212 7364 | | 30,533.65 | |
| 04-06-2009 | CREDIT TRANSFER REVERSED 1040      200112 ·7364 | | 35,005.72 | |
| 04-06-2009 | CREDIT TRANSFER REVERSED CVPN      200212 7364 | | 721.16 | |
| 04-06-2009 | CREDIT TRANSFER REVERSED 1040      199912 ·7364 | | 11,885.91 | |
| 04-06-2009 | CREDIT TRANSFER REVERSED 1040      199612 7364 | | 51,902.96 | |
| 04-06-2009 | CREDIT TRANSFER REVERSED 1040      200012 ·7364 | | 32,563.09 | |
| | INTEREST ASSESSED 20091508 | 179.23 | | 04-27-2009 |
| 10-05-2009 | CDP LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      -7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
|  | FAILURE TO PAY TAX PENALTY 20102808 | 17,706.91 |  | 07-26-2010 |
|  | FAILURE TO PAY TAX PENALTY 20112808 | 16,344.84 |  | 07-25-2011 |
| 11-04-2011 | NOTICE OF FEDERAL TAX LIEN FILED |  |  |  |
| 11-10-2011 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED |  |  |  |
| 11-28-2011 | TIMELY REQUEST FOR CDP EQUIVALENT HEARING |  |  |  |
| 12-05-2011 | TIMELY REQUEST FOR CDP HEARING RECEIVED |  |  |  |
| 12-05-2011 | PENDING CDP LIEN HEARING (OR COMBINED LIEN/LEVY HEARING) |  |  |  |
| 03-07-2013 | ISSUANCE OF DECISION LETTER FOR CDP EQUIVALENT HEARING |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------------

JAMES M SIMONES                      EIN/SSN:      -7364

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE |
|------|----------------------------|-------------------------------------|----------------------------------|--------------------|
| 04-06-2013 | ISSUANCE OF CDP NOTICE OF DETERMINATION | | | |
| 04-06-2013 | CDP LIEN HEARING (OR COMBINED LIEN/LEVY HEARING) NO LONGER PENDING | | | |
| | INTEREST ASSESSED 20144205 | 32,445.66 | | 11-03-2014 |
| | INTEREST ASSESSED 20154205 | 6,281.59 | | 11-09-2015 |
| | INTEREST ASSESSED 20164205 | 7,642.03 | | 11-07-2016 |
| 12-02-2016 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 02-13-2017 | INITIAL LEVY ISSUED | | | |
| 02-03-2017 | SUBSEQUENT PAYMENT | | 220.20 | |
| 03-17-2017 | NOTICE OF FEDERAL TAX LIEN FILED | | | |

FORM 4340  (REV. 01-2002)            PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      ·7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2008


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 03-20-2017 | SUBSEQUENT PAYMENT LEVY | | 16,115.04 | |
| 03-28-2017 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 03-30-2017 | SUBSEQUENT PAYMENT | | 266.03 | |
| 05-15-2017 | SUBSEQUENT PAYMENT LEVY | | 1,142.90 | |
| 08-21-2017 | SUBSEQUENT PAYMENT LEVY | | 133.36 | |
| 06-27-2017 | SUBSEQUENT PAYMENT | | 10,144.18 | |
| 09-18-2017 | FEES AND COLLECTION COSTS | 355.82 | | |
| 06-27-2017 | DESIGNATED PAYMENT OF FEES/COSTS | | 355.82 | |
| | INTEREST ASSESSED 20174205 | 8,218.45 | | 11-06-2017 |

FORM 4340  (REV. 01-2002)           PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 04-20-2018 | SUBSEQUENT PAYMENT LEVY | | 442.13 | |
| 05-14-2018 | SUBSEQUENT PAYMENT LEVY | | 537.93 | |
| 05-25-2018 | SUBSEQUENT PAYMENT LEVY | | 675.30 | |
| 06-04-2018 | SUBSEQUENT PAYMENT LEVY | | 1,016.69 | |
| 06-11-2018 | SUBSEQUENT PAYMENT LEVY | | 293.34 | |
| 06-18-2018 | SUBSEQUENT PAYMENT LEVY | | 656.88 | |
| 06-25-2018 | SUBSEQUENT PAYMENT LEVY | | 1,091.89 | |
| 06-29-2018 | SUBSEQUENT PAYMENT LEVY | | 343.25 | |
| 07-23-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-23-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |

FORM 4340  (REV. 01-2002)              PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:       ·7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|---------------------|--------------|------------|
| 07-05-2018 | SUBSEQUENT PAYMENT LEVY | | 1,184.92 | |
| 07-13-2018 | SUBSEQUENT PAYMENT LEVY | | 485.02 | |
| 07-20-2018 | SUBSEQUENT PAYMENT LEVY | | 147.38 | |
| 08-01-2018 | SUBSEQUENT PAYMENT LEVY | | 1,097.60 | |
| 08-06-2018 | SUBSEQUENT PAYMENT LEVY | | 1,449.37 | |
| 08-20-2018 | SUBSEQUENT PAYMENT LEVY | | 1,478.39 | |
| 08-24-2018 | SUBSEQUENT PAYMENT LEVY | | 974.00 | |
| 09-04-2018 | SUBSEQUENT PAYMENT LEVY | | 955.93 | |
| 09-10-2018 | SUBSEQUENT PAYMENT LEVY | | 600.45 | |
| 09-21-2018 | SUBSEQUENT PAYMENT LEVY | | 433.02 | |

FORM 4340  (REV. 01-2002)              PAGE    7

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:     ·7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


                              ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE
                              (REVERSAL)   (REVERSAL)
--------------------------------------------------------------------------

10-01-2018 SUBSEQUENT PAYMENT                      306.17
           LEVY

10-05-2018 SUBSEQUENT PAYMENT                      405.52
           LEVY

           INTEREST ASSESSED          9,036.62           11-05-2018
           20184205

10-22-2018 SUBSEQUENT PAYMENT                      899.62
           LEVY

10-29-2018 SUBSEQUENT PAYMENT                      820.60
           LEVY

11-05-2018 SUBSEQUENT PAYMENT                      208.23
           LEVY

11-13-2018 SUBSEQUENT PAYMENT                    1,935.90
           LEVY

11-16-2018 SUBSEQUENT PAYMENT                      631.23
           LEVY

03-15-2019 SUBSEQUENT PAYMENT                      506.61

           INTEREST ASSESSED         10,514.72           11-04-2019
           20194205

04-27-2009 Statutory Notice of Balance Due

06-01-2009 Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    8
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

JAMES M SIMONES                          EIN/SSN:        7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 07-06-2009 | Notice of Balance Due | | | |
| 08-10-2009 | Statutory Notice of Intent to Levy | | | |
| 07-26-2010 | Statutory Notice of Balance Due | | | |
| 07-25-2011 | Statutory Notice of Balance Due | | | |
| 11-03-2014 | Statutory Notice of Balance Due | | | |
| 11-09-2015 | Statutory Notice of Balance Due | | | |
| 11-07-2016 | Statutory Notice of Balance Due | | | |
| 11-06-2017 | Statutory Notice of Balance Due | | | |
| 11-05-2018 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)                    PAGE     9

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JAMES M SIMONES                      EIN/SSN:      ·7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2008


|      |                            | ASSESSMENT, | PAYMENT,   | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT    | DATE |
|      |                            | (REVERSAL)  | (REVERSAL) |      |
--------------------------------------------------------------------------
11-04-2019 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE   10

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JAMES M SIMONES                           EIN/SSN: ___ __ -7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008
------------------------------------------------------------------------------


BALANCE       196,977.97

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:____Rosemarie Young

TITLE:____Chief, Accounting Operations

DELEGATION ORDER:____WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 10/29/2019

FORM 4340  (REV. 01-2002)                PAGE   11

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: October 29, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that Rosemarie Young, who signed the annexed Certificate of Assessments, Payments, and Other Specified Matters for James M. Simones, for Form 1040, United States Individual Income Tax Return, Social Security Number : ___-__-7364, for the tax period December 31, 2009, consisting of five pages, is now and was, at the time of signing, Operations Manager, Accounting Control/Services, United States Department of Treasury, Internal Revenue Service, and that his/her signature is genuine.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Mark Serrato
Clerk, Certified Transcripts
Fresno - Submission Processing

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      ·7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2009

                                    ASSESSMENT,   PAYMENT,    ASSESSMENT
                                    OTHER DEBITS  CREDIT      DATE
DATE       EXPLANATION OF TRANSACTION (REVERSAL)  (REVERSAL)
-------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                    35,356.00

           TAXABLE INCOME
                    26,006.00

           SELF EMPLOYMENT TAX
                    2,149.00

09-21-2011 SUBSTITUTE FOR RETURN              0.00           10-10-2011
           29210-888-00000-1

           LATE FILING PENALTY            462.83            04-22-2013
           20131405

04-15-2010 REFUNDABLE CREDIT                        400.00

04-15-2010 WITHHOLDING CREDIT                    3,178.00

           ADDITIONAL TAX ASSESSED      5,635.00           04-22-2013
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           ASED 20160415
           29247-488-00407-3  201314'

04-22-2013 RENUMBERED RETURN
           29247-488-00407-3

           INTEREST ASSESSED            272.56            04-22-2013
           20131405

           FAILURE TO PAY TAX           380.54            04-22-2013
           PENALTY
           20131405

07-11-2013 CDP LEVY NOTICE ISSUED

07-19-2013 NOTICE OF FEDERAL TAX
           LIEN FILED

FORM 4340  (REV. 01-2002)              PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

JAMES M SIMONES                      EIN/SSN:      ·7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2009


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 08-12-2013 | FEES AND COLLECTION COSTS | | 50.00 | |
| 07-23-2013 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 07-23-2013 | CDP LEVY NOTICE RETURN RECEIPT SIGNED | | | |
| | INTEREST ASSESSED 20144205 | | 151.32 | 11-03-2014 |
| | FAILURE TO PAY TAX PENALTY 20144205 | | 133.70 | 11-03-2014 |
| | INTEREST ASSESSED 20154205 | | 108.61 | 11-09-2015 |
| | INTEREST ASSESSED 20164205 | | 132.13 | 11-07-2016 |
| 12-02-2016 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 02-13-2017 | INITIAL LEVY ISSUED | | | |
| 03-17-2017 | NOTICE OF FEDERAL TAX LIEN FILED | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      -7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2009


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 03-28-2017 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| | INTEREST ASSESSED 20174205 | | 152.49 | 11-06-2017 |
| 07-23-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-23-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| | INTEREST ASSESSED 20184205 | | 183.19 | 11-05-2018 |
| | INTEREST ASSESSED 20194205 | | 230.15 | 11-04-2019 |
| 08-08-2011 | Taxpayer Deliquency Notice | | | |
| 04-22-2013 | Statutory Notice of Balance Due | | | |
| 05-27-2013 | Notice of Balance Due | | | |
| 06-10-2013 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)               PAGE   3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

JAMES M SIMONES                          EIN/SSN:        ·7364

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 11-03-2014 | Statutory Notice of Balance Due | | | |
| 11-09-2015 | Statutory Notice of Balance Due | | | |
| 11-07-2016 | Statutory Notice of Balance Due | | | |
| 11-06-2017 | Statutory Notice of Balance Due | | | |
| 11-05-2018 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JAMES M SIMONES                          EIN/SSN:      -7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009
--------------------------------------------------------------------------------


BALANCE        4,314.52

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:____Rosemarie Young

TITLE:____Chief, Accounting Operations

DELEGATION ORDER:____WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 10/29/2019

FORM 4340  (REV. 01-2002)              PAGE    5

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

5045 East Butler Avenue

| City | State | ZIP code |
|---|---|---|
| Fresno | California | 93888 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| James M. Simones | ·7364 |

Street address

Post Office Box 2054

| City | State | ZIP code |
|---|---|---|
| Moriarty | New Mexico | 87035 |

Description of information sought

United States Individual Income Tax Return, Form 1040 that was duly completed, executed, and filed by the taxpayer.

Period(s)

Regarding the tax period ending December 31, 2009



Affix IRS Seal here

**Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.**

Name

Rosemarie Young

Title

Chief, Accounting Operations

Signature

Date signed

11/5/2019

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: October 29, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that Rosemarie Young, who signed the annexed Certificate of Assessments, Payments, and Other Specified Matters for James M. Simones, for Form 1040, United States Individual Income Tax Return, Social Security Number :       7364, for the tax period December 31, 2011, consisting of four pages, is now and was, at the time of signing, Operations Manager, Accounting Control/Services, United States Department of Treasury, Internal Revenue Service, and that his/her signature is genuine.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Mark Serrato
Clerk, Certified Transcripts
Fresno - Submission Processing

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:        7364

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE |
|------|---------------------------|-----------|-----------|-----------|
| | ADJUSTED GROSS INCOME<br>92,856.00 | | | |
| | TAXABLE INCOME<br>83,356.00 | | | |
| | SELF EMPLOYMENT TAX<br>1,449.00 | | | |
| 06-18-2013 | SUBSTITUTE FOR RETURN<br>19210-888-00000-3 | | 0.00 | 07-08-2013 |
| | ESTIMATED TAX PENALTY<br>20154105 | 364.66 | | 11-02-2015 |
| | LATE FILING PENALTY<br>20154105 | 4,144.05 | | 11-02-2015 |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>AUDIT DEFICIENCY PER<br>DEFAULT OF 90 DAY LETTER<br>ASED 20181026<br>19247-686-00015-5   201541 | 18,418.00 | | 11-02-2015 |
| 11-02-2015 | RENUMBERED RETURN<br>19247-686-00015-5 | | | |
| | INTEREST ASSESSED<br>20154105 | 2,534.42 | | 11-02-2015 |
| | FAILURE TO PAY TAX<br>PENALTY<br>20154105 | 3,959.87 | | 11-02-2015 |
| 11-13-2015 | CDP LEVY NOTICE ISSUED | | | |
| 11-20-2015 | NOTICE OF FEDERAL TAX<br>LIEN FILED | | | |
| 12-21-2015 | FEES AND COLLECTION COSTS | 50.00 | | |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:        7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|------------------------------------|----------------------------|-----------------|
| 11-24-2015 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 12-04-2015 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 12-02-2016 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 02-13-2017 | INITIAL LEVY ISSUED | | | |
| 03-17-2017 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 03-28-2017 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| | ADDITIONAL TAX ASSESSED 19254-672-07067-7  201740 | 0.00 | | 10-23-2017 |
| | INTEREST ASSESSED 20174205 | 2,337.44 | | 11-06-2017 |
| | FAILURE TO PAY TAX PENALTY 20174205 | 644.63 | | 11-06-2017 |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN:      ·7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 07-23-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 07-23-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| | INTEREST ASSESSED 20184205 | | 1,523.90 | 11-05-2018 |
| | INTEREST ASSESSED 20194205 | | 1,914.54 | 11-04-2019 |
| 11-02-2015 | Statutory Notice of Balance Due | | | |
| 11-30-2015 | Statutory Notice of Intent to Levy | | | |
| 11-06-2017 | Statutory Notice of Balance Due | | | |
| 11-05-2018 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)              PAGE    3

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JAMES M SIMONES                        EIN/SSN:      7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
  FORM: 1040       TAX PERIOD: DEC  2011
-------------------------------------------------------------------------------


BALANCE        35,891.51

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.
```

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:____Rosemarie Young

TITLE:____Chief, Accounting Operations

DELEGATION ORDER:____WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 10/29/2019

FORM 4340  (REV. 01-2002)                 PAGE    4

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

5045 East Butler Avenue

| City | State | ZIP code |
|---|---|---|
| Fresno | California | 93888 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| James M. Simones | ·7364 |

Street address

Post Office Box 2054

| City | State | ZIP code |
|---|---|---|
| Moriarty | New Mexico | 87035 |

Description of information sought

United States Individual Income Tax Return, Form 1040 that was duly completed, executed, and filed by the taxpayer.

Period(s)

Regarding the tax period ending December 31, 2011



| Affix IRS Seal here | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
|---|---|
| | **Name** |
| | Rosemarie Young |
| | **Title** |
| | Chief, Accounting Operations |
| | **Signature** |
| | **Date signed**  11/5/2019 |

Form **3050** (Rev. 3-2006)     Catalog Number 19212C     publish.no.irs.gov     Department of the Treasury-**Internal Revenue Service**

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: October 29, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that Rosemarie Young, who signed the annexed Certificate of Assessments, Payments, and Other Specified Matters for James M. Simones, for Form 1040, United States Individual Income Tax Return, Social Security Number : 7364, for the tax period December 31, 2012, consisting of four pages, is now and was, at the time of signing, Operations Manager, Accounting Control/Services, United States Department of Treasury, Internal Revenue Service, and that his/her signature is genuine.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Mark Serrato
Clerk, Certified Transcripts
Fresno - Submission Processing

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN: ___ __ 7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|-----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 27,571.00 | | | |
| | TAXABLE INCOME 17,821.00 | | | |
| | SELF EMPLOYMENT TAX 3,144.00 | | | |
| 08-19-2014 | SUBSTITUTE FOR RETURN 29210-888-00000-4 | | 0.00 | 09-08-2014 |
| | LATE FILING PENALTY 20160805 | | 1,211.18 | 03-14-2016 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20190301 29247-450-01200-6  201608 | | 5,383.00 | 03-14-2016 |
| 03-14-2016 | RENUMBERED RETURN 29247-450-01200-6 | | | |
| | INTEREST ASSESSED 20160805 | | 602.50 | 03-14-2016 |
| | FAILURE TO PAY TAX PENALTY 20160805 | | 942.02 | 03-14-2016 |
| 04-04-2016 | CDP LEVY NOTICE ISSUED | | | |
| 05-13-2016 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 06-13-2016 | FEES AND COLLECTION COSTS | | 50.00 | |
| 05-17-2016 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JAMES M SIMONES                   EIN/SSN:        -7364



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012


                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT     DATE
                                  (REVERSAL)   (REVERSAL)
--------------------------------------------------------------------------------

12-02-2016 NOTICE OF FEDERAL TAX
           LIEN FILED

02-13-2017 INITIAL LEVY ISSUED

03-17-2017 NOTICE OF FEDERAL TAX
           LIEN FILED

03-28-2017 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

           ADDITIONAL TAX ASSESSED           0.00      10-23-2017
           19254-672-07068-7  201740

           INTEREST ASSESSED              553.09      11-06-2017
           20174205

           FAILURE TO PAY TAX            403.73      11-06-2017
           PENALTY
           20174205

07-23-2018 CERTIFICATION OF TAX
           ACCOUNT AS SERIOUSLY
           DELINQUENT TAX DEBT

07-23-2018 Notice of certification as seriously delinquent tax debt sent to
           taxpayer - P

FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

JAMES M SIMONES                    EIN/SSN: ___ _ ·7364


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
|      | INTEREST ASSESSED 20184205 |                                     | 429.45                     | 11-05-2018      |
|      | INTEREST ASSESSED 20194205 |                                     | 539.52                     | 11-04-2019      |
| 12-23-2013 | Taxpayer Deliquency Notice |                             |                            |                 |
| 03-14-2016 | Statutory Notice of Balance Due |                        |                            |                 |
| 04-11-2016 | Statutory Notice of Intent to Levy |                     |                            |                 |
| 11-06-2017 | Statutory Notice of Balance Due |                        |                            |                 |
| 11-05-2018 | Statutory Notice of Balance Due |                        |                            |                 |
| 11-04-2019 | Statutory Notice of Balance Due |                        |                            |                 |

FORM 4340  (REV. 01-2002)           PAGE    3

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

    JAMES M SIMONES                        EIN/SSN:      7364



    TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
    FORM: 1040      TAX PERIOD: DEC  2012
--------------------------------------------------------------------------------


    BALANCE        10,114.49

--------------------------------------------------------------------------------
    I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
    ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
    FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
    ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
    DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
    BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
    TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
    OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


    SIGNATURE OF CERTIFYING OFFICER:

    PRINT NAME:    Rosemarie Young

    TITLE:    Chief, Accounting Operations

    DELEGATION ORDER:    WI-11-5


    LOCATION: INTERNAL REVENUE SERVICE


            ACCOUNT STATUS DATE 10/29/2019

    FORM 4340  (REV. 01-2002)              PAGE    4
```

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

5045 East Butler Avenue

| City | State | ZIP code |
|------|-------|----------|
| Fresno | California | 93888 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

Taxpayer identification information

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---------------|---------------------------------------------------|
| James M. Simones | 7364 |

Street address

Post Office Box 2054

| City | State | ZIP code |
|------|-------|----------|
| Moriarty | New Mexico | 87035 |

Description of information sought

United States Individual Income Tax Return, Form 1040 that was duly completed, executed, and filed by the taxpayer.

Period(s)

Regarding the tax period ending December 31, 2012

| Affix IRS Seal here | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
|---------------------|------------------------------------------------------------------------------------------------------------------------------|
|  | Name<br><br>Rosemarie Young |
| | Title<br><br>Chief, Accounting Operations |
| | Signature |
| | Date signed<br>11/5/2019 |

Form **3050** (Rev. 3-2006)      Catalog Number 19212C      publish.no.irs.gov      Department of the Treasury-Internal Revenue Service

CERTIFIED
DOCUMENT

4805

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800)  913-6050 | Serial Number 242256016 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

SEAL — TORRANCE COUNTY · STATE OF NEW MEXICO · CLERK

Name of Taxpayer  ANCIENT OF DAYS  TRUST AS NOMINEE OF
JAMES M SIMONES

Residence      PO BOX 2054
MORIARTY, NM 87035-2054

TORRANCE COUNTY
LINDA JARAMILLO, CLERK
002163099
Book 336 Page 4888
1 of 1
12/15/2016 10:35:09 AM
BY    YOTERO

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | | 10/24/2005 | 11/23/2025 | 3664.06 |
| 1040 | 12/31/2007 | | 01/11/2010 | 02/10/2020 | 22330.89 |
| 1040 | 12/31/2008 | | 04/27/2009 | 05/27/2019 | 21680.26 |
| 1040 | 12/31/2009 | | 04/23/2013 | 05/23/2023 | 3748.69 |
| 1040 | 12/31/2011 | | 11/02/2015 | 12/02/2025 | 29471.09 |
| 1040 | 12/31/2012 | | 03/14/2016 | 04/13/2026 | 8188.70 |
| 6702A | 12/31/2007 | | 02/08/2011 | 03/09/2021 | |
| 6702A | 12/31/2007 | | 02/08/2012 | 03/08/2022 | 10841.34 |
| 6702A | 12/31/2008 | | 12/20/2010 | 01/19/2021 | 6038.10 |

THIS SPECIAL CONDITION NOTICE OF FEDERAL TAX LIEN ATTACHES TO THE PROPERTY DESCRIBED BELOW:

LOT NUMBERED THREE (3) IN BLOCK TWO (2) OF THE RINCON ESCOJIDO ADDITION TO THE CITY OF MORIARTY, NEW MEXICO

Place of Filing
COUNTY CLERK
TORRANCE COUNTY
ESTANCIA, NM 87016

I, Linda Jaramillo County Clerk of Torrance County, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in my office.
Dated this ___ day of December 2017
Linda Jaramillo
County Clerk
By _____ Deputy  TO-3417

This notice was prepared and signed at   SEATTLE, WA

the   01st   day of   December  , 2016

Signature  Cheryl Cordew
for TERESA L DOMINGUEZ

Title
REVENUE OFFICER
(505) 415-7765

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)

Government
Exhibit
2

**Form 668 (Y)(c)**
(Rev. February 2004)

14742

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>211511716 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

TORRANCE COUNTY
LINDA JARAMILLO, CLERK
002161136
Book 334 Page 3589
1 of 1
05/16/2016 09:38:42 AM
BY     YOTERO

Name of Taxpayer JAMES M SIMONES

Residence    PO BOX 2054
MORIARTY, NM 87035-2054

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | | 03/14/2016 | 04/13/2026 | 8138.70 |
| | | | | | |
| | | | | | |
| | | | | | |

ATTEST and CERTIFIED AS A TRUE AND CORRECT COPY ON FILE IN THIS OFFICE

COUNTY CLERK

BY DEPUTY CLERK

DATE

"A Certified copy"
pg 1 of 1
Torrance County, NM
by

| Place of Filing | COUNTY CLERK<br>TORRANCE COUNTY<br>ESTANCIA, NM 87016 | Total | $     8138.70 |
|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the ___04th___ day of ___May___, ___2016___.

| Signature    _Cheryl Cordero_<br>for TERESA L DOMINGUEZ | Title<br>REVENUE OFFICER<br>(505) 837-5516 | 26-10-3417 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|

| Small Business / Self Employed - Area: 6 | Serial Number 271509728 | For Optional Use by Recording Office |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**

JAMES M SIMONES

**Residence**

PO BOX 2054
MORIARTY, NM 87035-2054547

TORRANCE COUNTY
LINDA JARAMILLO, CLERK
002152962
Book 333 Page 3149
1 of 1
11/18/2015 10:59:42 AM
BY      SYLVIA

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment |
|---|---|---|---|---|---|
| 1040 | 12/31/2011 | | 11/02/2015 | 12/02/2025 | $29,421.00 |

CERTIFIED AS A TRUE AND CORRECT COPY ON FILE IN THIS OFFICE.

COUNTY CLERK
DEPUTY CLERK
DATE

"A Certified copy".
pg ___ of ___
Torrance County, NM
by _____ "

| Place of Filing COUNTY CLERK TORRANCE COUNTY ESTANCIA, NM 87016 | Total | $29,421.00 |
|---|---|---|

This notice was prepared and signed at ALBUQUERQUE, NEW MEXICO, on this, the 18th day of November, 2015.

| Signature R BASILE, Employee # - 1002838095 | Title REVENUE OFFICER, Phone # - (505)837-5713 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office                                                                 Form 668(Y) (Rev. 10-1999)

| **Form 668 (Y)(c)**<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>948992013 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



SEAL

Name of Taxpayer  JAMES M SIMONES

Residence   PO BOX 2054
MORIARTY, NM 87035-2054

TORRANCE COUNTY
LINDA JARAMILLO, CLERK
002132013
Book 329 Page 456
1 of 1
07/22/2013 10:08:50 AM
BY     YOTERO

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | | 04/22/2013 | 05/22/2023 | 3172.93 |

ATTEST:
CERTIFIED AS A TRUE
AND CORRECT COPY
ON FILE IN THIS OFFICE
BY _____
DEPUTY CLERK
DATE _____ - 10

"A Certified copy:
pg __ of __
Torrance County, NM
by _____ "

| Place of Filing | COUNTY CLERK<br>TORRANCE COUNTY<br>ESTANCIA, NM 87016 | Total | $ | 3172.93 |

This notice was prepared and signed at _____ SEATTLE, WA _____ , on this,

the ___10th___ day of ___July___ , ___2013___ .

| Signature<br>for R. BASILE | Title<br>REVENUE OFFICER<br>(505) 837-5713 | 26-10-3420 |

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) | 3592 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>851786712 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JAMES M SIMONES

Residence   PO BOX 2054
            MORIARTY, NM 87035-2054

TORRANCE COUNTY
LINDA KAYSER, COUNTY CLERK
002120587
Book 326 Page 1671
1 of 1
03/06/2012 11:08:21 AM
BY   YOTERO

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6702<br>6702A | 12/31/2007<br>12/31/2007 | | 02/06/2012<br>02/07/2011 | 03/08/2022<br>03/09/2021 | 10000.00 |

ATTEST:
CERTIFIED AS A TRUE
AND CORRECT COPY
ON FILE IN THIS OFFICE
_____
COUNTY CLERK
DEPUTY CLERK
7-31-18

"A Certified copy:
pg _l_ of _
Torrance County, NM
by _____"

| Place of Filing | COUNTY CLERK<br>TORRANCE COUNTY<br>ESTANCIA, NM 87016 | Total | $ | 10000.00 |
|---|---|---|---|---|

This notice was prepared and signed at   SEATTLE, WA                        , on this,

the   27th   day of   February   2012.

| Signature<br>for JACQUELINE A SENA | Title<br>REVENUE OFFICER<br>(505) 837-5717 | 26-10-3418 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60026X

| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>825796511 | For Optional Use by Recording Office<br>ATTEST<br>CERTIFIED AS A TRUE<br>AND CORRECT COPY<br>*Lynal C. Daniello*<br>COUNTY CLERK<br>DEPUTY CLERK<br>DATE 11-31-18 |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

"A Certified copy:
pg __1__ of __1__
Torrance County, NM
by _____

Name of Taxpayer JAMES M SIMONES

Residence
PO BOX 2054
MORIARTY, NM 87035-2054

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | | 01/06/2003 | 02/05/2013 | 8073.51 |
| 1040 | 12/31/2000 | | 12/09/2002 | 01/08/2013 | 32563.09 |
| 1040 | 12/31/2001 | | 06/14/2004 | 07/14/2014 | 35005.72 |
| 1040 | 12/31/2002 | | 10/24/2005 | 11/23/2015 | 30533.65 |
| 1040 | 12/31/2007 | | 01/11/2010 | 02/10/2020 | 17891.73 |
| 1040 | 12/31/2008 | | 04/06/2009 | 05/06/2019 | |
| 1040 | 12/31/2008 | | 04/27/2009 | 05/27/2019 | 170437.98 |
| 6682 | 12/31/2002 | | 04/14/2003 | 05/14/2013 | 721.16 |
| 6702A | 12/31/2008 | | 12/20/2010 | 01/19/2021 | 5000.00 |

TORRANCE COUNTY
LINDA KAYSER, COUNTY CLERK
002113021
Book 328 Page 2624
1 of 1
11/08/2011 12:13:57 PM
BY   LJARAMILLO

| Place of Filing | COUNTY CLERK<br>TORRANCE COUNTY<br>ESTANCIA, NM 87016 | Total | $ | 300226.84 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the __01st__ day of __November__ __2011__.

| Signature<br>for JACQUELINE SENA | Title<br>REVENUE OFFICER<br>(505) 837-5717 | 26-10-3518 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

26976846 *** REFILED NOTICE

18334

Form **668-F**
(March 2016)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien Refile
Recorded: 11/08/2011  16:08 2011102112

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #6
Lien Unit Phone: (800) 913-6050

Original Serial Number

825796411

For Use by Recording Office

**In accordance with section 6323(g) of the Internal Revenue Code, the Notice of Federal Tax Lien originally filed on** November 10, 2011 **is hereby refiled with regard to the taxpayer and assessments identified below.**

Name of Taxpayer  JAMES M SIMONES

Address         PO BOX 2054
                MORIARTY, NM 87035-2054

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | | 01/11/2010 | 02/10/2030 | 17891.73 |
| 6702A | 12/31/2008 | | 12/20/2010 | 01/19/2031 | 5000.00 |

### Notice of Federal Tax Lien Refile

Refile Serial Number 406832120          Identifying Number* _____          Date 01/31/2020
Current Taxpayer Name* _____
Current Address* _____

Place of Refiling          BERNALILLO
                          Signature for IVAN ANDARY
                          Title     ADVISOR          (623) 643-0488
*If different from original notice of lien

Original Place of Filing

                COUNTY CLERK
                BERNALILLO COUNTY
                ALBUQUERQUE, NM 87102          Total of Refile  $      22891.73

The original notice was prepared and executed at  SEATTLE, WA _____, on this,

the ___01st___ day of  November  , 2011

Doc# 2020013005
02/11/2020 11:37 AM  Page 1 of 1
LIENNOTICE R $25.00 Linda Stover, Bernalillo County

Signature

for JACQUELINE SENA

Title
REVENUE OFFICER
26-10-3518

Catalog Number 16742R                www.irs.gov                Form **668-F** (Rev. 3-2016)

.

I, LINDA STOVER,   County Clerk of
Bernalillo County, New Mexico, hereby certify that
the foregoing is true, correct and full copy of the
instrument herewith set out as appears of record
in my office.

Dated this 24th day of Jul 2020
LINDA STOVER
Bernalillo County Clerk

By
              Deputy Clerk

| | 3592 | | | | |
|---|---|---|---|---|---|
| **Form 668 (Y)(c)**<br>(Rev. February 2004) | | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | | |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>851786612 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JAMES M SIMONES

Residence     PO BOX 2054<br>           MORIARTY, NM 87035-2054

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6702 | 12/31/2007 | | 02/06/2012 | 03/08/2022 | 10000.00 |
| 6702A | 12/31/2007 | | 02/07/2011 | 03/09/2021 | |

Doc# 2012023341
03/07/2012 11:10 AM Page 1 of 1
LIENNOTICE R $25.00 M Toulouse Oliver, Bernalillo County

| Place of Filing | COUNTY CLERK<br>BERNALILLO COUNTY<br>ALBUQUERQUE, NM 87102 | Total | $ | 10000.00 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____ , on this,

the ___27th___ day of ___February___ , ___2012___ .

| Signature<br><br>for JACQUELINE A SENA | Title<br>REVENUE OFFICER<br>(505) 837-5717 | 26-10-3418 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

I, LINDA STOVER,   County Clerk of
Bernalillo County, New Mexico, hereby certify that
the foregoing is true. correct and full copy of the
instrument herewith set out as appears of reco͟
in my office.

Dated this _24th_ day of _Jul 2020_

LINDA STOVER
Bernalillo County Clerk

By _____
                    Deputy Clerk

**Form 668 (Y)(c)**
(Rev. February 2004)

9607

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (800) 913-6050 | Serial Number 415267220 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  JAMES M SIMONES

Residence     PO BOX 2054
              MORIARTY, NM 87035-2054

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-7364 | 04/27/2009 | 05/27/2029 | 196977.97 |

Doc# 2020056279
06/23/2020 01 49 PM  Page  1 of 1
LIENNOTICE R $25 00 Linda Stover, Bernalillo County

| Place of Filing | COUNTY CLERK BERNALILLO COUNTY ALBUQUERQUE, NM 87102 | Total | $ | 196977.97 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____ , on this,

the ____ 09th ____ day of ___ June ___ , __ 2020 __ .

| Signature  for LONNI J WEINSTEIN | Title REVENUE OFFICER (505) 424-5977 | 27-15-3406 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

I, LINDA STOVER,   County Clerk of
Bernalillo County, New Mexico, hereby certify that
the foregoing is true, correct and full copy of the
instrument herewith set out as appears of record
in my office.

Dated this 24th  day of _Jul 7070_
LINDA STOVER
Bernalillo County Clerk

By _____
            Deputy Clerk

# WARRANTY DEED

2256

**2011019**

MIKE ANAYA and MARY ANAYA, husband and wife

_____ for consideration paid, grant _____

to ___JAMES M. SIMONES_____

whose address is _1316 So Hecy ST. Moriarty N.M. 87035_

the following described real estate in _____TORRANCE_____ County, New Mexico:

Lot numbered Three (3) in Block numbered Two (2) of RINCON ESCOGIDO ADDITION to the City of Moriarty, New Mexico.

SUBJECT TO any reservations, restrictions and easements of record.

with warranty covenants.

Witness _our_ hand _s_ and seal _s_ this __10th__ day of ___October___ 19X 2000

_____ (Seal)    _Mary Anaya_ (Seal)

_____ (Seal)    _Mike Anaya_ (Seal)

### ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO )
                     ) ss.
COUNTY OF Torrance )

This instrument was acknowledged before me on _____October_____ 19X 2000 by Mike Anaya and Mary Anaya.

My commission expires: _11-4-00_

(Seal)                          _Phyllis Townsend_ NOTARY PUBLIC

### ACKNOWLEDGEMENT FOR CORPORATION

STATE OF NEW MEXICO )
                     ) ss.
COUNTY OF _____ )

This instrument was acknowledged before me on _____ 19__

by _____
       (NAME OF OFFICER)

of _____
    (CORPORATION ACKNOWLEDGING)

a _____ corporation, on behalf of said corporation
  (STATE OF INCORPORATION)

My commission expires: _____
(Seal)                          _____ NOTARY PUBLIC

**FOR RECORDER'S USE ONLY**

State of New Mexico
County of Torrance

I, hereby certify that this instrument was filed for record on the _27_ day of _February_ A.D. _2001_ at _2:01_ o'clock _P_ M and duly recorded in book _299_ at page _2256_ Witness my hand and Seal of Office

_____ County Clerk, Torrance Co., N.M.

_____ Deputy

Government Exhibit
3



# Internal Revenue Service
## United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

| | |
|---|---|
| Request Date: | 03-10-2020 |
| Response Date: | 03-10-2020 |
| Tracking Number: | 100511507076 |

FORM NUMBER:      1040A

TAX PERIOD:       Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-7364

JAME SIMO

PO BOX

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jun. 30, 2014 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jun. 30, 2014 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 54,930.00 |
| TAXABLE INCOME: | 47,880.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

**Government Exhibit**
4

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Nov. 27, 2000 |
| PROCESSING DATE | Dec. 25, 2000 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 12-25-2000 | $0.00 |
| n/a | 29210-330-26312-0 | | | |
| 570 | Additional account action pending | | 12-25-2000 | $0.00 |
| 420 | Examination of tax return | | 12-28-2000 | $0.00 |
| 170 | Penalty for not pre-paying tax 05-09-2014 | 20025208 | 01-06-2003 | $191.33 |

| 160 | Penalty for filing tax return after the due date 05-09-2014 | 20025208 01-06-2003 | $1,026.90 |
|-----|-----|-----|-----|
| 806 | W-2 or 1099 withholding | 04-15-2000 | -$5,494.00 |
| 300 | Additional tax assessed by examination 05-09-2014 | 20025208 01-06-2003 | $10,058.00 |
| n/a | 29247-753-00012-2 | | |
| 421 | Closed examination of tax return | 01-06-2003 | $0.00 |
| 336 | Interest charged for late payment | 20025208 01-06-2003 | $1,252.61 |
| 276 | Penalty for late payment of tax | 20025208 01-06-2003 | $753.06 |
| 971 | Tax period blocked from automated levy program | 03-31-2003 | $0.00 |
| 971 | Collection due process equivalent (hearing) request received | 03-31-2003 | $0.00 |
| 971 | Collection due process equivalent (hearing) request withdrawn because you resolved it with IRS collection | 09-09-2003 | $0.00 |
| 276 | Penalty for late payment of tax | 20052808 07-25-2005 | $387.94 |
| 971 | Notice issued CP 071C | 07-21-2008 | $0.00 |
| 706 | Credit transferred in from 1040 200812 | 04-06-2009 | -$11,885.91 |
| 196 | Interest charged for late payment | 20091208 04-06-2009 | $3,710.07 |
| 701 | Removed credit transferred in from 1040 200812 | 04-06-2009 | $11,885.91 |
| 971 | Account match for federal levy payment program | 10-05-2009 | $0.00 |
| 971 | Notice issued CP 0090 | 10-05-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 10-05-2009 | $0.00 |
| 971 | Notice issued CP 0091 | 12-14-2009 | $0.00 |
| 971 | Final notice before levy on social security benefits | 12-14-2009 | $0.00 |
| 971 | Account match for federal levy payment program | 03-08-2010 | $0.00 |
| 670 | Payment | 02-24-2010 | -$211.80 |
| 670 | Payment | 03-24-2010 | -$211.80 |
| 670 | Payment | 04-28-2010 | -$211.80 |
| 670 | Payment | 05-26-2010 | -$211.80 |
| 670 | Payment | 06-23-2010 | -$211.80 |
| 971 | Notice issued CP 071C | 07-26-2010 | $0.00 |
| 670 | Payment | 07-28-2010 | -$211.80 |
| 670 | Payment | 08-25-2010 | -$211.80 |
| 670 | Payment | 09-22-2010 | -$211.80 |
| 670 | Payment | 10-27-2010 | -$211.80 |

| 670 | Payment | 11-24-2010 | -$211.80 |
|---|---|---|---|
| 670 | Payment | 12-22-2010 | -$211.80 |
| 670 | Payment | 01-26-2011 | -$211.80 |
| 670 | Payment | 02-23-2011 | -$211.80 |
| 670 | Payment | 03-23-2011 | -$211.80 |
| 670 | Payment | 04-27-2011 | -$211.80 |
| 670 | Payment | 05-25-2011 | -$211.80 |
| 670 | Payment | 06-22-2011 | -$211.80 |
| 971 | Notice issued<br>CP 071C | 07-25-2011 | $0.00 |
| 670 | Payment | 07-27-2011 | -$211.80 |
| 582 | Lien placed on assets due to balance owed | 11-04-2011 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 11-10-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) request received | 11-28-2011 | $0.00 |
| 971 | Collection due process request received timely | 12-05-2011 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 12-05-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) resolved by appeals - decision letter issued or you withdrew the hearing request | 03-07-2013 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | 04-06-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 04-06-2013 | $0.00 |
| 530 | Balance due account currently not collectable | 12-23-2013 | $0.00 |
| 608 | Write-off of balance due | 05-12-2014 | -$8,073.51 |

This Product Contains Sensitive Taxpayer Data


**Internal Revenue Service**
United States Department of the Treasury

```
┌─────────────────────────────────────────────────────────────────────┐
│            This Product Contains Sensitive Taxpayer Data              │
└─────────────────────────────────────────────────────────────────────┘
```

## Account Transcript

|  | |
|---|---|
| Request Date: | 03-10-2020 |
| Response Date: | 03-10-2020 |
| Tracking Number: | 100511507076 |

FORM NUMBER:    1040A
TAX PERIOD:     Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-7364

JAME SIMO
PO BOX

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00    AS OF: Jun. 30, 2014
ACCRUED PENALTY:                              0.00    AS OF: Jun. 30, 2014

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                     01
FILING STATUS:                              Single
ADJUSTED GROSS INCOME:                   69,556.00
TAXABLE INCOME:                          62,356.00
TAX PER RETURN:                               0.00
SE TAXABLE INCOME TAXPAYER:                   0.00
SE TAXABLE INCOME SPOUSE:                     0.00
TOTAL SELF EMPLOYMENT TAX:                    0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Feb. 13, 2002
PROCESSING DATE                                                    Mar. 18, 2002

```
┌─────────────────────────────────────────────────────────────────────┐
│                            TRANSACTIONS                               │
└─────────────────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 03-18-2002 | $0.00 |
| n/a | 29210-054-25017-2 | | | |
| 570 | Additional account action pending | | 03-18-2002 | $0.00 |
| 420 | Examination of tax return | | 03-28-2002 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 07-16-2002 | $0.00 |
| 170 | Penalty for not pre-paying tax | 20024808 | 12-09-2002 | $750.67 |

|     | 04-11-2014 | | | |
|-----|-----------|--------|-----------|------------|
| 160 | Penalty for filing tax return after the due date | 20024808 | 12-09-2002 | $3,161.92 |
|     | 04-11-2014 | | | |
| 300 | Additional tax assessed by examination | 20024808 | 12-09-2002 | $14,053.00 |
|     | 04-11-2014 | | | |
| n/a | 29247-724-20000-2 | | | |
| 421 | Closed examination of tax return | | 12-09-2002 | $0.00 |
| 336 | Interest charged for late payment | 20024808 | 12-09-2002 | $950.61 |
| 276 | Penalty for late payment of tax | 20024808 | 12-09-2002 | $1,405.30 |
| 971 | Collection due process equivalent (hearing) request received | | 10-17-2003 | $0.00 |
| 971 | Collection due process equivalent (hearing) request withdrawn because you resolved it with IRS collection | | 10-30-2003 | $0.00 |
| 276 | Penalty for late payment of tax | 20052808 | 07-25-2005 | $2,107.94 |
| 971 | Notice issued CP 071C | | 07-21-2008 | $0.00 |
| 276 | Penalty for late payment of tax | 20082808 | 07-21-2008 | $0.01 |
| 706 | Credit transferred in from 1040 200812 | | 04-06-2009 | -$32,563.09 |
| 196 | Interest charged for late payment | 20091208 | 04-06-2009 | $10,133.64 |
| 701 | Removed credit transferred in from 1040 200812 | | 04-06-2009 | $32,563.09 |
| 971 | Account match for federal levy payment program | | 10-05-2009 | $0.00 |
| 971 | Notice issued CP 0090 | | 10-05-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 10-05-2009 | $0.00 |
| 971 | Notice issued CP 0091 | | 12-14-2009 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 12-14-2009 | $0.00 |
| 971 | Notice issued CP 071C | | 07-26-2010 | $0.00 |
| 971 | Notice issued CP 071C | | 07-25-2011 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-04-2011 | $0.00 |
| 360 | Fees and other expenses for collection | | 11-28-2011 | $100.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 11-10-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) request received | | 11-28-2011 | $0.00 |
| 971 | Collection due process request received timely | | 12-05-2011 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 12-05-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) resolved by appeals - decision letter issued or you withdrew the hearing request | | 03-07-2013 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 04-06-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 04-06-2013 | $0.00 |
| 530 | Balance due account currently not collectable | | 12-23-2013 | $0.00 |
| 608 | Write-off of balance due | | 04-14-2014 | -$32,663.09 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

|  |  |
|---|---|
| Request Date: | 03-10-2020 |
| Response Date: | 03-10-2020 |
| Tracking Number: | 100511507076 |

FORM NUMBER:      1040A
TAX PERIOD:       Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-7364

JAME SIMO
PO BOX

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jan. 15, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jan. 15, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 75,834.00 |
| TAXABLE INCOME: | 68,384.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Aug. 29, 2003 |
| PROCESSING DATE | Oct. 06, 2003 |

```
                         TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS | | 10-06-2003 | $0.00 |
| n/a | 81210-242-25141-3 | | | |
| 140 | Inquiry for non-filing of tax return | | 02-20-2003 | $0.00 |
| 595 | Account referred for review | | 09-15-2003 | $0.00 |
| 570 | Additional account action pending | | 10-06-2003 | $0.00 |
| 420 | Examination of tax return | | 09-25-2003 | $0.00 |

| 170 | Penalty for not pre-paying tax<br>10-15-2015 | 20042208 06-14-2004 | $613.66 |
|---|---|---|---|
| 160 | Penalty for filing tax return after the due date<br>10-15-2015 | 20042208 06-14-2004 | $3,489.08 |
| 300 | Additional tax assessed by examination<br>10-15-2015 | 20042208 06-14-2004 | $15,507.00 |
| n/a | 29247-547-00239-4 | | |
| 421 | Closed examination of tax return | 06-14-2004 | $0.00 |
| 336 | Interest charged for late payment | 20042208 06-14-2004 | $2,217.37 |
| 276 | Penalty for late payment of tax | 20042208 06-14-2004 | $2,015.91 |
| 276 | Penalty for late payment of tax | 20052808 07-25-2005 | $1,860.83 |
| 971 | Notice issued<br>CP 071C | 07-21-2008 | $0.00 |
| 706 | Credit transferred in from<br>1040 200812 | 04-06-2009 | -$35,005.72 |
| 196 | Interest charged for late payment | 20091208 04-06-2009 | $9,301.87 |
| 701 | Removed credit transferred in from<br>1040 200812 | 04-06-2009 | $35,005.72 |
| 971 | Account match for federal levy payment program | 10-05-2009 | $0.00 |
| 971 | Notice issued<br>CP 0090 | 10-05-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 10-05-2009 | $0.00 |
| 971 | Notice issued<br>CP 0091 | 12-14-2009 | $0.00 |
| 971 | Final notice before levy on social security benefits | 12-14-2009 | $0.00 |
| 971 | Notice issued<br>CP 071C | 07-26-2010 | $0.00 |
| 971 | Notice issued<br>CP 071C | 07-25-2011 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 11-04-2011 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due<br>Process hearing | 11-10-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) request<br>received | 11-28-2011 | $0.00 |
| 971 | Collection due process request received timely | 12-05-2011 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 12-05-2011 | $0.00 |
| 971 | Collection due process equivalent (hearing) resolved by<br>appeals - decision letter issued or you withdrew the<br>hearing request | 03-07-2013 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals -<br>Notice of Determination letter issued, you waived<br>judicial review or withdrew the hearing request | 04-06-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 04-06-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 11-15-2013 | $0.00 |
| 360 | Fees and other expenses for collection | 12-09-2013 | $50.00 |
| 971 | Notice issued<br>CP 071D | 11-03-2014 | $0.00 |
| 196 | Interest charged for late payment | 20144205 11-03-2014 | $7,314.33 |
| 670 | Payment<br>Levy | 06-24-2015 | -$572.70 |
| 670 | Payment<br>Levy | 07-24-2015 | -$572.70 |
| 670 | Payment<br>Levy | 08-26-2015 | -$572.70 |

| 670 | Payment<br>Levy | 09-24-2015 | -$572.70 |
| 608 | Write-off of balance due | 10-19-2015 | -$40,079.25 |
| 673 | Payment | 10-26-2015 | -$572.70 |
| 609 | Reinstate balance due | 10-19-2015 | $40,079.25 |
| 608 | Write-off of balance due | 11-16-2015 | -$39,506.55 |
| 583 | Removed lien | 10-30-2015 | $0.00 |
| 673 | Payment | 11-20-2015 | -$572.70 |
| 609 | Reinstate balance due | 11-16-2015 | $39,506.55 |
| 608 | Write-off of balance due | 12-14-2015 | -$38,933.85 |
| 673 | Payment | 12-21-2015 | -$572.70 |
| 609 | Reinstate balance due | 12-14-2015 | $38,933.85 |
| 608 | Write-off of balance due | 01-11-2016 | -$38,361.15 |
| 673 | Payment | 01-26-2016 | -$572.70 |
| 609 | Reinstate balance due | 01-11-2016 | $38,361.15 |
| 608 | Write-off of balance due | 02-15-2016 | -$37,788.45 |
| 673 | Payment | 02-24-2016 | -$572.70 |
| 609 | Reinstate balance due | 02-15-2016 | $37,788.45 |
| 608 | Write-off of balance due | 03-14-2016 | -$37,215.75 |
| 672 | Removed payment<br>1040 200212 | 10-26-2015 | $572.70 |
| 672 | Removed payment<br>1040 200212 | 11-20-2015 | $572.70 |
| 672 | Removed payment<br>1040 200212 | 12-21-2015 | $572.70 |
| 672 | Removed payment<br>1040 200212 | 01-26-2016 | $572.70 |
| 672 | Removed payment<br>1040 200212 | 02-24-2016 | $572.70 |
| 609 | Reinstate balance due | 03-14-2016 | $37,215.75 |
| 608 | Write-off of balance due | 04-04-2016 | -$40,079.25 |
| 670 | Payment<br>Levy | 03-21-2016 | -$572.70 |
| 609 | Reinstate balance due | 04-04-2016 | $40,079.25 |
| 608 | Write-off of balance due | 04-11-2016 | -$39,506.55 |
| 670 | Payment<br>Levy | 04-25-2016 | -$572.70 |
| 609 | Reinstate balance due | 04-11-2016 | $39,506.55 |
| 608 | Write-off of balance due | 05-16-2016 | -$38,933.85 |
| 670 | Payment<br>Levy | 05-25-2016 | -$572.70 |
| 609 | Reinstate balance due | 05-16-2016 | $38,933.85 |
| 608 | Write-off of balance due | 06-13-2016 | -$38,361.15 |
| 670 | Payment<br>Levy | 06-23-2016 | -$572.70 |

| 609 | Reinstate balance due | 06-13-2016 | $38,361.15 |
|-----|------------------------|------------|------------|
| 608 | Write-off of balance due | 07-18-2016 | -$37,788.45 |
| 670 | Payment<br>Levy | 07-26-2016 | -$606.70 |
| 609 | Reinstate balance due | 07-18-2016 | $37,788.45 |
| 608 | Write-off of balance due | 08-15-2016 | -$37,181.75 |
| 670 | Payment<br>Levy | 08-25-2016 | -$606.70 |
| 609 | Reinstate balance due | 08-15-2016 | $37,181.75 |
| 608 | Write-off of balance due | 09-19-2016 | -$36,575.05 |

This Product Contains Sensitive Taxpayer Data

SF-3 SHORT FORM QUITCLAIM DEED—New Mexico Statutory Form—Rev. 2/18

# QUITCLAIM DEED

*James Simones*

to *Adelina Monnet* _____ for consideration paid, quitclaim,

whose address is *6017 McKinney N.E.*
*Albuquerque, New Mexico 87109*
the following described real estate in *Torrance* _____ County, New Mexico:

*Lot 3 Block 2 Rincon Escondido Addition*
*in The Town of Moriarty in The county of*
*Torrance.*

*[SEAL: TORRANCE COUNTY · COUNTY CLERK · STATE OF NEW MEXICO]*

State of New Mexico County of Torrance
I hereby certify that this instrument was filed for record on 09/14/2004 A.D. at
11:36 PM and duly recorded as instrument # 2004007 in book 303 at page
01236 in the records of Torrance County. In witness my hand and seal
of office Linda Jaramillo, County Clerk, Torrance County, NM
Deputy Clerk m.y.o.

WITNESS my hand and seal this 14th day of September 2004

*James Simones* _____ (Seal) _____ (Seal)
James Simones

_____ (Seal) _____ (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO
COUNTY OF Torrance ss.
The foregoing instrument was acknowledged before me this 14th day of September 2004
by James Simones (Name or Names of Person or Persons Acknowledging)

My Commission expires 4-9-2004
(Seal)

*Phyllis Townsend*
Notary Public

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO
COUNTY OF _____ ss.
The foregoing instrument was acknowledged before me this _____
day of _____ 19____
by _____
(Name of Officer)
_____ of _____ (Name of Corporation Acknowledging)
a _____ (State of Incorporation) corporation, on behalf of said corporation.
My commission expires: _____
(Seal) _____ Notary Public

FOR RECORDER'S USE ONLY

THE VALLIANT CO. ALBUQUERQUE, N. M.

Government Exhibit

5

SY-3 SHORT FORM QUITCLAIM DEED—New Mexico Statutory Form—Rev. 8/72

# QUITCLAIM DEED

*Adelina Monnet* _____ for consideration paid, quitclaim _____

to *Ancient of Days Trust* _____

whose address is *PO Box 2054, Moriarty, NM 87035*

the following described real estate in *Bernalillo* _____ County, New Mexico:

Tract of land in Section 14, Township 10 North, Range 5 East,
N.M.P.M., within Canon De Carnuel Grant, County of Bernalillo.
State of New Mexico.

I, LINDA STOVER, County Clerk of
Bernalillo County, New Mexico, hereby certify that
the foregoing is true, correct and full copy of the
instrument herewith set out as appears of record
in my office.

Dated this *1st* day of *May 2018*

LINDA STOVER
Bernalillo County Clerk

_____
Deputy Clerk

WITNESS hand and seal this 24th day of October, 2005.

*Adelina E Monnet*
ADELINA MONNET

ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO
COUNTY OF *Bernalillo* } ss.

The foregoing instrument was acknowledged before me this *24th* day of *October* 2005
by ADELINA MONNET
(Name or Names of Person or Persons Acknowledging)

My commission expires:

CHERYL J. GAEDKE
NOTARY PUBLIC STATE OF NEW MEXICO

_____
Notary Public

FOR RECORDER'S USE ONLY

ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO
COUNTY OF _____ } ss.

The foregoing instrument was acknowledged before me this
day of _____, 19___

by _____ (Name of Officer)

_____ (Title of Officer) of _____ (Name of Corporation Acknowledging)

a _____ (State of Incorporation) corporation, on behalf of said
corporation.

My commission expires:

(Seal)

_____
Notary Public

THE VALLIANT CO.   ALBUQUERQUE, N. M.


Mary Herrera   Bern. Co.   DCO   R 9.99


2005157643
05/25/05
Page: 1 of 1
10/24/2005 01:58P
Bk-A105 Pg-7294

**Government Exhibit 6**

# Special Warranty Deed

Ancient of days trust Grantor, for consideration paid, quick claim to Oro De Dios irrevocable trust, whose address is 5 Bisbee CT Santa Fe NM 87508. The following described real estate in Bernalillo County New Mexico:

Tract of Land in Section 14 Township 10 North, Range 5 East 2.314 acres N.M.P.M., within Canon De Carnuel Grant, , Bernalillo county, New Mexico

SUBJECT TO: any and all easements, reservations, patents and restrictions that may be of record. Together with unpaid taxes (if any) for the year of 2014 and subsequent years.

Witness our hands and seals this _27_ day of _Feb_ 2015

_James Simones_

James Simones Trustee for Ancient of Days Trust

## ACKNOWLEDGEMENT FOR NATURAL PERSONS

State of New Mexico )

County of Torrance )

This instrument was acknowledged before

Me on _Feb. 27_ 2015, by

_Dawn Love_

Notary Public

My commission expires

_12-3-16_

OFFICIAL SEAL
DAWN LOVE
NOTARY PUBLIC-STATE OF NEW MEXICO
My commission expires _12-3-16_

I, LINDA STOVER, County Clerk of Bernalillo County, New Mexico, hereby certify that the foregoing is true, correct and full copy of the instrument herewith set out as appears of record in my office.

Dated this _1st_ day of _May 2018_
LINDA STOVER
Bernalillo County Clerk

By _____
· Deputy Clerk

Doc# 2015017203
03/02/2015 12:21 PM Page: 1 of 1
SPWD R:$10.00 M. Toulouse Oliver, Bernalillo County

ST-J FRUIT FORM QUITCLAIM DEED—New Mexico Statutory Form 1/79

## QUITCLAIM DEED

_Adelina Monnet_

to _ANCIENT OF DAYS TRUST_ ................ for consideration paid, quitclaim,

whose address is _PO Box 2554   Moriarty, New Mexico 87035_

the following described real estate in _Torrence_

_Torrence_ ................ County, New Mexico:

_RINCON ESCOJIOO_

_BLOCK 2_

_LOT C_

305 3900
3051529

WITNESS my hand and seal this _25_ day of _April_ 19 2005

X _Adelina Monnet_ (Seal) ................ (Seal)

................ (Seal) ................ (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO

COUNTY OF _Torrance_ ss.

The foregoing instrument was acknowledged before me this _25_ day of _April_ 19 2005

by _Adelina Monnet_

(Name or Names of Person or Persons Acknowledging)

_Victoria A Navarro_

Notary Public

## FOR RECORDER'S USE ONLY

[SEAL: TORRANCE COUNTY CLERK STATE OF NEW MEXICO]

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO

COUNTY OF _Torrance_ ss.

The foregoing instrument was acknowledged before me this _25_ th day of _April_

by _Victoria A Navarro_

(Title or Titles) ................ (Name of Corporation Acknowledging)

corporation.

My commission expires:

_December_ ................ Notary Public

(Seal)

Government Exhibit
7

# SPECIAL WARRANTY DEED

I "Grantor(s) Roberto Breceda , for consideration paid grant all my rights and title to Ancient of days trust , whose address is, Box 2054 Moriarty, NM 87035 the following property:

Tract designated "B-1-C", situate within the Northwest Quarter(NW1/4) of sec Thirty one(31), Township Eight (8) North, Range Nine(9) East, N.M.P.M., as the same is shown and designated on that certain plat entitled "Lands of Dr. Paul H Johnson, prepared by Timothy Ray Oden, N.M.R.P.L.S., #8667 on May 23,1988, at 4:17 o'clock, PM, as document number 79391, and filed in cabnet B, Slide 153, Plat records of Torrance County, New Mexico , Filed in the Office of the County Clerk of Torrance County, New Mexico;

Subsequent thereto, easements, restrictions, and reservations of record in the office of the clerk of said county and state.

WITNESS my signature on this date *7-16-08*

(GRANTORS)

## ACKNOWLEDGEMENT FOR INDIVIDUAL

State of New Mexico
County Of *torrace*
On *7-16-08* before me, *Phyllis Townsend* personally appeared
            (Notary Name)
Grantor *Roberta Breceda* proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

Signature *Phyllis Townsend*        Expires on  *9-02-09*
Notary Signature

Government Exhibit
8

TORRANCE COUNTY
LINDA KAYSER, COUNTY CLERK
#02102726
Book 323  Page 1427
1 of 1
08/30/2010 10:03:43 AM
BY YOTERO

TORRANCE COUNTY
STATE OF NEW MEXICO
COUNTY CLERK
SEAL

Fidelity National Title Insurance Company                     GF # 04-02006585-B-LJR

# WARRANTY DEED

Kenneth Cline and Billie Cline, Husband and Wife,

for consideration paid, grant to

Adelina L. Monnet, an unmarried woman

whose address is      P.O. Box 2054

           Moriarty, NM 87035

the following described real estate in Bernalillo County, New Mexico:

SEE EXHIBIT ONE ATTACHED HERETO AND MADE A PART HEREOF

with warranty covenants.

SUBJECT TO Patent reservations, restrictions, and easements of record and to taxes for
the year 2004, and subsequent years.

Witness our hands and seals this 13th day of December, 2004

_Kenneth Cline_                 _Billie Cline_
Kenneth Cline                      Billie Cline

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF _TEXAS_
COUNTY OF _midland_

> JOE BERMEA JR.
> NOTARY PUBLIC
> STATE OF TEXAS
> My Comm. Exp. 11-25-

This instrument was acknowledged before me on December 13, 2004,

by _Kenneth Cline and Billie Cline_
     (Name or Names of Person or Persons Acknowledging)

My commission expires: _11-25-06_      _Joe Bermea Jr._
(Seal)                               Notary Public

## ACKNOWLEDGEMENT FOR CORPORATION
STATE OF NEW MEXICO

COUNTY OF Bernalillo

| FOR RECORDER'S USE ONLY | This instrument was acknowledged before me _____ |
|---|---|
| | by _____ |
| |      (Name of Officer) |
| | _____ of _____ |
| | (Title of Officer)    (Name of Corporation Acknowledging) |
| | a _____ corporation, on behalf of said corporation. |
| | (State of Incorporation) |
| | My commission expires: |
| | (Seal) |
| |           Notary Public |

2004175620
81069139
Page: 1 of 2
12/15/2004 02:27P
Bk-A68 Pg-5146

Mary Herrera    Bern. Co.   WD    R 11.00

Warranty Deed (nmwarr.wpd) (4-99)

Government
Exhibit
9



| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L 1 | N 52°53'16"W | 99.92' |
| L 2 | N 36°29'00"E | 55.65' |
| L 3 | N 24°10'13"W | 80.32' |
| L 4 | N 01°29'05"W | 93.59' |
| L 5 | N 83°37'54"E | 89.73' |
| L 6 | S 51°40'16"E | 51.79' |

SCALE 1" = 50'

I, the undersigned buyer, do hereby state and agree that I am aware wire fence veers inside and outside the propertyline, and is not representative of said propertyline. I further agree to hold Fidelity National Title Ins. Co., its employees and/or agents harmless from any loss or liability resulting from the aforementioned.

SKETCH
PAGE 2 OF 3

JOB. NO.:  04-557
FLD. BOOK:  04-12
DATE:  12-04

PROFESSIONAL
CONTRACTING
SERVICES

SURVEYING  TECHNICAL  PLANNING
SERVICES
11024 MONTGOMERY BLVD. N.E.
SUITE 141     505-294-2609

C.V./04-02006585-8-LJR
Title Order No.: C2006585

## EXHIBIT ONE

A certain tract of land situate in Section 14, Township 10 North, Range 5 East, New Mexico Principal Meridian, within the Canon de Carnue Grant, County of Bernalillo, State of New Mexico; being more particularly described by metes and bounds survey as follows:

Beginning at the Northeast corner of the tract herein described, said northeast corner of the tract herein described, said northeast corner being a point on the northwesterly line of Interstate Highway 40, northwesterly frontage road, (Zamora Road), (Also being a point on the easterly boundary line of said Canon de Carnue Grant); whence, from said point of beginning T-Rail Station 337 + M.S, on the northwesterly line of said frontage road, (Zamora Road), bears S. 19 deg. 31' 00" W., 321.46 feet distance; thence leaving said point of beginning S. 19 deg. 31' 00" W., 558.19 feet distance along said northwesterly line of said frontage road, (Zamora Road) to the southeast corner, (most southerly corner), of the tract herein described;

Thence N. 52 deg. 53' 16" W., 99.92 feet distance to a point;
Thence N. 36 deg. 29' 00" E., 55.65 feet distance to a point;
Thence N. 52 deg. 29' 55" W., 181.98 feet distance to a point;
Thence N. 24 deg. 10' 13" W., 80.32 feet distance to a point;
Thence N. 01 deg. 29' 05" W., 93.59 feet distance to a point;
Thence S. 84 deg. 03' 50" E., 195.85 feet distance to a point;
Thence N. 23 deg. 01' 46" E., 209.08 feet distance to a point;
Thence N. 83 deg. 37' 54" E., 89.73 feet distance to a point, on the aforementioned easterly boundary line of the Canon de Carnue Grant;
Thence S. 51 deg. 40' 16" E., 51.79 feet distance along said easterly boundary line of the Canon de Carnue Grant to the northeast corner, the point and place of beginning of the tract herein described.



2004175628
81601138
Page: 2 of 2
12/15/2004 02:27P
Bk-A88 Pg-5146
Mary Herrera        Bern. Co.  NO        R 11.00

# Fidelity National Title
### INSURANCE COMPANY

10400 Academy Road N.E., Suite 210 • Albuquerque, NM 87111
(505) 296-0753 • FAX (505) 291-5115

**DATE:** December 13, 2004　　　　　　　　　　　　　**TIME:** 14:03:11
**GF #:** 04-02006585-B-LJR
**CLOSING OFFICER:** Lorna J. Rel　　　　　　　**CLOSING DATE:** December 13, 2004

## BUYER FINAL CLOSING STATEMENT

**SELLER(S):** Kenneth Cline and Billie Cline
**BUYER(S):** Adelina L. Monnet
**PROPERTY:** 15 North Zamora Road, Tijeras, NM 87059
**SHORT LEGAL:** Tract of land in Sect 14, T10N, R5E., N.M.P.M.

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | 158,000.00 | |
| Deposit - Adelina L. Monnet | | 1,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Prepaid County Taxes at $762.08 Annually from 12/13/04 to 01/01/05 | 40.28 | |
| Propane Proration $1.57/gal 500gal tank 40% remaining | 314.00 | |
| **TITLE CHARGES:** | | |
| Binder Fee | 25.00 | |
| Deed | 9.00 | |
| **ESCROW CHARGES** | | |
| Escrow Fee(1/2) | 219.00 | |
| Escrow Tax(1/2) | 13.27 | |
| **MISCELLANEOUS CHARGES:** | | |
| Professional Contracting Services Survey | 162.03 | |
| Law office of Sylvain Segal Attorney Fees(wd)(1/2) | 20.00 | |
| TnT Construction Tank Replacement (upgrade tank size) | 264.38 | |

| | | |
|---|---|---|
| **BALANCE DUE ESCROW** | | $ 158,066.96 |
| **TOTALS** | $ 159,066.96 | $ 159,066.96 |

**\*\*Hazard insurance being handled outside of closing by buyer \*\*** _AM_ (initial)

### SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

We do hereby approve this statement as true and correct, authorize payments in accordance therewith, and hereby instruct Fidelity National Title Insurance Company to record the instruments necessary to convey title and create encumbrances, if any, herein described. We hereby approve any variance in the terms of the transaction from those originally proposed in escrow or preliminary deposit receipt and sales agreement. We acknowledge that tax prorations were made based upon proceding year or estimates for current year. Re-prorations, if necessary by subsequent changes, will be made direct and outside of escrow.

_Adelina L. Monnet_
Adelina L. Monnet

_Fidelity National Title Insurance Company_
Fidelity National Title Insurance Company

BT-3 SHORT FORM QUITCLAIM DEED—New Mexico Statutory Form—Rev. 2/73

# QUITCLAIM DEED

_Adelina Monnet_ ............................................. for consideration paid, quitclaim ..........

to _Ancient of Days Trust_

whose address is _PO Box 2054, Moriarty, NM 87035_

the following described real estate in _Bernalillo_ ........................ County, New Mexico:

Tract of land in Section 14, Township 10 North, Range 5 East,
N.M.P.M., within Canon De Carnuel Grant, County of Bernalillo,
State of New Mexico.

I, LINDA STOVER, County Clerk of
Bernalillo County, New Mexico, hereby certify that
the foregoing is true, correct and full copy of the
instrument herewith set out as appears of record
in my office.

Dated this _1st_ day of _May 2018_

LINDA STOVER
Bernalillo County Clerk

_____
Deputy Clerk

WITNESS hand and seal this 24th day of October, 2005

_Adelina Monnet_
ADELINA MONNET

ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO                          } ss.
COUNTY OF _Bernalillo_

The foregoing instrument was acknowledged before me this _24th_ day of _October_ 2005
by ADELINA MONNET
                    (Name or Names of Person or Persons Acknowledging)

My commission expires:
CHERYL J. GAEDKE
NOTARY PUBLIC STATE OF NEW MEXICO
_4-7-06_                                     Notary Public

FOR RECORDER'S USE ONLY

ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO                          } ss.
COUNTY OF _____

The foregoing instrument was acknowledged before me this
day of _____, 19____
by _____
                    (Name of Officer)
_____ , _____ of
(Title of Officer)       (Name of Corporation Acknowledging)
a _____ corporation, on behalf of said
         (State of Incorporation)
corporation.

My commission expires:

(Seal)                                       Notary Public

THE VALLIANT CO. · ALBUQUERQUE, N. M.



Mary Herrera    Bern. Co.  QCD    R 9.00

2005157643
0234556
Page: 1 of 1
10/24/2005 01:59P
Bk-A105 Pg-7204

# Special Warranty Deed

Ancient of days trust Grantor, for consideration paid, quick claim to Oro De Dios irrevocable trust, whose address is 5 Bisbee CT Santa Fe NM 87508. The following described real estate in Bernalillo County New Mexico:

Tract of Land in Section 14 Township 10 North, Range 5 East 2.314 acres N.M.P.M., within Canon De Camuel Grant, , Bernalillo county, New Mexico

SUBJECT TO: any and all easements, reservations, patents and restrictions that may be of record.  Together with unpaid taxes (if any) for the year of 2014 and subsequent years.

Witness our hands and seals this _27_ day of _Feb_ 2015

*James Simones*

James Simones Trustee for Ancient of Days Trust

## ACKNOWLEDGEMENT FOR NATURAL PERSONS

State of New Mexico  )

County of Torrance  )

This instrument was acknowledged before

Me on _Feb. 27_ 2015, by

*Dawn Love*

Notary Public

My commission expires

_12-3-16_

OFFICIAL SEAL
DAWN LOVE
NOTARY PUBLIC STATE OF NEW MEXICO
My commission expires 12-3-16

I, LINDA STOVER,   County Clerk of Bernalillo County, New Mexico, hereby certify that the foregoing is true, correct and full copy of the instrument herewith set out as appears of record in my office.

Dated this _1st_ day of _May 2018_
LINDA STOVER
Bernalillo County Clerk

By _____
Deputy Clerk

Doc# 2015017203
03/02/2015 12:21 PM  Page: 1 of 1
SPWD R:$19.00 M. Toulouse Oliver, Bernalillo County

If filed, Mail to:
Mailing Address:
Oro de Dios
c/o ~~6965 M~~

*PO Box 2054*
*Moriarty*
*NM 87035*

Permanent Domicile:
Sovereignty Trusts
c/o 2961 Industrial Rd. Suite #54
Las Vegas, Nevada [89109]



Identifying Number
52-3291716

2005155245
5351294
Page: 1 of 1
10/19/2005 01:02P
Mary Herrera    Bern. Co. CONT    R 9.00    Bk-A105 Pg-4012

CONTRACT IN THE FORM OF A TRUST ORGANIZATION

## Contract in the Form of an Irrevocable

# Trust Organization

## and Private Pension Plan

### *Creating*

# Oro de Dios



© Copyright, Sovereignty Trusts, 1994

Government
Exhibit

10

**RECORDING REQUESTED BY:**

| | |
|---|---|
| **When Recorded Mail to;  and, if applicable, Mail Tax Statements to:** | Doc# 2018038386 |
| Name: Lena Monnet | 05/02/2018 12:54 PM  Page: 1 of 1 |
| Address: 5 Bisbee CT | REVO R:$10.00 Linda Stover, Bernalillo County |
| City: Santa Fe | |
| State: NM | |
| Zip:87508 | Above Space for Recorder Only |

# REVOCATION OF "Quitclaim Deed"

The undersigned, Lena Monnet (Grantor), mature in age, competent to contract, being duly sworn,  do hereby willingly, voluntarily, without compulsion do rescind, revoke, and nullify  "Quitclaim Deed," to Ancient of Days Trust which was recorded on October 24, 2005 regarding the following property.

**15 North Zamora Road**

**Tract of Land in Section 14 Township 10 North, Range 5 East, 2.314 acres N.M.P.M., with Canon De Carnuel Grant, County Bernalillo State of New Mexico**

Date *May 1, 2018*                                      *Lena Monet*

                                                           Lena Monnet, Grantor

**Acceptance of Revocation**

*James Simenes    Buckey R Stockton*
                    *MGTTAD*
                    *505-550-1700*

### *Jurat*

| | | |
|---|---|---|
| New Mexico State | ) | For verification purposes |
| | ) ss. | |
| Bernalillo County (BC) | ) | |

BY THE GRACE OF GOD, under the Common Law, on this day of *May 1* in the year of our Lord *2018*, the above signatories, personally known to me, appeared to so swear, and, or to attach his / her / their signature(s) to this instrument.

*Johnny Hartman*
CL Notary
B.C. NM Doc. # 2016121466

(seal)

**Government Exhibit**

11

*took to Terri*

**RECORDING REQUESTED BY:**

When Recorded Mail to;  and, if
applicable, Mail Tax Statements to:
Name: Lena Monnet
Address: 5 Bisbee CT
City: Santa Fe
State: NM
Zip:87508

Doc# 2018038369
05/02/2018 12:54 PM  Page: 1 of 1
GCD R:$18.00 Linda Stover, Bernalillo County

Above Space for Recorder Only

## QUITCLAIM DEED

The undersigned, Managing Trustee of Oro de Dios, mature in age, competent to contract, being duly
sworn in the Name of the Lord Jesus Christ, do hereby release, dissolve, and forever quitclaim of deed to
the following property.

    **15 North Zamora Road**

    **Tract of Land in Section 14 Township 10 North, Range 5 East, 2.314 acres N.M.P.M., with
Canon De Carnuel Grant, County Bernalillo State of New Mexico**

Furthermore, the undersigned  transfers and assigns all rights and interest in rights of the above
property to Lena Monnet.

Date   *5-1-2018*          *Scott Jordan, MGT*

Scott Jordan, MGT Oro de Dios
5 Bisbee Ct
Santa Fe, New Mexico 87508

**Acceptance of Quitclaim**

*James M Simones*   *Bradley Northon*   *Adelina Monnet*
            MGTT AD
            505-550-1700

*Jurat*

New Mexico State        )
                   ) ss.
Bernalillo County (BC)    )

                                     For verification purposes

BY THE GRACE OF GOD, under the Common Law, on this day of *May 1* in the year of our Lord *2018*
the above signatories, personally known to me, appeared to so swear, and, or to attach his/ their signature(s)
to this instrument.

*John Hartman*

CL Notary
B.C.NM Doc. # 2016121466

                             (seal)

*Fork to Jerri*

**RECORDING REQUESTED BY:**

When Recorded Mail to; and, if
applicable, Mail Tax Statements to:
Name: Lena Monnet
Address: 5 Bisbee CT
City: Santa Fe
State: NM
Zip:87508

Doc# 2018038387
05/02/2018 12:54 PM  Page: 1 of 1
QCD R:$10.00 Linda Stover, Bernalillo County

Above Space for Recorder Only

## QUITCLAIM DEED

The undersigned Representative of Ancient of Days Trust, mature in age, competent to contract, being
duly sworn in the Name of the Lord Jesus Christ, do hereby release, dissolve, and forever quitclaim of
deed to the following property.

    **15 North Zamora Road**

    **Tract of Land in Section 14 Township 10 North, Range 5 East, 2.314 acres N.M.P.M., with
Canon De Carnuel Grant, County Bernalillo State of New Mexico**

Furthermore, the undersigned transfers and assigns all rights and interest in rights of the above
property to Lena Monnet.

                *Brooky Stockton  May 1, 2018*
                Brooky Stockton, M. trustee Ancient of Days Trust
                PO Box 1452
                Tijeras, New Mexico 87059 PH: 505-550-1700

Acceptance of Release of Claim

                      ***Jurat***

New Mexico State       )
                         ) ss.        For verification purposes
Bernalillo County (BC)  )

BY THE GRACE OF GOD, under the Common Law, on this day of *May 1* in the year of our Lord *2018*
the above signatories, personally known to me, appeared to so swear, and to attach his/ their signature(s) to
this instrument.

*JoAnne Hartman*
CL Notary
B.C. NM Doc. # 2016121466

                  (seal)

# GENERAL POWER OF ATTORNEY

Minutes of the Meeting of the Board of Trustees of

## Ancient of Days Trust Organization(s)

Delegating Authority to **Brooky R Stockton** as a Managing Trustee

KNOW ALL MEN BY THESE PRESENTS the undersigned, by the Grace of God, duly appointed trustees, in a lawfully conducted board meeting of Ancient of Days Trust Organization, a.k.a. AD Trusts, do hereby grant General Power of Attorney to Brooky R Stockton to act for and on behalf of the Trust Estate(s) and all its subsidiary trusts in accord with its constitution, to manage the day to day operations of the Estate, to open and sign on bank accounts, to transfer, sell, invest, convey, bargain, release, mortgage, contract, consummate exchanges, deliver subordination agreements, exercise other rights contained herein related to the sale, reception, and conveyance of all properties and other things of value ;i.e., to do all things, as a Managing Trustee, he believes to be in the best interest of the Trust Estate and the Beneficiaries in this Pure Trust Organization.

IN WITNESS THEREOF, the appointment of Brooky R Stockton to be a Managing Trustee is hereby accepted and approved:

Trustee: James Simones                    Trustee: Jo Ann Hartman Stockton

## ACCEPTANCE BY MANAGING TRUSTEE

I have read the above POWER OF ATTORNEY of the Board of Trustees for the above named Trust Organization, and by my signature below agree to accept the responsibility as a MANAGING TRUSTEE and GENERAL MANAGER under the terms and conditions stated herein and within the indentures of the said Contractual Organization.

Brooky R Stockton, a Managing Trustee / General Manager

Consigned this ___20 77___ day of __Tuesday__ in the year of our Lord __2016__

Sincerely,

ROBERT D. CUNNINGHAM
Notary Public
2 Marietta Court-A
Edgewood, NM 87015

Commision Expires.   13th August 2018

CERTIFIED COPY

_____   Mar 1, 2018
Authorized Signature                Date

**RECORDING REQUESTED BY:**

When Recorded Mail to; and, if
applicable, Mail Tax Statements to:
Name:
Address:
City:
State:
Zip:

Doc# 2018038388

05/02/2018 12:54 PM  Page: 1 of 1
REVO R:$10.00 Linda Stover, Bernalillo County

Above Space for Recorder Only

# REVOCATION OF "Special Warranty Deed"

The "Special Warranty Deed" being deficient in form, the undersigned Grantor, mature in age,
competent to contract, being duly sworn, do hereby willingly, voluntarily, without compulsion do
rescind, revoke, and nullify  "Special Warranty Deed," quitclaim assignment to Oro de Dios signed on
February 27, 2015 by Grantor  regarding the following property.

    **15 North Zamora Road**

    **Tract of Land in Section 14 Township 10 North, Range 5 East, 2.314 acres N.M.P.M., with
Canon De Carnuel Grant, County Bernalillo State of New Mexico**

Date _May 1 · 2018_        _James Simones_

                                      James Simones, AD Grantor

The undersigned Grantee, mature in age, competent to contract, being duly sworn, do hereby willingly
accept and consent to this revocation.

                                _Scott Jordan, MGT_

                                Scott Jordan, MGT Oro de Dios
                                5 Bisbee Ct
                                Santa Fe, New Mexico 87508

                                _Lena Monnet_

                                Lena Monnet

                     **Jurat**

New Mexico State           )
                       ) ss.             For verification purposes
Bernalillo County (BC)       )

BY THE GRACE OF GOD, under the Common Law, on this day of _May 1_ in the year of our Lord _2018_
the above signatories, personally known to me, appeared to so swear, and, or to attach his/ their signature(s)
to this instrument.

_Joann Hartman_

CL Notary
B.C.NM Doc. # 2016121466             (seal)

*Jork to Terri*

**RECORDING REQUESTED BY:**

When Recorded Mail to; and, if
applicable, Mail Tax Statements to:
Name: Lena Monnet *Adelina*
Address: 5 Bisbee CT
City: Santa Fe
State: NM
Zip: 87508

Doc# 2018038391
05/02/2018 01:00 PM Page 1 of 1
RFID R:$10.00 Linda Stover, Bernalillo County

Above Space for Recorder Only

## AFFIDAVIT OF OWNERSHIP

Maxim of Law: In commerce, truth is sovereign; Truth is expressed in the form of an affidavit (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8; Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12.

BE IT KNOWN, that I, Lena Monnet, mature in age, competent to testify, being duly sworn in the Name of the Lord Jesus Christ, hereafter "Affiant", depose and say as follows:

Affiant having bought said property from Kenneth and Billie Cline (See Warranty Deed 11/25/2006), providing remedy for other clouds of title that were deficient in form between 2005-2017, claim ownership and all rights to property described below.

15 North Zamora Road

Tract of Land in Section 14 Township 10 North, Range 5 East, 2.314 acres N.M.P.M., with Canon De Carnuel Grant, County Bernalillo State of New Mexico

Affiant knows of no encumbrances on title to said property.

NOTICES corporations and government officers, FAIR WARNING, NOT AS A THREAT, pursuant to United States vs. Lanier on Certiori 95-1717, that Affiant reserves all her God-given rights as preserved by both Constitutions, and charges up to one million dollars ($1,000,000.00) for any interference or violation of our right to contract, to privacy, to avoid compelled association, to possess and to transfer property. This penalty for violation of rights includes but is not limited to refusal of service by public entities, interference with commerce even *de minimis* (18 U.S.C. §1951; Hobbs Act), discrimination against free men exercising their lawful religious beliefs, or coercion to be governed under State statutes (U.S. Constitution 1:10:1; Bill of Rights).

Maxim of law: "It is against equity for freemen not to have the free disposal of their own property " Ex. 20:15; Lev. 19:13; Matt. 10:10; Lk. 10:7; II Tim. 2:6.

*Adelina Monnet*
Lena Monnet

STATE OF NEW MEXICO        )
                          ) ss.:     Jurat
County of Bernalillo       )

On this __ day of _May_____, in the year of our Lord 2018    ADELINA MONNET
appeared before me to so swear and to attach his/her signature to this instrument.

_M W Purcell_
Public Notary

Exp Date: 11/09/2020

OFFICIAL SEAL
MICHAEL W PURCELL
Notary Public
State of New Mexico
My Comm. Expires 11/09/2020

**RECORDING REQUESTED BY:**

Name: Lena Monnet
Address: 5-Bisbee CT
City: Santa Fe
State: NM
Zip: 87508

Doc# 2018038390
05/02/2018 12:54 PM Page: 1 of 1
BOND R:$10.00 Linda Stover, Bernalillo County

Above Space for Recorder Only

## Silver Bond

KNOW ALL MEN, BY THESE PRESENTS; I, Lena Monnet, living breathing soul, Principal, surety, guarantor, mature in age, competent to contract, state that I have personal first-hand knowledge of the truths and facts stated herein as being true, correct, complete, certain, and not misleading.

In good conscience, of my own free will, with clean hands, I do willingly undertake to act as surety, to pledge and provide private bond, in the amount of twenty-one dollars in silver coinage, minted by the American Treasury or by the Canadian Treasury. This undertaking is in accordance with Article VII in the Bill of Rights of the Constitution of the United States.

This bond is surety that my word is true and not misleading in regards to the ownership of the property described below.

15 North Zamora Road

Tract of Land in Section 14 Township 10 North, Range 5 East, 2.314 acres N.M.P.M., with Canon De Carnuel Grant, Bernalillo

I make this pledge to serve as a witness that I have done all within my knowledge and power to clear title for the above property, to correct my errors, and that I am the lawful owner of said property. This bond is to be paid by the Principal to any injured Party, a living human being, purchasing this property should the Principal's declaration regarding the ownership of said property be proven malicious or intentionally false and misleading in a court of law operating under the Rules of Common law (Amendment VII). This bond does not include clerical errors or statutory offenses or transgressions against State presumptions.

The life of this bond is two (2) years from the date entered below wherein the undersigned guarantor declares, states, and issues this Notice of Surety Bond. This bond may be collected from Lena Monnet from an injured party or their Representative accompanied by a Court Order.

**ALL RIGHTS RESERVED**

x *Adeline Monnet*

Lena Monnet, Living soul, Principal, Surety

STATE OF NEW MEXICO

County of Bernalillo  } ss.  Jurat :

On this _1_ day of _MAY_ in the year of our Lord, _2018_ _Adeline Monnet_ appeared before me to so swear and to attach his/her signature to this instrument.

_Michael W Purcell_

Public Notary

Exp Date: _4/29/2020_

Seal

OFFICIAL SEAL
MICHAEL W PURCELL
Notary Public
State of New Mexico
My Comm. Expires 4/29/2020

**RECORDING REQUESTED BY:**

_____

Name: Lena Monnet
Address: 5 Bisbee CT
City: Santa Fe
State: NM
Zip:87508

Above Space for Recorder Only

## Silver Bond

KNOW ALL MEN, BY THESE PRESENTS; I, Lena Monnet, living breathing soul, Principal, surety, guarantor, mature in age, competent to contract, state that I have personal first-hand knowledge of the truths and facts stated herein as being true, correct, complete, certain, and not misleading.

In good conscience, of my own free will, with clean hands, I do willingly undertake to act as surety, to pledge and provide private bond, in the amount of twenty-one dollars in silver coinage, minted by the American Treasury or by the Canadian Treasury. This undertaking is in accordance with Article VII in the Bill of Rights of the Constitution of the United States.

This bond is surety that my word is true and not misleading in regards to the ownership of the property described below.

**15 North Zamora Road**

Tract of Land in Section 14 Township 10 North, Range 5 East, 2.314 acres N.M.P.M., with Canon De Carnuel Grant, **Bernalillo**

I make this pledge to serve as a witness that I have done all within my knowledge and power to clear title for the above property, to correct my errors, and that I am the lawful owner of said property. This bond is to be paid by the Principal to any injured Party, a living human being, purchasing this property should the Principal's declaration regarding the ownership of said property be proven malicious or intentionally false and misleading in a court of law operating under the Rules of Common Law (Amendment VII). This bond does not include clerical errors or statutory offenses or transgressions against State presumptions.

The life of this bond is two (2) years from the date entered below wherein the undersigned guarantor declares, states, and issues this Notice of Surety Bond. This bond may be collected from Lena Monnet from an injured party or their Representative accompanied by a Court Order.

ALL RIGHTS RESERVED

X _____,

Lena Monnet, Living soul, Principal, Surety

STATE OF NEW MEXICO }
                     } ss.:        Jurat
County of Bernalillo }

On this _2nd_ day of _May 2018_ in the year of our Lord, _2018_  _Lena Monnet_ appeared before me to so swear and to attach his/her signature to this instrument.

_____        Seal     A TRUE PRINTING OF SILVER BOND
Public Notary                              EXECUTED ON MAY 1, 2018 BY LENA
                                           MONNET—ISSUED FOR CLARITY
Exp Date: _02/25/2020_

CERTIFIED COPY          May 2, 2018
_____           Date
Authorized Signature

Print Dt/Tm:
03/18/2014 2:15:25 PM

# CENTRAL NEW MEXICO ELECTRIC
## Reconnect New

**SERVICE MAP LOCATION: 6M31R9L2**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Account:** | 401822301 | **SO Nbr:** | 1099054522 | **Service:** | ELECTRIC SERVICE | **W/O#:** |
| **Customer Nbr:** 37988 | | **Srv Loc Nbr:** 4018223 | | **Provider:** ELECTRIC SERVICE | | **Cycle:** 6 |

| **Taken By:** | **Date Taken:** 11/14/2003 | **Needed On:** 11/17/03 12:00:00 AM |
|---|---|---|

**Home Phone:** (505)385-1890 Ext.
**Work Phone:** NONE LISTED
**Mobile Phone:** NONE LISTED

## PEOPLE OF GOD TRUST

**Service Address:**
205 HOLIDAY CIRCLE
MORIARTY, NM 87035

**Service Desc:**
**Subdivision:**
**Service:** OH   **Block:**   **Lot:**
**Line Srv Area:** 2   **District:** MORIARTY
**Equip Map Loc:** 6M31R9L2
**Substation:** 4   **Feeder:** 6   **Line Sect:** 6M047
**County:** TORRANCE-MORI-   **City:** MORIARTY

**Mailing Address:**
PEOPLE OF GOD TRUST
PO BOX 2054
MORIARTY NM 87035

**Medical Necessity:**   **Outage Priority:**

**Prior Tenant:** ERNEST TELLES

**\*\*EQUIPMENT TO BE SERVICED\*\***

| Equipment Type | | Activity | | Equipment Nbr | | Position Nbr Service Map Location | |
|---|---|---|---|---|---|---|---|

| Meter # | Secondary | Rate | Mult | Dials | Lock Ring | LV Rdg | LVR Date | KWH | KW Rdg | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 23255 | 80738183 | 1 | 1 | 5 | N | 16640 | 02/14/2014 | | | |

| Trans # | Secondary | Size | Phase | Bank # | | Dep Type | Deposit Amt | Deposit Date |
|---|---|---|---|---|---|---|---|---|
| 12356 | 63988-3883 | 10.0 | A | 0 | | | | |

**\*\*SECURITY LIGHT\*\***
NUMBER OF SECURITY LIGHTS

| Membership # | Amount | Code | Date |
|---|---|---|---|
| 37988 | 0.00 | S | |

| Type | Serial Nbr | Status | On | Off | Remv |
|---|---|---|---|---|---|

**General Comments:**

**Service Comments:**
CONNECT PER JAMES DONE ON 11/17/03 BY UNIT #3

**Handheld Notes:**

**Assessment/Field Comments:**

# of Prints: 1

**Government Exhibit**

12

**Job Completed:** By:_____ Date:_____   **On Computer:** By_____ Date_____

/pro/rpttemplate/cis/2.27.1/SO_RECONNECT.xml.rpt   **Service Map Location:** 6M31R9L2   angela_nunez

Print Dt/Tm:
03/18/2014 1:57:14 PM

## CENTRAL NEW MEXICO ELECTRIC
### Reconnect New

### SERVICE MAP LOCATION: 6M31R9L2

| Account: | 401822304 | SO Nbr: | 1099083954 | Service: | ELECTRIC SERVICE | W/O#: |
|---|---|---|---|---|---|---|
| Customer Nbr: | 37988 | Srv Loc Nbr: | 4018223 | Provider: | ELECTRIC SERVICE | Cycle: 6 |

| Taken By: | | Date Taken: 10/27/2005 | | Needed On: 11/14/05 12:00:00 AM |
|---|---|---|---|---|

| Home Phone: | (505)385-1890 Ext. |
|---|---|
| Work Phone: | NONE LISTED |
| Mobile Phone: | NONE LISTED |

**PEOPLE OF GOD TRUST**

Service Address:
205 HOLIDAY CIRCLE
MORIARTY, NM 87035

Service Desc:
Subdivision:
Service:   OH   Block:   Lot:
Line Srv Area: 2   District: MORIARTY
Equip Map Loc: 6M31R9L2
Substation: 4   Feeder: 6   Line Sect: 6M047
County:   TORRANCE-MORI-   City: MORIARTY

Mailing Address:
PEOPLE OF GOD TRUST
PO BOX 2054
MORIARTY NM 87035

Medical Necessity:   Outage Priority:

Prior Tenant: BERTHA A RAMIREZ

### **EQUIPMENT TO BE SERVICED**

| Equipment Type | | Activity | | Equipment Nbr | | Position Nbr Service Map Location | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Meter # | Secondary | Rate | Mult | Dials | Lock Ring | LV Rdg | LVR Date | KWH | KW Rdg | Date |
| 23255 | 80738183 | 1 | 1 | 5 | N | 16640 | 02/14/2014 | | | |

| Trans # | Secondary | Size | Phase | Bank # | | Dep Type | Deposit Amt | Deposit Date |
|---|---|---|---|---|---|---|---|---|
| 12356 | 63988-3883 | 10.0 | A | 0 | | 1 | 0.00 | 10/27/2005 |

**SECURITY LIGHT**
NUMBER OF SECURITY LIGHTS
Type   Serial Nbr   Status   On   Off   Remv

| Membership # | Amount | Code | Date |
|---|---|---|---|
| 37988 | 0.00 | S | |

General Comments:

Service Comments:
RECONNECT NEW DONE ON 11/15/05 BY ROGER

Handheld Notes:

Assessment/Field Comments:

# of Prints: 1

Job Completed: By:_____ Date:_____   On Computer: By_____ Date_____

/pro/rpttemplate/cis/2.27.1/SO_RECONNECT.xml.rpt   Service Map Location: 6M31R9L2   angela_nunez

Print Dt/Tm:
03/18/2014 1:57:41 PM

# CENTRAL NEW MEXICO ELECTRIC
## Reconnect New

### SERVICE MAP LOCATION: 6M31R9L2

| Account: | 2306 | SO Nbr: | 1099157848 | Service: | ELECTRIC SERVICE | W/O#: | |
|---|---|---|---|---|---|---|---|
| Customer Nbr:37988 | | Srv Loc Nbr: 4018223 | | Provider: ELECTRIC SERVICE | | Cycle: | 5 |

| Taken By: pat fish | Date Taken: 11/21/2011 | Needed On: 11/22/11 12:00:00 AM |
|---|---|---|

**Home Phone:** (505)385-1890 Ext.
**Work Phone:** NONE LISTED
**Mobile Phone:** NONE LISTED

## PEOPLE OF GOD TRUST

Service Desc:
Subdivision:
Service:   OH      Block:        Lot:
Line Srv Area: 2          District:  MORIARTY
Equip Map Loc:      6M31R9L2
Substation:  4      Feeder: 6      Line Sect: 6M047
County:   TORRANCE-MORI-    City: MORIARTY

Service Address:
205 HOLIDAY CIRCLE
MORIARTY, NM 87035

Mailing Address:
PEOPLE OF GOD TRUST
PO BOX 2054
MORIARTY, NM 87035

Prior Tenant: CAROL DRAKE

### **EQUIPMENT TO BE SERVICED**

| Equipment Type | Activity | Equipment Nbr | Position Nbr | Service Map Location |
|---|---|---|---|---|
| Kwh Meter | Connect | 23255 | 1 | 6M31R9L2 |

| Meter # | Voltage | Secondary | Rate | Mult | Dials | Lock Ring | LV Rdg | LVR Date | KWH | KW Rdg | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23255 | | 80738183 | 1 | 1 | 5 | N | 16640 | 02/14/2014 | | | |

| Trans # | Secondary | Size | Phase | Bank # | | Dep Type | Deposit Amt | Deposit Date |
|---|---|---|---|---|---|---|---|---|
| 12356 | 63988-3883 | 10.0 | A | 0 | | 2 | 0.00 | 11/21/2011 |

**SECURITY LIGHT**
NUMBER OF SECURITY LIGHTS
Type   Serial Nbr   Status   On   Off   Remv

| Membership # | Amount | Code | Date |
|---|---|---|---|
| 37988 | 0.00 | S | |

**General Comments:**
rc as per james, landlord, he gave me meter #, collect dep, this service has been in his name before, pat

**Service Comments:**
I (LG) connected Meter# 23255 with a reading of 11676 / Seal# 32824 and Voltage of 250.8 on 11/22/11....LG

**Handheld Notes:**

**Assessment/Field Comments:**

# of Prints:

**Government Exhibit**

13

Job Completed:  By:_____  Date:_____   On Computer: By_____  Date_____

Payment info on file
for auto draft for active
account . .2306 (205 Holiday)

*Janice Dimonee* 2301

L
HWY 55 PO BOX 157
MOUNTAINAIR, NM 8703600

TERMINAL I.D.:
MERCHANT #:                     000466500
                              107216221997

MC
#
S            .1446
BATCH: 000563        EXP.: 02/06
DATE: MAR 10, 04    INVOICE: 063251
SO: 601 AV: YY         TIME: 10:56
                     AUTH NO: 782386

TOTAL              $42.60

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X *Phone Doth*

MERCHANT COPY

James M. Simones
2304

CENTRAL NM ELECTRIC CO
HWY 55 PO BOX 157
MOUNTAINAIR, NM 0703600

TERMINAL ID:
MERCHANT #:                001708429
                          10721621997

VISA
#                         *5617
                          EXP: 03/10
SALE                      INVOICE: 02157
BATCH: 001121             TIME: 15528
DATE: AUG 07, 07          AUTH NO: 65985
SQ: 026 AU: HI

TOTAL                     $62.22

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____

MERCHANT COPY

---

Acct# 2304
James M Simones
Town Plaza

CENTRAL NM ELECTRIC CO
HWY 55 PO BOX 157
MOUNTAINAIR, NM 0703600

TERMINAL ID:
MERCHANT #:                000314104
                          10721621997

VISA
#                         19126
                          EXP: 10/11
SALE                      INVOICE: 093931
BATCH: 000793             TIME: 18124
DATE: DEC 22, 07          AUTH NO: 142644
SQ: 005 AU: HY

TOTAL                     $82.19

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X___ By phone ___

MERCHANT COPY

---

James Simones

CENTRAL NM ELECTRIC CO
HWY 55 PO BOX 157
MOUNTAINAIR, NM 0703600-

TERMINAL ID:
MERCHANT #:                003808300
                          10721621997

VISA
#                         *5617
                          EXP: 03/10
SALE                      INVOICE: 036488
BATCH: 000356             TIME: 11146
DATE: OCT 05, 07          AUTH NO: 02122
SQ: 015

TOTAL                     $155.91

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X___ By phone ___

MERCHANT COPY

---

James M. Simones
2304

CENTRAL NM ELECTRIC CO
HWY 55 PO BOX 157
MOUNTAINAIR, NM 0703600

TERMINAL ID:
MERCHANT #:                001708429
                          10721621997

VISA
#                         19126
                          EXP: 10/11
SALE                      INVOICE: 035742
BATCH: 000155             TIME: 18154
DATE: JAN 25, 08          AUTH NO: 105745
SQ: 012 AU: HY

TOTAL                     $94.49

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____

---

Acct# 2304
James M Simones

CENTRAL NM ELECTRIC CO
HWY 55 PO BOX 157
MOUNTAINAIR, NM 0703600

TERMINAL ID:
MERCHANT #:                000314104
                          10721621997

VISA
#                         19126
                          EXP: 10/11
SALE                      INVOICE: 03910
BATCH: 000731             TIME: 08123
DATE: NOV 17, 07          AUTH NO: 18735
SQ: 002 AU: HY

TOTAL                     $113.47

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X___ By phone ___

MERCHANT COPY

---

James Simones
2304

CENTRAL NM ELECTRIC CO
HWY 55 PO BOX 157
MOUNTAINAIR, NM 0703600

TERMINAL ID:
MERCHANT #:                000314104
                          10721621997

VISA
#                         0946
                          EXP: 10/11
SALE                      INVOICE: 04750
BATCH: 000047             TIME: 16146
DATE: MAY 06, 08          AUTH NO: 154659
SQ: 005

TOTAL                     $90.46

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____

MERCHANT COPY

Acct# 2304
James M. Simones

CENTRAL NM ELECTRIC CO
HWY 55 PO BOX 157
MOUNTAINAIR, NM 8703600

TERMINAL ID:                        000314104
MERCHANT N:                      1072162221997

VISA
#                                            9384
SALE                          EXP.: 05/12
BATCH: 001069           INVOICE: 069929
DATE: MAY 16, 08              TIME: 14:10
SQ: 034 AU: NY          AUTH NO: 191105

TOTAL                        $80.39

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X

MERCHANT COPY



CENTRAL NEW MEXICO ELECTRIC COOPERATIVE, INC

CENTRAL N. M. ELECTRIC CO-OP, INC.
PO BOX 157
MOUNTAINAIR NM 87036-0157

P. O. Box 669
Moriarty, NM 87035
Hours 8:00 AM - 4:30 PM
Phone (505) 832-4483

P. O. Box 157
Mountainair NM 87036
Hours 8:00 AM - 4:30 PM
Phone (505) 832-4483

After Hours Emergency or Outage Call (800) 339-2521

1552 1 AV 0.350 4 1552
C-4 P-4
JAMES M SIMONES
PO BOX 2054
MORIARTY NM 87035-2054

## RATE EXPLANATION

| RATE | |
|---|---|
| 1 | $15.75 SERVICE<br>$.132 PER K |

- Statement is due and payable upon receipt.
- Payment is not avoided by failure to receive
- If your service is interrupted, check your fu breakers. See if your neighbors have servic promptly if you believe trouble is on CNMEC
- When reporting trouble or anything unusual your NAME AND ACCOUNT NUMBER as list

| ACCOUNT NUMBER | METER NUMBER | BILL DATE | CUSTOMER HOME PHONE | CUSTOMER WOR |
|---|---|---|---|---|
| 2306 | 23255 | 23-MAY-2012 | (505) 385-1890 | |

ACCOUNT LOCATION: 6MOIR9L2 205 HOLIDAY CIRCLE

| ACTIVITY SINCE LAST BILL | $ AMOUNT | CURRENT BILL INFORMATION | $ |
|---|---|---|---|
| AMOUNT OF PREVIOUS BILL | $ 101.48 | SERVICE CHARGE ELEMENT | $ |

CENTRAL N. M. ELECTRIC CO-OP, INC.
PO BOX 669 05
MORIARTY NM 87035-0669

CHANGE OF ADDRESS/PHONE NUMBER HERE

E (NEUROD TO CHANGE ADDRESS)

OTHER PHONE NUMBER ( )

ZIP

Check List
Have You:
Enclosed your check payable to Central N.M. Electric Coop?
Enclosed your remittance slip?

CENTRAL NEW MEXICO ELECTRIC CO-OP, INC.

04-23-1947
Male 5'9" 180 lbs Blue Eyes
Class - B
Endorsements - NONE
Restrictions - NONE
EXPIRES - 04-23-2015

EMW Gas Association, NM

# Account Master Report

## General

| | | | | | |
|---|---|---|---|---|---|
| Name: | PEOPLE OF GOD | Account Number: | 0-010 | Service Address: | 205 S HOLIDAY CR |
| Attention: | | Status: | A - Active | Class: | Residential - Moriarty |
| Line 1: | P.O.BOX 2054 | Start Date: | 12/4/2003 | Balance: | 0.00 |
| Line 2: | | Disconnect Date: | | | |
| City: | MORIARTY | | | | |
| State/Province: | NM | | | | |
| Zip/Postal Code: | 87035-2054 | | | | |

## Additional Contacts

No Bill

## Consumption History

Service : GAS - GAS Consu    Residential Gas - Moriarty

| Year | Month | Previous Read | Current Read | Consumption | Demand Consumptio | KVAR |
|---|---|---|---|---|---|---|

Service : GAS MIN - Gas Mi    Resid Minimum - Moriarty

| Year | Month | Previous Read | Current Read | Consumption | Demand Consumptio | KVAR |
|---|---|---|---|---|---|---|

## Transaction History

| Date | Packet | Type | Receipt # | Reference | Amount |
|---|---|---|---|---|---|
| 1/1/1990 | ZUS-CATCH A | Conversion Balan | | Conversion Balance Forward | 87.08 |
| 1/2/2008 | ZUS-PAY-01-0 | PAYMENTS | 256810 | CC | (88.00) |
| 1/2/2008 | ZUS-BIL-01-0 | BILLING | | 5229 | 140.87 |
| 1/16/2008 | ZUS-PEN-01-1 | PENALTIES | | 5231 | 1.97 |
| 1/25/2008 | ZUS-PAY-01-2 | PAYMENTS | 261546 | 135517 | (141.92) |
| 2/1/2008 | ZUS-BIL-02-0 | BILLING | | 5239 | 174.13 |
| 2/18/2008 | ZUS-PEN-02-1 | PENALTIES | | 5244 | 2.43 |
| 2/29/2008 | ZUS-BIL-02-2 | BILLING | | 5247 | 153.16 |
| 3/3/2008 | ZUS-PAY-03-0 | PAYMENTS | 267040 | 122264 | (176.56) |
| 3/17/2008 | ZUS-PEN-03-1 | PENALTIES | | 5251 | 2.14 |
| 3/27/2008 | ZUS-PAY-03-2 | PAYMENTS | 271917 | 115990 | (176.00) |
| 3/28/2008 | ZUS-ADJ-03-2 | ADJUSTMENTS | | 5254 | 30.00 |
| 4/1/2008 | ZUS-BIL-04-0 | BILLING | | 5256 | 103.83 |
| 4/17/2008 | ZUS-PEN-04-1 | PENALTIES | | 5259 | 1.59 |
| 4/22/2008 | ZUS-PAY-04-2 | PAYMENTS | 276155 | 171763 | (139.72) |
| 4/25/2008 | ZUS-PAY-04-2 | PAYMENTS | 276604 | | 25.00 |
| 5/2/2008 | ZUS-BIL-05-0 | BILLING | | 5269 | 63.46 |
| 5/16/2008 | ZUS-PAY-05-1 | PAYMENTS | 280645 | CC | (63.46) |
| 5/16/2008 | ZUS-PEN-05-1 | PENALTIES | | 5274 | 0.89 |

Government Exhibit 14

## Transaction Histor

| Date | Packet | Type | Receipt # | Reference | Amount |
|------|--------|------|-----------|-----------|--------|
| 6/2/2008 | ZUS-BIL-06-0 | BILLING | | 5282 | 32.56 |
| 6/17/2008 | ZUS-PEN-06-1 | PENALTIES | | 5291 | 0.47 |
| 6/26/2008 | ZUS-PAY-06-2 | PAYMENTS | 286729 | 164842 | (33.92) |
| 7/1/2008 | ZUS-BIL-07-0 | BILLING | | 5294 | 66.59 |
| 7/15/2008 | ZUS-PAY-07-1 | PAYMENTS | 290149 | 103982 | (66.59) |
| 8/1/2008 | ZUS-BIL-08-0 | BILLING | | 5305 | 44.95 |
| 8/15/2008 | ZUS-PAY-08-1 | PAYMENTS | 295426 | 132964 | (44.95) |
| 8/29/2008 | ZUS-BIL-08-2 | BILLING | | 5315 | 45.35 |
| 9/16/2008 | ZUS-PEN-09-1 | PENALTIES | | 5319 | 0.63 |
| 9/25/2008 | ZUS-PAY-09-2 | PAYMENTS | 301442 | 153152 | (45.98) |
| 10/1/2008 | ZUS-BIL-10-0 | BILLING | | 5323 | 41.52 |
| 10/16/2008 | ZUS-PEN-10-1 | PENALTIES | | 5328 | 0.58 |
| 10/24/2008 | ZUS-PAY-10-2 | PAYMENTS | 306197 | 145844 | (42.10) |
| 10/31/2008 | ZUS-BIL-10-3 | BILLING | | 5331 | 44.51 |
| 11/18/2008 | ZUS-PEN-11-1 | PENALTIES | | 5337 | 0.62 |
| 11/25/2008 | ZUS-PAY-11-2 | PAYMENTS | 311208 | | (45.13) |
| 11/26/2008 | ZUS-BIL-11-2 | BILLING | | 5340 | 63.92 |
| 12/12/2008 | ZUS-PAY-12-1 | PAYMENTS | 314159 | LIHEAP | (200.00) |
| 12/31/2008 | ZUS-BIL-12-3 | BILLING | | 5348 | 111.42 |
| 1/30/2009 | ZUS-BIL-01-3 | BILLING | | 5355 | 138.08 |
| 2/17/2009 | ZUS-PEN-02-1 | PENALTIES | | 5359 | 1.70 |
| 2/26/2009 | ZUS-ADJ-02-2 | ADJUSTMENTS | | 5361 | 20.00 |
| 2/26/2009 | ZUS-PAY-02-2 | PAYMENTS | 326239 | 133591 | (165.12) |
| 2/27/2009 | ZUS-BIL-02-2 | BILLING | | 5362 | 133.04 |
| 2/27/2009 | ZUS-ADJ-02-2 | ADJUSTMENTS | | 5361 | 30.00 |
| 3/17/2009 | ZUS-PEN-03-1 | PENALTIES | | 5367 | 1.86 |
| 3/25/2009 | ZUS-PAY-03-2 | PAYMENTS | 331009 | CC | (134.90) |
| 3/31/2009 | ZUS-BIL-03-3 | BILLING | | 5372 | 75.69 |
| 4/16/2009 | ZUS-PEN-04-1 | PENALTIES | | 5374 | 1.06 |
| 4/17/2009 | ZUS-PAY-04-1 | PAYMENTS | 335225 | 104094 | (76.75) |
| 4/30/2009 | ZUS-BIL-04-3 | BILLING | | 5377 | 59.33 |
| 5/18/2009 | ZUS-PEN-05-1 | PENALTIES | | 5378 | 0.83 |
| 5/26/2009 | ZUS-PAY-05-2 | PAYMENTS | 340744 | 155124 | (60.16) |
| 5/29/2009 | ZUS-BIL-05-2 | BILLING | | 5380 | 52.31 |
| 6/16/2009 | ZUS-PEN-06-1 | PENALTIES | | 5382 | 0.73 |
| 6/17/2009 | ZUS-PAY-06-1 | PAYMENTS | 344771 | 175229 | (53.04) |
| 6/30/2009 | ZUS-BIL-06-3 | BILLING | | 5384 | 58.06 |
| 7/16/2009 | ZUS-PEN-07-1 | PENALTIES | | 5388 | 0.81 |
| 7/20/2009 | ZUS-PAY-07-2 | PAYMENTS | 349885 | | (58.87) |
| 7/31/2009 | ZUS-BIL-07-3 | BILLING | | 5392 | 38.54 |
| 8/18/2009 | ZUS-PEN-08-1 | PENALTIES | | 5396 | 0.54 |
| 8/19/2009 | ZUS-PAY-08-1 | PAYMENTS | 354728 | 094341 | (39.08) |
| 8/31/2009 | ZUS-BIL-08-3 | BILLING | | 5400 | 37.02 |
| 9/16/2009 | ZUS-PEN-09-1 | PENALTIES | | 5407 | 0.52 |

## Transaction History

| Date | Packet | Type | Receipt # | Reference | Amount |
|---|---|---|---|---|---|
| 9/18/2009 | ZUS-PAY-09-1 | PAYMENTS | 359499 | 074163 | (37.54) |
| 9/30/2009 | ZUS-BIL-09-3 | BILLING | | 5412 | 45.00 |
| 10/16/2009 | ZUS-PEN-10-1 | PENALTIES | | 5420 | 0.63 |
| 10/19/2009 | ZUS-PAY-10-1 | PAYMENTS | 364312 | CC | (45.63) |
| 11/2/2009 | ZUS-BIL-11-0 | BILLING | | 5424 | 57.90 |
| 11/17/2009 | ZUS-PEN-11-1 | PENALTIES | | 5435 | 0.81 |
| 11/24/2009 | ZUS-PAY-11-2 | PAYMENTS | 370119 | 005018 | (58.71) |
| 11/30/2009 | ZUS-BIL-11-3 | BILLING | | 5437 | 88.09 |
| 12/15/2009 | ZUS-PAY-12-1 | PAYMENTS | 373886 | 032867 | (88.09) |
| 1/4/2010 | ZUS-BIL-01-0 | BILLING | | 5452 | 164.82 |
| 1/18/2010 | ZUS-PEN-01-1 | PENALTIES | | 5456 | 2.30 |
| 1/25/2010 | ZUS-PAY-01-2 | PAYMENTS | 380293 | 047389 | (167.12) |
| 2/1/2010 | ZUS-BIL-02-0 | BILLING | | 5460 | 141.97 |
| 2/16/2010 | ZUS-PEN-02-1 | PENALTIES | | 5467 | 1.98 |
| 2/19/2010 | ZUS-PAY-02-1 | PAYMENTS | 384765 | 013324 | (143.95) |
| 2/26/2010 | ZUS-BIL-02-2 | BILLING | | 5470 | 120.37 |
| 3/15/2010 | ZUS-PAY-03-1 | PAYMENTS | 389130 | LIHEAP | (120.00) |
| 3/16/2010 | ZUS-PEN-03-1 | PENALTIES | | 5477 | 0.01 |
| 3/31/2010 | ZUS-BIL-03-3 | BILLING | | 5482 | 107.86 |
| 4/13/2010 | ZUS-PAY-04-1 | PAYMENTS | 393289 | liheap | (30.00) |
| 4/16/2010 | ZUS-PEN-04-1 | PENALTIES | | 5489 | 1.17 |
| 4/23/2010 | ZUS-PAY-04-2 | PAYMENTS | 395741 | 043543 | (79.41) |
| 4/30/2010 | ZUS-BIL-04-3 | BILLING | | 5492 | 77.91 |
| 5/20/2010 | ZUS-PAY-05-2 | PAYMENTS | 400231 | 068281 | (79.00) |
| 5/28/2010 | ZUS-PEN-05-2 | PENALTIES | | 5502 | 1.09 |
| 5/28/2010 | ZUS-BIL-05-2 | BILLING | | 5502 | 55.31 |
| 6/16/2010 | ZUS-PEN-06-1 | PENALTIES | | 5508 | 0.77 |
| 6/21/2010 | ZUS-PAY-06-2 | PAYMENTS | 405164 | 034016 | (56.08) |
| 6/30/2010 | ZUS-BIL-06-3 | BILLING | | 5512 | 42.60 |
| 7/16/2010 | ZUS-PEN-07-1 | PENALTIES | | 5516 | 0.60 |
| 7/26/2010 | ZUS-PAY-07-2 | PAYMENTS | 410864 | 345249 | (43.20) |
| 7/30/2010 | ZUS-BIL-07-3 | BILLING | | 5521 | 33.28 |
| 8/17/2010 | ZUS-PEN-08-1 | PENALTIES | | 5527 | 0.46 |
| 8/20/2010 | ZUS-PAY-08-2 | PAYMENTS | 415357 | 088422 | (33.74) |
| 8/31/2010 | ZUS-BIL-08-3 | BILLING | | 5533 | 38.78 |
| 9/16/2010 | ZUS-PEN-09-1 | PENALTIES | | 5539 | 0.54 |
| 9/27/2010 | ZUS-PAY-09-2 | PAYMENTS | 420810 | 563902 | (39.32) |
| 9/30/2010 | ZUS-BIL-09-3 | BILLING | | 5543 | 37.67 |
| 10/18/2010 | ZUS-PEN-10-1 | PENALTIES | | 5549 | 0.53 |
| 10/20/2010 | ZUS-PAY-10-2 | PAYMENTS | 425167 | 066183 | (38.20) |
| 10/29/2010 | ZUS-BIL-10-2 | BILLING | | 5553 | 37.84 |
| 11/16/2010 | ZUS-PEN-11-1 | PENALTIES | | 5557 | 0.53 |
| 11/29/2010 | ZUS-PAY-11-2 | PAYMENTS | 430866 | 350025 | (38.37) |
| 11/30/2010 | ZUS-BIL-11-3 | BILLING | | 5561 | 68.88 |

**Transaction History**

| Date | Packet | Type | Receipt # | Reference | Amount |
|------|--------|------|-----------|-----------|--------|
| 12/16/2010 | ZUS-PEN-12-1 | PENALTIES | | 5567 | 0.96 |
| 12/23/2010 | ZUS-PAY-12-2 | PAYMENTS | 435686 | 679559 | (69.84) |
| 12/30/2010 | ZUS-BIL-12-3 | BILLING | | 5571 | 90.92 |
| 1/18/2011 | ZUS-PEN-01-1 | PENALTIES | | 5576 | 1.27 |
| 1/26/2011 | ZUS-ADJ-01-2 | ADJUSTMENTS | | 5580 | 25.00 |
| 1/26/2011 | ZUS-PAY-01-2 | PAYMENTS | 441050 | 172516 | (152.19) |
| 1/27/2011 | ZUS-ADJ-01-2 | ADJUSTMENTS | | 5580 | 35.00 |
| 1/31/2011 | ZUS-BIL-01-3 | BILLING | | 5581 | 100.15 |
| 2/16/2011 | ZUS-PEN-02-1 | PENALTIES | | 5586 | 1.40 |
| 2/25/2011 | ZUS-PAY-02-2 | PAYMENTS | 446173 | 129638 | (101.55) |
| 2/28/2011 | ZUS-BIL-02-2 | BILLING | | 5589 | 102.27 |
| 3/16/2011 | ZUS-PEN-03-1 | PENALTIES | | 5594 | 1.43 |
| 3/22/2011 | ZUS-PAY-03-2 | PAYMENTS | 450771 | 080121 | (103.70) |
| 3/31/2011 | ZUS-BIL-03-3 | BILLING | | 5598 | 72.64 |
| 4/18/2011 | ZUS-PEN-04-1 | PENALTIES | | 5603 | 1.01 |
| 4/28/2011 | ZUS-ADJ-04-2 | ADJUSTMENTS | | 5606 | 35.00 |
| 4/29/2011 | ZUS-BIL-04-2 | BILLING | | 5607 | 42.28 |
| 5/2/2011 | ZUS-ADJ-05-0 | ADJUSTMENTS | | 5608 | 25.00 |
| 5/2/2011 | ZUS-PAY-05-0 | PAYMENTS | 456830 | CC | (287.65) |
| 5/31/2011 | ZUS-BIL-05-3 | BILLING | | 5615 | 38.34 |
| 6/30/2011 | ZUS-BIL-06-3 | BILLING | | 5624 | 35.31 |
| 7/29/2011 | ZUS-BIL-07-2 | BILLING | | 5633 | 36.27 |
| 8/31/2011 | ZUS-BIL-08-3 | BILLING | | 5641 | 35.26 |
| 9/16/2011 | ZUS-PEN-09-1 | PENALTIES | | 5645 | 0.49 |
| 9/30/2011 | ZUS-BIL-09-3 | BILLING | | 5650 | 42.62 |
| 10/3/2011 | ZUS-PAY-10-0 | PAYMENTS | 480945 | cc | (33.46) |
| 10/18/2011 | ZUS-PEN-10-1 | PENALTIES | | 5655 | 0.60 |
| 10/24/2011 | ZUS-CONV CR | CONV CREDIT APP | | | (43.71) |
| 10/25/2011 | Batch:B00000 | | R00000661 | 023664 | (43.71) |
| 10/25/2011 | ZUS-CONV CR | CONV CREDIT APP | | | 43.71 |
| 10/31/2011 | UBPKT00073 | BILL 9/26/2011 - 1 | | BILL 9/26/2011 - 10/19/2011 | 36.07 |
| 11/16/2011 | UBPKT00121 | PENALTY Billing Cr | | Past Due | 0.50 |
| 11/16/2011 | UBPKT00121 | Late Notice Printe | | Late Notice Printed | 0.00 |
| 11/25/2011 | UBPKT00121 | CUTOFF POSTED | | Cutoff Posted | 0.00 |
| 11/28/2011 | UBPKT00177 | | | Cutoff Charge Adjustment | 20.00 |
| 11/30/2011 | UBPKT00153 | BILL 10/19/2011 - | | BILL 10/19/2011 - 11/18/2011 | 65.31 |
| 12/1/2011 | Batch:B00000 | | R00006054 | Payment 12/1/2011 | (100.00) |
| 12/16/2011 | UBPKT00218 | Late Notice Printe | | Late Notice Printed | 0.00 |
| 12/16/2011 | UBPKT00218 | PENALTY Billing Cr | | Past Due | 0.33 |
| 12/30/2011 | UBPKT00239 | BILL 11/18/2011 - | | BILL 11/18/2011 - 12/18/2011 | 95.71 |
| 1/9/2012 | Batch:B00000 | | R00012796 | Payment 1/9/2012 | (117.92) |
| 1/31/2012 | UBPKT00306 | BILL 12/18/2011 - | | BILL 12/18/2011 - 1/25/2012 | 65.82 |
| 2/8/2012 | Batch:B00000 | | R00017815 | Payment 2/8/2012 | (65.82) |
| 2/29/2012 | UBPKT00394 | BILL 1/25/2012 - 2 | | BILL 1/25/2012 - 2/25/2012 | 60.92 |

**Transaction History**

| Date | Packet | Type | Receipt # | Reference | Amount |
|---|---|---|---|---|---|
| 3/16/2012 | UBPKT00440 | PENALTY Billing Cr | | Past Due | 0.91 |
| 3/16/2012 | UBPKT00440 | CUTOFF POSTED | | Cutoff Posted | 0.00 |
| 3/16/2012 | UBPKT00440 | CUTOFF EXCLUSIO | | payment | 0.00 |
| 3/16/2012 | UBPKT00440 | Late Notice Printe | | Late Notice Printed | 0.00 |
| 3/27/2012 | Batch:B00000 | | R00026808 | Payment 3/27/2012 | (61.83) |
| 3/30/2012 | UBPKT00480 | BILL 2/25/2012 - 3 | | BILL 2/25/2012 - 3/25/2012 | 65.08 |
| 4/13/2012 | Batch:B00000 | | R00029893 | Payment 4/13/2012 | (65.08) |
| 4/30/2012 | UBPKT00573 | BILL 3/25/2012 - 4 | | BILL 3/25/2012 - 4/25/2012 | 30.67 |
| 5/15/2012 | Batch:B00001 | | R00035053 | Payment 5/15/2012 | (30.67) |
| 5/31/2012 | UBPKT00654 | BILL 4/25/2012 - 5 | | BILL 4/25/2012 - 5/25/2012 | 27.25 |
| 6/14/2012 | Batch:B00001 | | R00039427 | Payment 6/14/2012 | (27.25) |
| 6/30/2012 | UBPKT00743 | BILL 5/25/2012 - 6 | | BILL 5/25/2012 - 6/25/2012 | 26.06 |
| 7/13/2012 | Batch:B00001 | | R00043914 | Payment 7/13/2012 | (26.06) |
| 7/31/2012 | UBPKT00837 | BILL 6/25/2012 - 7 | | BILL 6/25/2012 - 7/25/2012 | 23.27 |
| 8/15/2012 | Batch:B00001 | | R00049187 | Payment 8/15/2012 | (23.27) |
| 8/31/2012 | UBPKT00908 | BILL 7/25/2012 - 8 | | BILL 7/25/2012 - 8/25/2012 | 24.85 |
| 9/13/2012 | Batch:B00001 | | R00053401 | Payment 9/13/2012 | (24.85) |
| 9/30/2012 | UBPKT00952 | BILL 8/25/2012 - 9 | | BILL 8/25/2012 - 9/25/2012 | 22.71 |
| 10/15/2012 | Batch:B00001 | | R00058724 | Payment 10/15/2012 | (22.71) |
| 10/31/2012 | UBPKT01043 | BILL 9/25/2012 - 1 | | BILL 9/25/2012 - 10/25/2012 | 23.19 |
| 11/15/2012 | Batch:B00002 | | R00063998 | Payment 11/15/2012 | (23.19) |
| 11/30/2012 | UBPKT01099 | BILL 10/25/2012 - | | BILL 10/25/2012 - 11/25/2012 | 38.34 |
| 11/30/2012 | Batch:B00002 | | R00065612 | Payment 11/30/2012 | (38.34) |
| 12/31/2012 | UBPKT01150 | BILL 11/25/2012 - | | BILL 11/25/2012 - 12/25/2012 | 39.21 |
| 1/11/2013 | Batch:B00002 | | R00072440 | Payment 1/11/2013 | (39.21) |
| 1/31/2013 | UBPKT01214 | BILL 12/25/2012 - | | BILL 12/25/2012 - 1/25/2013 | 61.81 |
| 2/12/2013 | Batch:B00002 | | R00077428 | Payment 2/12/2013 | (61.81) |
| 2/28/2013 | UBPKT01287 | BILL 1/25/2013 - 2 | | BILL 1/25/2013 - 2/25/2013 | 69.83 |
| 3/18/2013 | Batch:B00002 | | R00084107 | Payment 3/18/2013 | (70.87) |
| 3/18/2013 | UBPKT01339 | PENALTY Billing Cr | | Past Due | 1.04 |
| 3/18/2013 | UBPKT01339 | CUTOFF EXCLUSIO | | Protected By Payment | 0.00 |
| 3/18/2013 | UBPKT01339 | Late Notice Printe | | Late Notice Printed 3/18/2013 | 0.00 |
| 3/18/2013 | UBPKT01339 | CUTOFF POSTED | | Cutoff Posted | 0.00 |
| 3/29/2013 | UBPKT01357 | BILL 2/25/2013 - 3 | | BILL 2/25/2013 - 3/25/2013 | 78.17 |
| 4/15/2013 | Batch:B00002 | | R00088408 | Payment 4/15/2013 | (78.17) |
| 4/30/2013 | UBPKT01417 | BILL 3/25/2013 - 4 | | BILL 3/25/2013 - 4/25/2013 | 49.11 |
| 5/15/2013 | Batch:B00003 | | R00093177 | Payment 5/15/2013 | (49.11) |
| 5/31/2013 | UBPKT01472 | BILL 4/25/2013 - 5 | | BILL 4/25/2013 - 5/25/2013 | 29.39 |
| 6/13/2013 | Batch:B00003 | | R00097187 | Payment 6/13/2013 | (29.39) |
| 6/28/2013 | UBPKT01538 | BILL 5/25/2013 - 6 | | BILL 5/25/2013 - 6/25/2013 | 25.53 |
| 7/15/2013 | Batch:B00003 | | R00102476 | Payment 7/15/2013 | (25.53) |
| 7/31/2013 | UBPKT01619 | BILL 6/25/2013 - 7 | | BILL 6/25/2013 - 7/25/2013 | 24.40 |
| 8/15/2013 | Batch:B00003 | | R00107248 | Payment 8/14/2013 | (24.40) |
| 8/30/2013 | UBPKT01705 | BILL 7/25/2013 - 8 | | BILL 7/25/2013 - 8/25/2013 | 23.29 |

**Transaction History**

| Date | Packet | Type | Receipt # | Reference | Amount |
|------|--------|------|-----------|-----------|--------|
| 9/12/2013 | Batch:B00003 | | R00111232 | Payment 9/11/2013 | (23.29) |
| 9/30/2013 | UBPKT01745 | BILL 8/25/2013 - 9 | | BILL 8/25/2013 - 9/25/2013 | 23.32 |
| 10/15/2013 | Batch:B00003 | | R00116664 | Payment 10/15/2013 | (23.32) |
| 10/31/2013 | UBPKT01799 | BILL 9/25/2013 - 1 | | BILL 9/25/2013 - 10/25/2013 | 24.71 |
| 11/15/2013 | Batch:B00004 | | R00121449 | Payment 11/15/2013 | (24.71) |
| 11/30/2013 | UBPKT01848 | BILL 10/25/2013 - | | BILL 10/25/2013 - 11/25/2013 | 31.38 |
| 12/13/2013 | Batch:B00004 | | R00125855 | Payment 12/13/2013 | (31.38) |
| 12/31/2013 | UBPKT01887 | BILL 11/25/2013 - | | BILL 11/25/2013 - 12/25/2013 | 103.06 |
| 1/15/2014 | Batch:B00004 | | R00131188 | Payment 1/15/2014 | (103.06) |
| 1/31/2014 | UBPKT01961 | BILL 12/25/2013 - | | BILL 12/25/2013 - 1/25/2014 | 92.03 |
| 2/11/2014 | Batch:B00004 | | R00134887 | Payment 2/11/2014 | (92.03) |
| 2/28/2014 | UBPKT02021 | BILL 1/25/2014 - 2 | | BILL 1/25/2014 - 2/25/2014 | 73.82 |
| 3/11/2014 | Batch:B00004 | | R00139722 | Payment 3/10/2014 | (73.82) |

**Account Class Tota**

| Class | Active | Disconnect | Inactive | New | Pending | Suspend | Temporary |
|---|---|---|---|---|---|---|---|
| Residential - Moriarty | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

04/04/2014  2:54PM (GMT-05:00)

Transaction Details                                                     Page 1 of 1

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

## Transaction Details

**EMW GAS ASSOCIATION [POS Retail]**          MID: __ .. ____0594       TID: ___ 4413

| | |
|---|---|
| Name On Card: | james m simones |
| Acc. Number: | *3571 |
| Card Type: | Visa |
| Exp. Date: | 01/16 |
| Street Address: | |
| Zip Code: | 87036 |

| | |
|---|---|
| Ref. #: | 4861 |
| Batch #: | 594 |
| Invoice #: | 20-8000-010 |
| Clerk ID: | R00139722 |
| Date/Time: | 03/10/14 4:01:02 PM |

| | |
|---|---|
| Initial Status: | Approved |
| Current Status: | Settled |
| Response: | NO MATCH  ( 00 ) |
| Approval Code: | 017816 |

| | |
|---|---|
| Sale Amount: | $134.90 |

| | |
|---|---|
| Total: | $134.90 |

35 Holds ↵

FROM- EMW GAS ASSOCIATION P0017/0017 T-526 F-584     18664717342  TO- 13:50 14'-04-04

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

## Transaction Details

EMW GAS ASSOCIATION [POS Retail]          MID:      0594      TID:      4413

| | | | | |
|---|---|---|---|---|
| Name On Card: | james m simones | | Ref. #: | 2628 |
| Acc. Number: | '3571 | | Batch #: | 575 |
| Card Type: | Visa | | Invoice #: | 20-8000-010 |
| Exp. Date: | 01/16 | | Clerk ID: | R00134887 |
| Street Address: | | | Date/Time: | 02/11/14 9:27:11 AM |
| Zip Code: | 87035 | | | |

| | | | |
|---|---|---|---|
| Initial Status: | Approved | Sale Amount: | $174.31 |
| Current Status: | Settled | | |
| Response: | NO MATCH  ( 00 ) | | |
| Approval Code: | 005947 | | |
| | | Total: | $174.31 |

205 1/p0dg

04/04/2014  2:54PM (GMT-05:00)

Transaction Details

Page 1 of 1

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

## Transaction Details

**EMW GAS ASSOCIATION [POS Retail]**       MID:       0594       TID:       4413

| | |
|---|---|
| Name On Card: | simones |
| Acc. Number: | '3571 |
| Card Type: | Visa |
| Exp. Date: | 01/16 |
| Street Address: | |
| Zip Code: | 67035 |

| | |
|---|---|
| Ref. #: | 1033 |
| Batch #: | 556 |
| Invoice #: | 20-8000-010 |
| Clerk ID: | R00131188 |
| Date/Time: | 01/15/14 2:48:13 PM |

| | |
|---|---|
| Initial Status: | Approved |
| Current Status: | Settled |
| Response: | EXACT MATCH ( 00) |
| Approval Code: | 029966 |

| Sale Amount: | $124.36 |
|---|---|

| **Total:** | **$124.36** |
|---|---|

205 *Holdy ch*

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

# Transaction Details

EMW GAS ASSOCIATION [POS Retail]          MID: _____  0594     TID:  4413

| | | |
|---|---|---|
| **Name On Card:** | James simones | |
| **Acc. Number:** | '3571 | |
| **Card Type:** | Visa | |
| **Exp. Date:** | 01/16 | |
| **Street Address:** | | |
| **Zip Code:** | 87035 | |

| | |
|---|---|
| **Ref. #:** | 3508 |
| **Batch #:** | 535 |
| **Invoice #:** | 20-8000-010 |
| **Clerk ID:** | R00125855 |
| **Date/Time:** | 12/13/13 9:15:16 AM |

| | |
|---|---|
| **Initial Status:** | Approved |
| **Current Status:** | Settled |
| **Response:** | EXACT MATCH  ( 00) |
| **Approval Code:** | 012298 |

Sale Amount:                      $52.68

Total:                      $52.68

205  Holch LC

04/04/2014  2:54PM (GMT-05:00)

Transaction Details                                                                    Page 1 of 1

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

## Transaction Details

EMW GAS ASSOCIATION [POS Retail]          MID:        :0594      TID:      4413

| | | | | |
|---|---|---|---|---|
| Name On Card: | james simones | | Ref. #: | 1422 |
| Acc. Number: | 7238 | | Batch #: | 517 |
| Card Type: | M/C | | Invoice #: | 20-8000-010 |
| Exp. Date: | 11/15 | | Clerk ID: | R00121449 |
| Street Address: | | | Date/Time: | 11/15/13 9:25:50 AM |
| Zip Code: | 87035 | | | |

| | | | |
|---|---|---|---|
| Initial Status: | Approved | Sale Amount: | $46.01 |
| Current Status: | Settled | | |
| Response: | ZIP MATCH  (00) | | |
| Approval Code: | 01553B | | |
| | | Total: | $46.01 |

*205 Holiday cr*

04/04/2014 2:54PM (GMT-05:00)

Transaction Details                                                          Page 1 of 1

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

## Transaction Details

EMW GAS ASSOCIATION [POS Retail]          MID: _ _ _ _ _ :0594      TID: . _ _ .4413

| | | | |
|---|---|---|---|
| Name On Card: | james simones | Ref. #: | 4200 |
| Acc. Number: | _ _ _ _ _ 7238 | Batch #: | 495 |
| Card Type: | M/C | Invoice #: | 20-8000-010 |
| Exp. Date: | 11/15 | Clerk ID: | R00116664 |
| Street Address: | | Date/Time: | 10/15/13 9:45:56 AM |
| Zip Code: | 87035 | | |

| | | | |
|---|---|---|---|
| Initial Status: | Approved | Sale Amount: | $44.62 |
| Current Status: | Settled | | |
| Response: | ZIP MATCH ( 00 ) | | |
| Approval Code: | 01530B | | |
| | | Total: | $44.62 |

2,5 / feld/ Ge

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

## Transaction Details

**EMW GAS ASSOCIATION [POS Retail]**          MID: _____0594          TID:  14413

| | | | |
|---|---|---|---|
| Name On Card: | james simones | Ref. #: | 4767 |
| Acc. Number: | 7238 | Batch #: | 452 |
| Card Type: | M/C | Invoice #: | 20-8000-010 |
| Exp. Date: | 11/15 | Clerk ID: | R00107248 |
| Street Address: | | Date/Time: | 08/14/13 4:21:04 PM |
| Zip Code: | 87035 | | |

| | | | |
|---|---|---|---|
| Initial Status: | Approved | Sale Amount: | $45.70 |
| Current Status: | Settled | | |
| Response: | ZIP MATCH (00) | | |
| Approval Code: | 01464B | | |
| | | **Total:** | **$45.70** |

04/04/2014  2:54PM (GMT-05:00)

Transaction Details

Page 1 of 1

*Print Screen* | *Print Receipt Copy* | *Refund Transaction* | *Close Window*

## Transaction Details

**EMW GAS ASSOCIATION [POS Retail]**       MID: 0594       TID: 4413

| | |
|---|---|
| Name On Card: | james simones |
| Acc. Number: | '5625 |
| Card Type: | Visa |
| Exp. Date: | 05/14 |
| Street Address: | |
| Zip Code: | 87035 |

| | |
|---|---|
| Ref. #: | 1272 |
| Batch #: | 323 |
| Invoice #: | 20-8000-010 |
| Clerk ID: | R00077428 |
| Date/Time: | 02/12/13 8:32:51 AM |

| | |
|---|---|
| Initial Status: | Approved |
| Current Status: | Settled |
| Response: | EXACT MATCH  ( 00 ) |
| Approval Code: | 608457 |

| | |
|---|---|
| Sale Amount: | $83.11 |
| Total: | $83.11 |

705 Heledy Ct

04/04/2014  2:54PM (GMT-05:00)

Transaction Details                                                    Page 1 of 1

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

## Transaction Details

EMW GAS ASSOCIATION [POS Retail]          MID:      :0594      TID:    4413

| | | | |
|---|---|---|---|
| Name On Card: | james simones | Ref. #: | 0282 |
| Acc. Number: | '7238 | Batch #: | 409 |
| Card Type: | M/C | Invoice #: | 20-8000-010 |
| Exp. Date: | 11/15 | Clerk ID: | R00097187 |
| Street Address: | | Date/Time: | 06/13/13 11:05:08 AM |
| Zip Code: | 87035 | | |

| | | | |
|---|---|---|---|
| Initial Status: | Approved | Sale Amount: | $52.07 |
| Current Status: | Settled | | |
| Response: | ZIP MATCH  ( 00 ) | | |
| Approval Code: | 01339B | | |
| | | Total: | $52.07 |

*(handwritten) 26T HPcb ct*

04/04/2014  2:54PM (GMT-05:00)

Transaction Details

Page 1 of 1

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

# Transaction Details

EMW GAS ASSOCIATION [POS Retail]          MID:       0594      TID:    14413

| | |
|---|---|
| Name On Card: | james simones |
| Acc. Number: | *7238 |
| Card Type: | M/C |
| Exp. Date: | 11/15 |
| Street Address: | |
| Zip Code: | 87035 |

| | |
|---|---|
| Ref. #: | 3334 |
| Batch #: | 389 |
| Invoice #: | 20-8000-010 |
| Clerk ID: | R00093177 |
| Date/Time: | 05/15/13 10:40:58 AM |

| | |
|---|---|
| Initial Status: | Approved |
| Current Status: | Settled |
| Response: | ZIP MATCH (00) |
| Approval Code: | 01636B |

Sale Amount:               $70.41

Total:            $70.41

— 04/04/2014 2:54PM (GMT-05:00)——

Transaction Details

*Print Screen | Print Receipt Copy | Refund Transaction | Close Window*

# Transaction Details

EMW GAS ASSOCIATION [POS Retail]       MID:       0594       TID:     4413

| | | |
|---|---|---|
| Name On Card: | james simones | Ref. #: 3334 |
| Acc. Number: | *7238 | Batch #: 389 |
| Card Type: | M/C | Invoice #: 20-8000-010 |
| Exp. Date: | 11/15 | Clerk ID: R00093177 |
| Street Address: | | Date/Time: 05/15/13 10:40:56 AM |
| Zip Code: | 67035 | |

| | | | |
|---|---|---|---|
| Initial Status: | Approved | Sale Amount: | $70.41 |
| Current Status: | Settled | | |
| Response: | ZIP MATCH (00) | | |
| Approval Code: | 01536B | | |
| | | Total: | $70.41 |

205 (Helic C)

CITY OF MORIARTY

**Transaction Register**

Report Date(s): 01/01/1998 to 07/10/2014

Page:   1

Jul 10, 2014  12:30pm

Report Criteria:
   Types Selected: Payments
   Customer.Cust No = 2118901, 5213161

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|------|---------|------|--------|-------------|-----------|----------|--------|-----|---------|
| **Payments** | | | | | | | | | |
| **7/26/2005** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 7 | Utility Payments | 1.050217 | 1047 | 20.00 - | | Multiple |
| Total 7/26/2005 | 2,118,901 | | | | | | 20.00 - | | |
| **8/11/2005** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 86 | Utility Payments | 1.050812 | 2009 | 30.60 - | | Multiple |
| Total 8/11/2005 | 2,118,901 | | | | | | 30.60 - | | |
| **8/31/2005** | | | | | | | | | |
| (N/A) SIMONES, JAMES | 5.2131.61 | Pmt | 460 | Credit Balance Reallocation | | | .00 | | Multiple |
| (N/A) SIMONES, JAMES | 5.2131.61 | Pmt | 461 | Credit Balance Reallocation | | | .00 | | Multiple |
| Total 8/31/2005 | 10,426,322 | | | | | | .00 | | |
| **9/13/2005** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 35 | Mailed in | 1.051633 | 520 | 40.00 - | | Multiple |
| Total 9/13/2005 | 2,118,901 | | | | | | 40.00 - | | |
| **10/11/2005** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 111 | Utility Payments | 1.052329 | | 19.24 - | | Multiple |
| Total 10/11/2005 | 2,118,901 | | | | | | 19.24 - | | |
| **11/15/2005** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 18 | Utility Payments | 1.053288 | | 11.25 - | | Multiple |
| SIMONES, JAMES | 2.1189.01 | Pmt | 38 | Utility Payments | 1.053308 | 2033 | 11.25 - | | WATER - 1 |
| Total 11/15/2005 | 4,237,802 | | | | | | 22.50 - | | |
| **1/9/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 121 | Utility Payments | 1.054768 | 5003 | 24.25 - | | Multiple |
| Total 1/9/2006 | 2,118,901 | | | | | | 24.25 - | | |
| **2/10/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 58 | Utility Payments | 1.055872 | 0000005008 | 29.62 - | | Multiple |
| Total 2/10/2006 | 2,118,901 | | | | | | 29.62 - | | |
| **3/9/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 38 | Utility Payments | 1.056606 | 0000005014 | 29.62 - | | Multiple |
| Total 3/9/2006 | 2,118,901 | | | | | | 29.62 - | | |
| **4/13/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 14 | Utility Payments | 1.057598 | 0000005021 | 29.62 - | | Multiple |
| Total 4/13/2006 | 2,118,901 | | | | | | 29.62 - | | |
| **5/11/2006** | | | | | | | | | |

Msg: M=Manually Allocated    T=Termination Transaction



Government Exhibit

15

CITY OF MORIARTY

**Transaction Register**
Report Date(s): 01/01/1998 to 07/10/2014

Page:   2
Jul 10, 2014 12:30pm

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|---|---|---|---|---|---|---|---|---|---|
| SIMONES, JAMES | 2.1189.01 | Pmt | 28 | Utility Payments | 1.058450 | 0000005031 | 29.62 - | | Multiple |
| Total 5/11/2006 | 2,118,901 | | | | | | 29.62 - | | |
| **6/8/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 34 | Utility Payments | 1.059210 | 0000005039 | 29.62 - | | Multiple |
| Total 6/8/2006 | 2,118,901 | | | | | | 29.62 - | | |
| **7/10/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 151 | Utility Payments | 1.060315 | 00000005050 | 31.82 - | | Multiple |
| Total 7/10/2006 | 2,118,901 | | | | | | 31.82 - | | |
| **8/11/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 46 | Utility Payments | 1.061342 | 005061 | 30.49 - | | Multiple |
| Total 8/11/2006 | 2,118,901 | | | | | | 30.49 - | | |
| **9/8/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 69 | Utility Payments | 1.061993 | 0000005069 | 30.49 - | | Multiple |
| Total 9/8/2006 | 2,118,901 | | | | | | 30.49 - | | |
| **10/12/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 77 | Utility Payments | 1.063074 | 0000005081 | 30.49 - | | Multiple |
| Total 10/12/2006 | 2,118,901 | | | | | | 30.49 - | | |
| **11/13/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 119 | Utility Payments | 1.063988 | 0000005092 | 30.49 - | | Multiple |
| Total 11/13/2006 | 2,118,901 | | | | | | 30.49 - | | |
| **12/6/2006** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 39 | Utility Payments | 1.064493 | 0000005101 | 30.49 - | | Multiple |
| Total 12/6/2006 | 2,118,901 | | | | | | 30.49 - | | |
| **1/12/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 60 | Utility Payments | 1.065837 | 0000005113 | 30.49 - | | Multiple |
| Total 1/12/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **2/9/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 34 | Utility Payments | 1.066566 | 0000005122 | 30.49 - | | Multiple |
| Total 2/9/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **3/5/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 78 | Utility Payments | 1.067188 | 0000005130 | 30.49 - | | Multiple |
| Total 3/5/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **4/5/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 36 | Utility Payments | 1.068100 | 0000005141 | 30.49 - | | Multiple |

Msg:  M=Manually Allocated    T=Termination Transaction

CITY OF MORIARTY

**Transaction Register**
Report Date(s): 01/01/1998 to 07/10/2014

Page: 3
Jul 10, 2014 12:30pm

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|------|---------|------|--------|-------------|-----------|----------|--------|-----|---------|
| Total 4/5/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **5/7/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 88 | Utility Payments | 1.069011 | 0000005147 | 30.49 - | | Multiple |
| Total 5/7/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **6/4/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 48 | Utility Payments | 1.069767 | 0000005157 | 30.49 - | | Multiple |
| Total 6/4/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **7/6/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 84 | Utility Payments | 1.070831 | 1484 | 30.49 - | | Multiple |
| Total 7/6/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **8/7/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 75 | Utility Payments | 1.071771 | | 30.49 - | | Multiple |
| Total 8/7/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **10/10/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 4 | Utility Payments | 1.073737 | | 30.49 - | | Multiple |
| Total 10/10/2007 | 2,118,901 | | | | | | 30.49 - | | |
| **11/16/2007** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 6 | Utility Payments | 1.074888 | 79961585935 | 110.00 - | | Multiple |
| Total 11/16/2007 | 2,118,901 | | | | | | 110.00 - | | |
| **1/11/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 1 | Utility Payments | 1.076565 | | 93.97 - | | Multiple |
| Total 1/11/2008 | 2,118,901 | | | | | | 93.97 - | | |
| **3/10/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 42 | Utility Payments | 1.078300 | 200802336231 | 31.00 - | | Multiple |
| Total 3/10/2008 | 2,118,901 | | | | | | 31.00 - | | |
| **4/15/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 37 | Utility Payments | 1.079543 | | 129.70 - | | Multiple |
| Total 4/15/2008 | 2,118,901 | | | | | | 129.70 - | | |
| **5/6/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | Utility Payments | 1.079950 | | 30.49 - | | Multiple |
| Total 5/6/2008 | 2,118,901 | | | | | | 30.49 - | | |
| **7/1/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 113 | Utility Payments | 1.081800 | | 30.49 - | | Multiple |

Msg:  M=Manually Allocated    T=Termination Transaction

| CITY OF MORIARTY | | | | Transaction Register | | | | | | Page:   4 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Report Date(s): 01/01/1998 to 07/10/2014 | | | | | | Jul 10, 2014  12:30pm |

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|---|---|---|---|---|---|---|---|---|---|
| Total 7/1/2008 | 2,118,901 | | | | | | 30.49 - | | |
| **7/16/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 4 | Utility Payments | 1.082533 | | 44.69 - | | Multiple |
| Total 7/16/2008 | 2,118,901 | | | | | | 44.69 - | | |
| **8/18/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 8 | Utility Payments | 1.083501 | | 48.13 - | | Multiple |
| Total 8/18/2008 | 2,118,901 | | | | | | 48.13 - | | |
| **10/14/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | Utility Payments | 1.085287 | | 90.69 - | | Multiple |
| Total 10/14/2008 | 2,118,901 | | | | | | 90.69 - | | |
| **12/8/2008** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | Utility Payments | 1.086969 | | 30.49 - | | Multiple |
| Total 12/8/2008 | 2,118,901 | | | | | | 30.49 - | | |
| **1/12/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 32 | Utility Payments | 1.088215 | | 41.00 - | | Multiple |
| Total 1/12/2009 | 2,118,901 | | | | | | 41.00 - | | |
| **2/5/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 4 | Utility Payments | 1.088884 | | 45.00 - | | Multiple |
| Total 2/5/2009 | 2,118,901 | | | | | | 45.00 - | | |
| **3/6/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 63 | Utility Payments | 1.089978 | | 84.50 - | | Multiple |
| Total 3/6/2009 | 2,118,901 | | | | | | 84.50 - | | |
| **4/14/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 1 | Utility Payments | 1.091223 | | 32.69 - | | Multiple |
| Total 4/14/2009 | 2,118,901 | | | | | | 32.69 - | | |
| **5/18/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 40 | Utility Payments | 1.092322 | | 30.49 - | | Multiple |
| Total 5/18/2009 | 2,118,901 | | | | | | 30.49 - | | |
| **6/29/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 12 | Utility Payments | 1.093541 | | 41.51 - | | Multiple |
| Total 6/29/2009 | 2,118,901 | | | | | | 41.51 - | | |
| **7/20/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 10 | Utility Payments | 1.094331 | | 57.42 - | | Multiple |

Msg:  M=Manually Allocated    T=Termination Transaction

| CITY OF MORIARTY | | | | Transaction Register | | | | | | Page: 5 |
| | | | | Report Date(s): 01/01/1996 to 07/10/2014 | | | | | | Jul 10, 2014 12:30pm |

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|------|---------|------|--------|-------------|-----------|----------|--------|-----|---------|
| Total 7/20/2009 | 2,118,901 | | | | | | 57.42 - | | |
| **9/10/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 112 | Utility Payments | 1.096083 | | 97.36 - | | Multiple |
| Total 9/10/2009 | 2,118,901 | | | | | | 97.36 - | | |
| **11/2/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 3 | Utility Payments | 1.097499 | | 38.76 - | | Multiple |
| Total 11/2/2009 | 2,118,901 | | | | | | 38.76 - | | |
| **12/1/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 10 | Utility Payments | 1.098421 | | 49.20 - | | Multiple |
| Total 12/1/2009 | 2,118,901 | | | | | | 49.20 - | | |
| **12/16/2009** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | Utility Payments | 1.099173 | | 57.85 - | | Multiple |
| Total 12/16/2009 | 2,118,901 | | | | | | 57.85 - | | |
| **2/5/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 14 | Utility Payments | 1.100701 | | 38.74 - | | Multiple |
| Total 2/5/2010 | 2,118,901 | | | | | | 38.74 - | | |
| **3/3/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 1 | Utility Payments | 1.101586 | | 60.00 - | | Multiple |
| Total 3/3/2010 | 2,118,901 | | | | | | 60.00 - | | |
| **4/1/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 7 | Utility Payments | 1.102458 | | 41.42 - | | Multiple |
| Total 4/1/2010 | 2,118,901 | | | | | | 41.42 - | | |
| **5/3/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 68 | Utility Payments | 1.103525 | | 50.59 - | | Multiple |
| Total 5/3/2010 | 2,118,901 | | | | | | 50.59 - | | |
| **6/2/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 3 | Utility Payments | 1.104528 | | 57.84 - | | Multiple |
| Total 6/2/2010 | 2,118,901 | | | | | | 57.84 - | | |
| **7/12/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 6 | Utility Payments | 1.106021 | | 70.00 - | | Multiple |
| Total 7/12/2010 | 2,118,901 | | | | | | 70.00 - | | |
| **8/2/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 13 | Utility Payments | 1.106590 | | 70.00 - | | Multiple |

Msg: M=Manually Allocated   T=Termination Transaction

CITY OF MORIARTY

**Transaction Register**
Report Date(s): 01/01/1998 to 07/10/2014

Page: 6

Jul 10, 2014 12:30pm

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|------|---------|------|--------|-------------|-----------|----------|--------|-----|---------|
| Total 8/2/2010 | 2,118,901 | | | | | | 70.00 - | | |
| **9/16/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | Utility Payments | 1.108307 | 055859893 | 148.00 - | | Multiple |
| Total 9/16/2010 | 2,118,901 | | | | | | 148.00 - | | |
| **10/25/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 4 | Utility Payments | 1.109436 | | 48.47 - | | Multiple |
| Total 10/25/2010 | 2,118,901 | | | | | | 48.47 - | | |
| **11/3/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 13 | Utility Payments | 1.109655 | | 56.83 - | | Multiple |
| Total 11/3/2010 | 2,118,901 | | | | | | 56.83 - | | |
| **12/10/2010** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 52 | Utility Payments | 1.110908 | | 41.55 - | | Multiple |
| Total 12/10/2010 | 2,118,901 | | | | | | 41.55 - | | |
| **2/7/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 104 | XBP Online Payments - Imported | 99.00039 | 10458203XA | 54.19 - | | Multiple |
| Total 2/7/2011 | 2,118,901 | | | | | | 54.19 - | | |
| **3/11/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | Utility Payments | 1.113571 | | 41.56 - | | Multiple |
| Total 3/11/2011 | 2,118,901 | | | | | | 41.58 - | | |
| **4/15/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 35 | XBP Online Payments - Imported | 99.00082 | 11060786PT | 60.00 - | | Multiple |
| Total 4/15/2011 | 2,118,901 | | | | | | 60.00 - | | |
| **5/13/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 49 | XBP Online Payments - Imported | 99.00101 | 11347798PT | 52.00 - | | Multiple |
| Total 5/13/2011 | 2,118,901 | | | | | | 52.00 - | | |
| **5/27/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 8 | XBP Online Payments - Imported | 99.00106 | 11504595XA | 61.50 - | | Multiple |
| SIMONES, JAMES | 2.1189.01 | Pmt | 12 | XBP Online Payments - Imported | 99.00107 | 11504595XA | 61.50 - | | Multiple |
| Total 5/27/2011 | 4,237,802 | | | | | | 123.00 - | | |
| **7/9/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 6 | XBP Online Payments - Imported | 99.00137 | 11891512PT | 48.00 - | | Multiple |
| Total 7/9/2011 | 2,118,901 | | | | | | 48.00 - | | |
| **8/5/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 60 | XBP Online Payments - Imported | 99.00156 | 12196126PT | 60.00 - | | Multiple |

Msg: M=Manually Allocated    T=Termination Transaction

CITY OF MORIARTY

**Transaction Register**
Report Date(s): 01/01/1998 to 07/10/2014

Page: 7
Jul 10, 2014 12:30pm

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|------|---------|------|--------|-------------|-----------|----------|--------|-----|---------|
| Total 8/5/2011 | 2,118,901 | | | | | | 60.00 - | | |
| **8/19/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 29 | XBP Online Payments - Imported | 99.001696 | 12345719PT | 42.99 - | | Multiple |
| Total 8/19/2011 | 2,118,901 | | | | | | 42.99 - | | |
| **9/30/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 19 | XBP Online Payments - Imported | 99.00195: | 12780763PT | 25.00 - | | Multiple |
| Total 9/30/2011 | 2,118,901 | | | | | | 25.00 - | | |
| **10/15/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | XBP Online Payments - Imported | 99.00211' | 12918713PT | 40.00 - | | Multiple |
| Total 10/15/2011 | 2,118,901 | | | | | | 40.00 - | | |
| **11/8/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 7 | Utility Payments | 1.119997 | | 75.00 - | | Multiple |
| Total 11/8/2011 | 2,118,901 | | | | | | 75.00 - | | |
| **11/21/2011** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 14 | Utility Payments | 1.120350 | | 94.41 - | | Multiple |
| Total 11/21/2011 | 2,118,901 | | | | | | 94.41 - | | |
| **1/9/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 34 | Utility Payments | 1.121529 | | 109.37 - | | Multiple |
| Total 1/9/2012 | 2,118,901 | | | | | | 109.37 - | | |
| **2/13/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 97 | XBP Online Payments - Imported | 99.00307: | 14229076PT | 15.02 - | | SEWER - 3 |
| Total 2/13/2012 | 2,118,901 | | | | | | 15.02 - | | |
| **4/2/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 43 | XBP Online Payments - Imported | 99.00343i | 14830142PT | 87.90 - | | Multiple |
| Total 4/2/2012 | 2,118,901 | | | | | | 87.90 - | | |
| **5/2/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | Utility Payments | 1.124273 | | 39.28 - | | Multiple |
| Total 5/2/2012 | 2,118,901 | | | | | | 39.28 - | | |
| **6/7/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 66 | XBP Online Payments - Imported | 99.004071 | 15630752PT | 41.48 - | | Multiple |
| Total 6/7/2012 | 2,118,901 | | | | | | 41.48 - | | |
| **7/9/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 111 | XBP Online Payments - Imported | 99.004361 | 16018736PT | 41.48 - | | Multiple |

Msg:  M=Manually Allocated    T=Termination Transaction

CITY OF MORIARTY

Transaction Register
Report Date(s): 01/01/1998 to 07/10/2014

Page: 8

Jul 10, 2014  12:30pm

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|------|---------|------|--------|-------------|-----------|----------|--------|-----|---------|
| Total 7/9/2012 | 2,118,901 | | | | | | 41.48 - | | |
| **8/10/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 103 | XBP Online Payments - Imported | 99.004710 | 16446247PT | 40.05 - | | Multiple |
| Total 8/10/2012 | 2,118,901 | | | | | | 40.05 - | | |
| **9/10/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 141 | XBP Online Payments - Imported | 99.00500 | 16821845PT | 48.87 - | | Multiple |
| Total 9/10/2012 | 2,118,901 | | | | | | 48.87 - | | |
| **10/10/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 89 | XBP Online Payments - Imported | 99.00531 | 17227031PT | 40.05 - | | Multiple |
| Total 10/10/2012 | 2,118,901 | | | | | | 40.05 - | | |
| **11/10/2012** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 14 | XBP Online Payments - Imported | 99.00568 | 17649719PT | 40.25 - | | Multiple |
| Total 11/10/2012 | 2,118,901 | | | | | | 40.25 - | | |
| **1/28/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 7 | XBP Online Payments - Imported | 99.00646 | 18746802PT | 106.52 - | | Multiple |
| Total 1/28/2013 | 2,118,901 | | | | | | 106.52 - | | |
| **2/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 57 | XBP Online Payments - Imported | 99.00653 | 18835473PT | 156.77 - | | Multiple |
| Total 2/5/2013 | 2,118,901 | | | | | | 156.77 - | | |
| **5/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 2 | XBP Online Payments - Imported | 99.00761 | 20163425PT | 16.47 - | | SEWER - 3 |
| Total 5/5/2013 | 2,118,901 | | | | | | 16.47 - | | |
| **6/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 54 | XBP Online Payments - Imported | 99.00796 | 20647448PT | 53.73 - | | Multiple |
| Total 6/5/2013 | 2,118,901 | | | | | | 53.73 - | | |
| **6/30/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 109 | Credit Balance Reallocation | | | .00 | | Multiple |
| SIMONES, JAMES | 2.1189.01 | Pmt | 110 | Credit Balance Reallocation | | | .00 | | Multiple |
| SIMONES, JAMES | 2.1189.01 | Pmt | 111 | Credit Balance Reallocation | | | .00 | | Multiple |
| Total 6/30/2013 | 6,356,703 | | | | | | .00 | | |
| **7/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 40 | XBP Online Payments - Imported | 99.00829 | 21123801PT | 40.25 - | | Multiple |
| Total 7/5/2013 | 2,118,901 | | | | | | 40.25 - | | |
| **8/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 84 | XBP Online Payments - Imported | 99.00863 | 21609276PT | 40.25 - | | Multiple |

Msg:  M=Manually Allocated    T=Termination Transaction

CITY OF MORIARTY

**Transaction Register**
Report Date(s): 01/01/1998 to 07/10/2014

Page:  9

Jul 10, 2014  12:30pm

| Name | Cust No | Type | Ref No | Description | Source Id | Check No | Amount | Msg | Service |
|---|---|---|---|---|---|---|---|---|---|
| Total 8/5/2013 | 2,118,901 | | | | | | 40.25 - | | |
| **9/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 43 | XBP Online Payments - Imported | 99.00899 | 22104457PT | 40.25 - | | Multiple |
| Total 9/5/2013 | 2,118,901 | | | | | | 40.25 - | | |
| **10/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 3 | XBP Online Payments - Imported | 99.00938 | 22588492PT | 40.54 - | | Multiple |
| Total 10/5/2013 | 2,118,901 | | | | | | 40.54 - | | |
| **11/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 56 | XBP Online Payments - Imported | 99.00972 | 23082318PT | 40.54 - | | Multiple |
| Total 11/5/2013 | 2,118,901 | | | | | | 40.54 - | | |
| **12/5/2013** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 48 | XBP Online Payments - Imported | 99.01013 | 23557033PT | 40.54 - | | Multiple |
| Total 12/5/2013 | 2,118,901 | | | | | | 40.54 - | | |
| **1/5/2014** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 5 | XBP Online Payments - Imported | 99.01057 | 24038077PT | 40.54 - | | Multiple |
| Total 1/5/2014 | 2,118,901 | | | | | | 40.54 - | | |
| **2/5/2014** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 40 | XBP Online Payments - Imported | 99.01095 | 24586817PT | 40.54 - | | Multiple |
| Total 2/5/2014 | 2,118,901 | | | | | | 40.54 - | | |
| **3/5/2014** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 39 | XBP Online Payments - Imported | 99.01135 | 25147692PT | 40.54 - | | Multiple |
| Total 3/5/2014 | 2,118,901 | | | | | | 40.54 - | | |
| **4/5/2014** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 3 | XBP Online Payments - Imported | 99.01175 | 25726549PT | 40.54 - | | Multiple |
| Total 4/5/2014 | 2,118,901 | | | | | | 40.54 - | | |
| **5/5/2014** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 74 | XBP Online Payments - Imported | 99.01211 | 26260180PT | 40.54 - | | Multiple |
| Total 5/5/2014 | 2,118,901 | | | | | | 40.54 - | | |
| **6/5/2014** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 42 | XBP Online Payments - Imported | 99.01256 | 26853040PT | 40.54 - | | Multiple |
| Total 6/5/2014 | 2,118,901 | | | | | | 40.54 - | | |
| **7/5/2014** | | | | | | | | | |
| SIMONES, JAMES | 2.1189.01 | Pmt | 5 | XBP Online Payments - Imported | 99.01294 | 27435844PT | 40.54 - | | Multiple |

Msg:  M=Manually Allocated    T=Termination Transaction

Print Dt/Tm:
03/18/2014 2:19:47 PM

# CENTRAL NEW MEXICO ELECTRIC
## Reconnect Same

## SERVICE MAP LOCATION: 1M135L9R12L7R4

| | | | | | | |
|---|---|---|---|---|---|---|
| Account: | 3405 | SO Nbr: | 1099172065 | Service: | ELECTRIC SERVICE | W/O#: |
| Customer Nbr: 26684 | | Srv Loc Nbr: 4046734 | | Provider: | ELECTRIC SERVICE | Cycle: 1 |

| Taken By: iamie  th | Date Taken: 02/05/2013 | Needed On: 2/5/13 12:00:00 AM |
|---|---|---|

| | | **JAMES SIMONES** |
|---|---|---|
| Home Phone: | (505)385-1890 Ext. | **Service Address:** |
| Work Phone: | NONE LISTED | 16 JOHNSON LANE |
| Mobile Phone: | NONE LISTED | MCINTOSH. NM 87032 |

Service Desc:
Subdivision:
Service:   OH       Block:           Lot:
Line Srv Area: 2                District:  MORIARTY
Equip Map Loc:      1M135L9R12L7R4
Substation:  4       Feeder: 1       Line Sect:  1M319
County:   TORRANCE-MORI-    City: NONE

**Mailing Address:**
JAMES SIMONES
PO BOX 2054
MORIARTY, NM 87035

Prior Tenant:  JAMES SIMONES

### **EQUIPMENT TO BE SERVICED**

| Equipment Type | Activity | Equipment Nbr | Position Nbr | Service Map Location |
|---|---|---|---|---|
| Kwh Meter | Connect | 50159 | 1 | 1M135L9R12L7R4 |

| Meter # | Voltage | Secondary | Rate | Mult | Dials | Lock Ring | LV Rdg | LVR Date | KWH | KW Rdg | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50159 | | 91138799 | 1 | 1 | 5 | N | 6759 | 02/27/2014 | | | |

| Trans # | Secondary | Size | Phase | Bank # | | Dep Type | Deposit Amt | Deposit Date |
|---|---|---|---|---|---|---|---|---|
| 8706 | 2670013993 | 10.0 | A | 0 | | 1 | 0.00 | 02/05/2013 |

#### **SECURITY LIGHT**
#### NUMBER OF SECURITY LIGHTS

| | | | | Membership # | Amount | Code | Date |
|---|---|---|---|---|---|---|---|
| Type | Serial Nbr | Status | On | Off | Remv | 26684 | 0.00 | S |

**General Comments:**
please r/c per james

**Service Comments:**
RECONNECT NEW

METER# 50159
READING: 6563
VOLTAGE: 247.6
SEAL# 4900
2/5/13....LG

**Handheld Notes:**

**Assessment/Field Comments:**

Government
Exhibit

16

# of Prints:

Job Completed:  By:_____ Date:_____   On Computer: By_____ Date_____
/report/33021/rptcustom/cis/SO_RECON_33021.xml.rpt   Service Map Location:  1M135L9R12L7R4         angela_nunez

Print Dt/Tm:
03/18/2014 2:33:26 PM

## CENTRAL NEW MEXICO ELECTRIC
### Reconnect New

### SERVICE MAP LOCATION: 1M135L9R12L7R4

| Account: | 3405 | SO Nbr: | 1099166313 | Service: | ELECTRIC SERVICE | W/O#: | |
|---|---|---|---|---|---|---|---|
| Customer Nbr:26684 | | Srv Loc Nbr: 4046734 | | Provider: ELECTRIC SERVICE | | Cycle: 1 | |

| Taken By: amv  stua | Date Taken: 08/22/2012 | Needed On: 8/23/12 12:00:00 AM |
|---|---|---|

Home Phone: (505)385-1890 Ext.
Work Phone: NONE LISTED
Mobile Phone: NONE LISTED

**JAMES SIMONES**

Service Address:
16 JOHNSON LANE
MCINTOSH, NM 87032

Service Desc:
Subdivision:
Service: OH   Block:     Lot:
Line Srv Area: 2         District: MORIARTY
Equip Map Loc:   1M135L9R12L7R4
Substation: 4   Feeder: 1   Line Sect: 1M319
County:  TORRANCE-MORI-   City: NONE

Mailing Address:
JAMES SIMONES
PO BOX 2054
MORIARTY, NM 87035

Prior Tenant: ADAM LOPEZ-GUTIERREZ

### **EQUIPMENT TO BE SERVICED**

| Equipment Type | Activity | Equipment Nbr | Position Nbr Service Map Location |
|---|---|---|---|
| Kwh Meter | Connect | 50159 | 1 1M135L9R12L7R4 |

| Meter # | Voltage | Secondary | Rate | Mult | Dials | Lock Ring | LV Rdg | LVR Date | KWH | KW Rdg | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50159 | | 91138799 | 1 | 1 | 5 | N | 6759 | 02/27/2014 | | | |

| Trans # | Secondary | Size | Phase Bank # | | Dep Type | Deposit Amt | Deposit Date |
|---|---|---|---|---|---|---|---|
| 8706 | 2670013993 | 10.0 | A | 0 | 1 | 0.00 | 02/05/2013 |

**SECURITY LIGHT**
NUMBER OF SECURITY LIGHTS

| Type | Serial Nbr | Status | On | Off | Remv |
|---|---|---|---|---|---|
| | | | | | |

| Membership # | Amount | Code | Date |
|---|---|---|---|
| 26684 | 0.00 | S | |

**General Comments:**
r/c per brad, waive deposit mbr has good credit with us

**Service Comments:**
METER # 50159 IS RC
READ :6228
SEAL # 3319

BY PS
8/23/12

**Handheld Notes:**

**Assessment/Field Comments:**

# of Prints: 1

Job Completed: By:_____ Date:_____   On Computer: By_____ Date_____
/report/33021/rptcustom/cis/SO_RECON_33021.xml.rpt   Service Map Location: 1M135L9R12L7R4   angela_nunez

Started by angela nunez - 02/28/2014 11:46:24 AM MST

EFT: JAMES SIMONES, Cust#: 26684

Provider Level: Set ASEA

**ACH Information**

ACH Authorized Mode:
ACH Form Sent Date:
ACH Authorized Date: 02/17/2013
ACH Revoke Date:

**Name and Address**
Card Name: James Simones
Address: 72 ACH 2014
City/State/ZIP: NORMANDY          NY 57653

**Card Information**
Cancel Date:
Cancel Reason:

**Multiple Bank Card Information**
Card Type: Credit Card
Process Bank: Debit Card
Card Type: Bank Card
Customer Account #: **********1971
Entire Month/Year: 2014
Funds Transfer Date: 03/24/2014
Transfer Day: 0

**EFT Transfer**
Start Date: 03/12/2013
Process Date: 03/24/2014
Funds Transfer Amt: 3.00

Payment info for account
3405 for auto draft

Printed by zogib nured - 02/28/2014 11:46:24 AM MDT
EFT : JAMES SIMONES, Cust#: 266364

Provider Level (Set Acct)

Service:
Payment Method: ⊙ Bank Draft
⊙ Bank Card

**Add/Update Bank Card Information**
Card Type:
Process Bank:
Card Type:            120 - VISA
Customer Account #:   ************3571
Expire Month/Year:    11 - Jan  2016
Fund Transfer Date:   02/24/2014
Transfer Dtn:          0

**ACH Information**
ACH Authorized Holder:
ACH Form Sent Date:
ACH Authorized Date: 02/12/2013
ACH Revoke Date:

**Name And Address**
Ckd/Vld Prd#: 2/2/2015
Card Name:     James Simones
Address:       PO Box 2024
City/State/ZIP:  SCHLUTT        ID  57055

**EFT Transfer**
Start Date:    02/12/2013
Process Date:  02/14/2014
Funds Transfer Amt:  3.00

**Cancel Information**
Cancel Date:
Cancel Reason:

Payment info for account
... 3405 for auto draft

## MANUFACTURED HOME
## REQUEST TO CHANGE VALUATION STATUS
## TORRANCE COUNTY

**I HEREBY REQUEST:**

(1)  The manufactured home described herein be valued for property tax purposes as real property for the year 2012 and that it not be valued in accordance with Section 7-36-26 NMSA 1978 and;
(2)  The Title of said manufactured home will be deactivated in accordance with NMAC 19.3.18.

This manufactured home has been permanently affixed to the land at the location described below.

I understand that honoring this request may change the amount of property tax assessed for current and future tax years. I also understand the treatment of this manufactured home as real property applies only for property taxation purposes, and that I MUST present the Title to the Motor Vehicle Division free of liens and encumbrances in order to complete the deactivation process.

| DESCRIPTION OF MANUFACTURED HOME | | | |
|---|---|---|---|
| CHAMI | CHAMPI | 28X48 | 1990 |
| Manufacturer | Model | Size | Year |
| 0501275108AB | | M31242 | |
| Serial/VIN # | | Manufactured Home Tax ID # | |
| 16 JOHNSON LN | | R2961501 | |
| Physical Address & Legal Description Required | | Land Tax ID # | |

**Person Making Request** (owner of Manufactured Home must be owner of land): Please Print

Name: *James Simonics*          Phone # *505-335-1890*

Address: *16 Johnson Ln   McIntosh*

*N.M.  87032*

Signature: *James M Simons*     Date: *Aug 28-12*

The following portion to be completed by Torrance County Assessor's Office

This office certifies that the manufactured home described within this document will be valued for property Taxation purposes as Real Property for the year 2012 and subsequent years ONLY if final evidence of Deactivation title to the herein described manufactured home is received by this office no later than February 28, 2012 and evidence of permanent foundation approved by the State of New Mexico's Manufactured Housing Division is also provided to this office.

Signed: *Bill Hall*

Title: *MH Appraiser*     Date: *8/22/12*

Government Exhibit

17

# GENERAL POWER OF ATTORNEY

Minutes of the Meeting of the Board of Trustees of

## Ancient of Days Trust Organization(s)

Delegating Authority to **Brooky R Stockton** as a Managing Trustee

KNOW ALL MEN BY THESE PRESENTS the undersigned, by the Grace of God, duly appointed trustees, in a lawfully conducted board meeting of Ancient of Days Trust Organization, a.k.a. AD Trusts, do hereby grant General Power of Attorney to Brooky R Stockton to act for and on behalf of the Trust Estate(s) and all its subsidiary trusts in accord with its constitution, to manage the day to day operations of the Estate, to open and sign on bank accounts, to transfer, sell, invest, convey, bargain, release, mortgage, contract, consummate exchanges, deliver subordination agreements, exercise other rights contained herein related to the sale, reception, and conveyance of all properties and other things of value ;i.e., to do all things, as a Managing Trustee, he believes to be in the best interest of the Trust Estate and the Beneficiaries in this Pure Trust Organization.

IN WITNESS THEREOF, the appointment of Brooky R Stockton to be a Managing Trustee is hereby accepted and approved:

_James Simones_                                    _Jo Ann Hartman Stockton_
Trustee: James Simones                          Trustee: Jo Ann Hartman Stockton

### ACCEPTANCE BY MANAGING TRUSTEE

I have read the above POWER OF ATTORNEY of the Board of Trustees for the above named Trust Organization, and by my signature below agree to accept the responsibility as a MANAGING TRUSTEE and GENERAL MANAGER under the terms and conditions stated herein and within the indentures of the said Contractual Organization.

_Brooky R Stockton_
Brooky R Stockton, a Managing Trustee / General Manager

Consigned this __20__ day of __January__ in the year of our Lord __2016__

Sincerely,

_Robert D. Cunningham_
ROBERT D. CUNNINGHAM
Notary Public
2 Marietta Court-A
Edgewood, NM 87015

Commission expires  13th August 2018

CERTIFIED COPY
_____  Mar 1, 2018
Authorized Signature          Date

ROBERT CUNNINGHAM
NOTARY PUBLIC
STATE OF NEW MEXICO

Government Exhibit 18

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1 U.S. Government Plaintiff

❏ 3 Federal Question *(U.S. Government Not a Party)*

❏ 2 U.S. Government Defendant

❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury<br>❏ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury - Product Liability<br>❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark<br><br>**LABOR**<br> | ❏ 375 False Claims Act<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/ Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information Act<br>❏ 896 Arbitration |
| **REAL PROPERTY**<br>❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | **CIVIL RIGHTS**<br>❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee - Conditions of Confinement | ❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Management Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>❏ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1 Original Proceeding ❏ 2 Removed from State Court ❏ 3 Remanded from Appellate Court ❏ 4 Reinstated or Reopened ❏ 5 Transferred from Another District *(specify)* ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.)**

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.**  **Origin.**  Place an "X" in one of the six boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

**VI.**  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or a similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Attorney Signature.**  Date and sign the civil cover sheet.

Remainder of Defendants

Jo Ann Hartman Stockton as Trustee of the Ancient of Days Trust; Brooky
Stockton as Trustee of the Ancient of Days Trust; and Adelina Monnet