IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-cv-00795-PJK-SCY |
| JAMES M. SIMONES; Individually | ) |
| and as Trustee of the ANCIENT OF | ) |
| DAYS TRUST and ADELINA MONNET, | ) |
| | ) |
| Defendants/Counter-Claimants, | ) |
| | ) |
| and JO ANN HARTMAN STOCKTON | ) |
| as Trustee of the ANCIENT OF DAYS | ) |
| TRUST; and BROOKY STOCKTON as | ) |
| Trustee of the ANCIENT OF DAYS TRUST, | ) |
| | ) |
| Defendants. | ) |

## ORDER IMPOSING FILING RESTRICTIONS

THIS MATTER comes on for consideration of Defendant James Simones's "Objection to Court Orders (Order Striking Extraneous Pleadings And Proposing Filing Restrictions) and Demand to Resend" filed August 24, 2022.  ECF No. 148.  Upon consideration thereof, the court finds that the objection is not well taken and filing restrictions should be imposed on all named Defendants.

This court previously directed the Clerk to return pleadings of non-parties with no legal interest in this case.  Order Striking Extraneous Pleadings, ECF No. 141 at 2 (July 21, 2022).  The court continued to strike pleadings of Defendants that were successive and/or frivolous.  Orders Striking Extraneous Pleadings, ECF Nos. 141, 144 (Aug. 1, 2022), & 147 (Aug. 12, 2022).  In its last order, the court proposed filing restrictions on

the Defendant-parties.  ECF No. 147.  Mr. Simones's objections continue to attack the judgment rendered in this case which was affirmed on appeal.  <u>United States v. Simones</u>, No. 21-2110, 2022 WL 1714885 (10th Cir. May 27, 2022).

NOW, THEREFORE, IT IS ORDERED that:

(1) all Defendants in any capacity (James Simones, Brooky Stockton, Adelina Monnet, and Jo Ann Hartman Stockton) are restricted from filing any further pro se filings with this court raising claims concerning the subject matter of this action (tax collection) that have already been decided.  This filing restriction pertains to this case only.

(2) The clerk shall date-stamp all pleadings from these Defendants in this case "Received" and tender them to the presiding district judge in this case for review.

(3) Should a pleading be deemed successive and/or frivolous the Clerk will be directed to return the pleading without filing it.

DATED this <u>30th</u> day of August 2022, at Santa Fe, New Mexico.

<u>Paul Kelly, Jr.</u>
UNITED STATES CIRCUIT JUDGE
Sitting by Designation